UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:                                       Case No.:
                                             Chapter:

## STATEMENT OF ASSISTANCE RECEIVED
## IN CONNECTION WITH THE FILING OF THIS CASE

√____ I DID NOT RECEIVE ANY ASSISTANCE IN PREPARING THIS CASE FOR FILING.

_____ I DID RECEIVE ASSISTANCE IN PREPARING THIS CASE FOR FILING.

1. The person or firm that assisted is:

   Name: _____

   Address: _____

   Telephone: _____

2. I paid the sum of $_____

3. I still owe the sum of $_____

4. I agreed to turn over or give a security interest in the following property in return for assistance in preparing this case for filing:

   _____
   _____
   _____
   _____

I (we), __ROBERT C. WALLER III'S__, the Debtor(s), do hereby delcare under penalty of perjury, that the statements made above are true and correct.

Executed this 27th day of APRIL, 2010 at USBC - TALLAHASSEE, FL, Florida.

_____
Debtor

_____
Debtor

FILED 2010 APR 27 A 9:26 CLERK BANKRUPTCY COURT NORTHERN DISTRICT FL.

F:\WP\DOCS\DEBRA\Document2