UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ROBERT CHARLES WALLERIUS

CASE No. 10-40401-LMK

CHAPTER 11

Debtor.
_____/

UNITED STATES TRUSTEE'S
NOTICE OF APPEARANCE

PLEASE TAKE notice that the undersigned appears as counsel of record for the United States Trustee in the above referenced bankruptcy case.

RESPECTFULLY SUBMITTED this 27th day of April, 2010.

DONALD F. WALTON
United States Trustee
Region 21


/S/JASON H. EGAN
Jason H. Egan
Trial Attorney
110 East Park Avenue, Suite 128
Tallahassee, FL 32301
850-521-5050
FAX: 850-521-5055
Florida Bar No. 0568351
Email: jason.h.egan@usdoj.gov