Form defntc

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius                                Bankruptcy Case No.:   10–40401
     SSN/ITIN: xxx–xx–9790
       Debtor

                                                                                 Chapter:  11
                                                                                 Judge:

**AMENDED CLERK'S DEFICIENCY NOTICE**

   NOTICE IS GIVEN THAT a deficiency exists (or deficiencies exist) with regard to the document(s) indicated below and/or that you have failed to file a document that is required by the court:

   Emp Inc Rcds / Stmt No Emp Inc due 05/11/2010
   Chapter 11 Means Test due 05/11/2010
   Schedule A due 05/11/2010
   Schedule B due 05/11/2010
   Schedule C due 05/11/2010
   Schedule D due 05/11/2010
   Schedule E due 05/11/2010
   Schedule F due 05/11/2010
   Schedule G due 05/11/2010
   Schedule H due 05/11/2010
   Schedule I due 05/11/2010
   Schedule J due 05/11/2010
   Statistical Summary (B6) due 05/11/2010
   Statement of Financial Affairs due 05/11/2010
   Summary of Schedules due 05/11/2010

   Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. Failure to file all required documents may result in your case being dismissed by the Court.

*Reason amended:*

       to include schedules C, I J

Dated: 4/28/10                                        William W. Blevins , Clerk of Court
                                                      110 East Park Avenue
                                                      Suite 100
                                                      Tallahassee, FL 32301

Service to: All Parties in Interest