FORM orftax

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Robert C. Wallerius                               Bankruptcy Case No.:   10–40401–LMK
        SSN/ITIN: xxx–xx–9790
             Debtor

                                                          Chapter:  11
                                                          Judge:  Lewis M. Killian Jr.

---

### ORDER TO FILE FEDERAL AND STATE EMPLOYMENT
### TAX RETURNS AND TO DEPOSIT STATE AND FEDERAL TAXES

   To ensure that the debtor makes deposits of all taxes and monies withheld from employees for taxes due under any law of the United States, the State of Florida, or any locality, and to cause the debtor to file timely employment tax returns, it is

   **ORDERED** that the debtor shall file all past due delinquent federal or state tax returns or reports, within thirty (30) days from the date of this order. The delinquent federal returns shall be filed with the Internal Revenue Service, Post Office Box 21126, Philadelphia, PA, 19114. The delinquent state returns shall be filed with the State of Florida, Department of Revenue, Post Office Box 6668, Tallahassee, 32314–6668. Any delinquent unemployment compensation tax reports shall be filed with the Department of Labor and Employment Security, Collections Office, 302 Caldwell Building, 101 East Madison St., Tallahassee, 32399–0218

   **IT IS ORDERED** that the debtor shall deposit within three (3) banking days after each payroll is made, in a Federal Reserve Bank or commercial bank authorized to accept remittances of the taxes for transmission to a Federal Reserve Bank, the aggregate of the employer's share of social security taxes, plus all withholding, social security and excise taxes so deducted, withheld, collected, or otherwise due by the debtor. The deposit shall be made with a cashier's or certified check and accompanied by Form 8109, Federal Tax Deposit Withheld Income and FICA Taxes.

   It is also directed that the debtor deposit federal unemployment tax quarterly by the end of the month following a quarter. This deposit must be by cashier's or certified check and a federal tax deposit Form 8109 must accompany each such deposit.

   If for any reason federal tax deposit Form 8109 is unavailable, the deposit shall be mailed, within the time limits described above, to Internal Revenue Service, Post Office Box 21126, Philadelphia, PA, 19114.

   **IT IS ORDERED** that the debtor shall timely file all federal employment tax returns with the Internal Revenue Service Center at Chamblee, Georgia 30006, and remit any unpaid balances or other required amounts of taxes at that time.

   **IT IS FURTHER ORDERED** that the debtor shall maintain copies of all tax returns, reports, and proof of deposit payments and make these available, upon request, for inspection by any representative of the appropriate taxing agency.

   **DONE AND ORDERED** at Tallahassee, Florida, April 28, 2010 .

                                                          /s/ Lewis M. Killian Jr.
                                                          Lewis M. Killian Jr.
Service to:                                               U.S. Bankruptcy Judge
   Debtor
   Debtor(s) Attorney
   U.S. Trustee