Form defntc

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius                                    Bankruptcy Case No.:   10−40401
SSN/ITIN: xxx−xx−9790
Debtor

Chapter:  11
Judge:

**CLERK'S DEFICIENCY NOTICE**

NOTICE IS GIVEN THAT a deficiency exists (or deficiencies exist) with regard to the document(s) indicated below and/or that you have failed to file a document that is required by the court:

Emp Inc Rcds / Stmt No Emp Inc due 05/11/2010
Chapter 11 Means Test due 05/11/2010
Schedule A due 05/11/2010
Schedule B due 05/11/2010
Schedule D due 05/11/2010
Schedule E due 05/11/2010
Schedule F due 05/11/2010
Schedule G due 05/11/2010
Schedule H due 05/11/2010
Statistical Summary (B6) due 05/11/2010
Statement of Financial Affairs due 05/11/2010
Summary of Schedules due 05/11/2010

Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. Failure to file all required documents may result in your case being dismissed by the Court.

Dated: 4/27/10                                      William W. Blevins , Clerk of Court
                                                    110 East Park Avenue
                                                    Suite 100
                                                    Tallahassee, FL 32301

Service to: All Parties in Interest

# CERTIFICATE OF NOTICE

```
District/off: 1129-4          User: dcook            Page 1 of 1            Date Rcvd: Apr 27, 2010
Case: 10-40401                Form ID: defntc        Total Noticed: 1

The following entities were noticed by first class mail on Apr 29, 2010.
db           +Robert C. Wallerius,   3084 McCord Boulevard,   Tallahassee, FL 32303-1715

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2010**                           **Signature:**     *Joseph Speetjens*