B9E (Official Form 9E) (Chapter 11 Individual or Joint Debtor Case) (12/07)　　　　　　　　　　Case Number **10−40401−LMK**

## UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Tallahassee Division

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 4/27/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert C. Wallerius
3084 McCord Boulevard
Tallahassee, FL 32303

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 10−40401−LMK | xxx−xx−9790 |

Attorney for Debtor(s) (name and address):
**Pro Se**

## Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at 341 meeting.

Date: **June 3, 2010**　　　　　　　　　　　　　　　　Time: **10:00 AM**
Location: **110 E. Park Avenue, Room 004, Tallahassee, FL**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **9/3/10**　　　　　　For a governmental unit: **11/30/10**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Deadline to File a Complaint Objecting to Discharge of the Debtor:
*First date set for hearing on confirmation of plan.*
Notice of that date will be sent at a later time.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>110 East Park Avenue<br>Suite 100<br>Tallahassee, FL 32301<br>Telephone number: 850−521−5001<br>See *www.flnb.uscourts.gov* for filing information. | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William W. Blevins |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 4/28/10 |

# EXPLANATIONS

B9E (Official Form 9E) (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 1129-4          User: akenningt              Page 1 of 2                   Date Rcvd: Apr 28, 2010
Case: 10-40401                Form ID: b9e                 Total Noticed: 56


The following entities were noticed by first class mail on Apr 30, 2010.
db           +Robert C. Wallerius,    3084 McCord Boulevard,    Tallahassee, FL 32303-1715
aty          +Jason H. Egan,    Office of the U. S. Trustee,    110 E. Park Avenue,    Suite 128,
               Tallahassee, FL 32301-7728
smg          +Secretary of the Treasury,    U.S. Treasury Department,    15th & Pennsylvania Ave.,
               Washington, DC 20220-0001
smg          +U.S. Attorney (Tallahassee Office),    111 N. Adams Street,    Fourth Floor,
               Tallahassee, FL 32301-7736
smg          +U.S. Securities & Exchange Commission,    Branch of Reorganization,
               3475 Lenox Rd., N.E. Suite 100,    Atlanta, GA 30326-3227
1436229      +Barrister Reporting Servo,    120 Broadway, Ste 1111,    New York, NY 10271-1198
1436225       Bergen Anesthesia Group,    P.O. Box 630,    Franklin Lakes, NJ 07417-0630
1436235       Bergen Medical Center,    P.O. Box 383,    Temple, PA 19560-0383
1436217      +Cablevision,    6 Corporate Center Drive,    Melville, New York 11747-3861
1436208      +Cavalry Portfolio Services LLC,    P.O. Box 1017,    Hawthorne, New Jersey 10532-7504
1436207      +City of Tallahassee,    435 N. Monroe Street,    Tallahassee, Florida 32301
1436216      +Collection Information Bureau,    P.O. Box 1467,    Lake Worth, Florida 33460-1467
1436227       Comcast Cable,    P.O. Box 105184,    Atlanta, Georgia 30348-5184
1436228      +Computer Credit Inc.,    640 West Fourth Street,    Winston-Salem, NC 27101-2730
1436218      +Ctr For Ortho &. Sports PT,    1834 Jaclif Ct Ste A,    Tallahassee, Florida 32308-4400
1436209       E-Z Pass,    P.O. Box 15185,    Albany, New York 12212-5185
1436237       EMI North America,    c/o Lawrence Bass,    1700 Lincoln Street, Ste 4100,    Denver, Co 80203-4541
1436238       GMAC Mortgage,    P.O. Box 830117,    Baltimore, MD 21283-0117
1436248       George Washington Memorial,    Cemetery Association,    P.O. Box 21,    Paramus, NJ 07653-0021
1436222      +Haledon Tax Collector,    510 Belmont Ave.,    Haledon, NJ 07508-1626
1436219      +I.C. Systems, Inc.,    444 Highway 96 East,    St. Paul, MN 55127-2557
1436253      +James Norton,    c/o Chad Heckman,    908 North Gadsden Street,    Tallahassee, Florida 32303-6316
1436246      +Jeffrey B. Randolph,    139 Harristown Rd, Ste 101,    Glen Rock, NJ 07452-3304
1436239      +M'Ware Corp.,    c/o Chad D. Heckman,    908 North Gadsden Street,
               Tallahassee, Florida 32303-6316
1436234      +M'Ware Corporation and,    Resource Management,    C/O Chad Heckman,    908 North Gadsden Street,
               Tallahassee, Florida 32303-6316
1436240       Michael R. Moran,    1201 S. 21nd Avenue,    Hollywood, Florida 33020-6936
1436210      +Milstead &. Associates, LLC,    220 Lake Drive East, Ste 301,    Cherry Hill, NJ 08002-1158
1436249       Miracle Financial Inc.,    52 Armstrong Road,    Plymouth, MD 02360-4807
1436254       NCO Financial Systems Inc.,    P.O. Box 7627,    Ft. Washington, PA 19034
1436220      +Nationwide Recovery Servo,    545 W. Inman Street,    Cleveland, TN 37311-1768
1436230      +North Florida Sports Medicine,    1911 Miccosukee Rd.,    Tallahassee, Florida 32308-5321
1436241       Nutter, McClennan &. Fish,    World Trade Center W,    155 Seaport Blvd,    Boston, MA 02210-2698
1436250       PSE&.G,    P.O. Box 14104,    New Brunswick, NJ 08906-4104
1436242      +Paul and Linda Warner,    260 Dublin Drive,    Lake Mary, Florida 32746-3319
1436231       Radiology Assoc Tallahassee,    P.O. Box 12249,    Tallahassee, Florida 32317-2249
1436251       Ravin, Greenberg, P.C.,    101 Eisenhower Parkway,    Roseland, NJ 07068-1096
1436221      +Renaissance Imaging Med,    Assoc.,    P.O. Box 290,    Simi Valley, CA 93062
1436224      +Resource Management Group,    Inc.,    C/O Chad Heckman,    908 North Gadsden Street,
               Tallahassee, Florida 32303-6316
1436247      +Robert Charles Wallerius,    3084 McCord Blvd,    Tallahassee, Florida 32303-1715
1436212      +Sean R. Callagy, Esq. LLC,    700 Kinderkamack Rd. Ste 203,    Oradell, NJ 07649-1533
1436215      +Select Portfolio Servicing,    Law Office of Marshall C. Watson,,    1800 NW 49th Street, Ste# 120,
               Fort Lauderdale, Florida 33309-3092
1436252      +Select Portfolio Servicing, Inc.,    Law Office of Marshall C. Watson,
               1800 NW 49th Street, Ste 120,    Ft. Lauderdale, Florida 33309-3092
1436243       Select Portfolio Servicing, Inc.,    P. O. Box 65450,    Salt Lake City, UT 84165-0450
1436255       Shook, Hardy &. Bacon, LLP,    JPMorgan Chase Tower,    600 Travis Street, Ste 1600,
               Houston, Texas 77002-2992
1436244       State of New Jersey- AICS,    P.O. Box 4850,    Trenton, NJ 08650-4850
1436245       Texas Life Insurance Co.,    900 Washington Avenue,    Waco, Texas 76701-1200
1436232      +Township of Washington,    350 Hudson Ave.,    TWP of Washington, NJ 07676-4731
1436213      +United Collection Corp.,    1026 C Street,    Hayward, CA 94541-5125
1436223      +Wealthbridge Mortgage,    15455 NW Greenbrier Pkwy,    Ste 111,    Beaverton, OR 97006-7357
1436233       Wealthbridge Mortgage,    Its Successors and Assigns,    P.O. Box 39483,    Solon, OH 44139-0483
1436214      +Zucker, Goldberg &. Ackerman,    LLC,    200 Sheffield Street, Ste 301,
               Mountainside, NJ 07092-2315
1436236      +Zucker, Goldberg &. Ackermar,    Law Office of Marshall C. Watson,    1800 NW 49th Street, Ste 120,
               Fort Lauderdale,Florida 33309-3092

The following entities were noticed by electronic transmission on Apr 28, 2010.
smg           EDI: FLDEPREV.COM Apr 28 2010 19:48:00      Florida Dept. of Revenue,    Bankruptcy Unit,
               P.O. Box 6668,    Tallahassee, FL  32314-6668
smg           EDI: IRS.COM Apr 28 2010 19:48:00      Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA  19114
ust          +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov                            United States Trustee,
               110 E. Park Avenue,    Suite 128,    Tallahassee, FL 32301-7728
1436211       EDI: PHINRJMA.COM Apr 28 2010 19:48:00      RJM Acquisitions LLC,    575 Underhill Blvd, Ste 224,
               Syosset, New York 11791-3416
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 1129-4         User: akenningt         Page 2 of 2         Date Rcvd: Apr 28, 2010
Case: 10-40401               Form ID: b9e            Total Noticed: 56

1436226*     +Select Portfolio Servicing Inc.,   Law Office of Marshall C. Watson,
              1800 NW 49th Street, Ste# 120,     Fort Lauderdale, Florida 33309-3092
                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2010**                    **Signature:**   _Joseph Speetjens_