FORM ordiposi

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius  
      SSN/ITIN: xxx–xx–9790  
       Debtor

Bankruptcy Case No.:   10–40401–LMK

Chapter:  11  
Judge:  Lewis M. Killian Jr.

### ORDER AUTHORIZING INDIVIDUAL DEBTOR(S) TO MANAGE FINANCIAL AFFAIRS

Pursuant to Section 1107 of the Federal Rules of Bankruptcy Procedure and Local Rule 2081–1 of the Northern District of Florida, the debtor–in–possession is entitled to manage their financial affairs during the pendency of the case. It appears to be appropriate, in order to safeguard the estate, to impose certain specific terms and conditions.

Therefore it is

    **ORDERED** as follows:

    1. The debtor shall continue in possession and control of their property and, as debtor–in–possession, is authorized to manage their financial affairs and property, and shall have the powers of a trustee as provided by Section 1107 of the Bankruptcy Code.

    2. The debtor–in–possession is authorized, subject to the control of the Court, to manage their financial affairs and property.

    3. Subject to the provisions of Section 363 and Section 365 of the Bankruptcy Code and the notice requirements of the Federal Rule of Bankruptcy Procedure 2002, the debtor–in–possession may use, sell or lease property of the estate.

    4. The debtor–in–possession is authorized to pay all necessary and current expenses, including taxes incurred as a result of financial operations or imposed on his property, to the extent that such payments are necessary to preserve the assets, however, unless ordered by the Court or authorized herein, such payments may only be made for post–petition obligations.

    5. The debtor–in–possession, consistent with Section 345 of the Bankruptcy Code, is authorized to open and maintain bank accounts for the deposit, investments, and disbursement of monies of the estate.

    6. The debtor-in-possession is directed to segregate all monies collected for taxes, to deposit these monies in a separate bank account, and to pay them over to the proper authorities when due.

    7. The debtor-in-possession shall close his present books of account and shall open and maintain new books of accounts as of the date of the petition, showing all earnings, receipts and disbursements of the debtor subsequent to such date, and shall preserve proper voucher for all payments.

    8. The debtor-in-possession may institute, defend, intervene, and subject to the notice provisions of the Federal Rule of Bankruptcy Procedure 2002, compromise any action or legal proceeding on behalf of or against the estate.

    9. The debtor-in-possession shall file with the court by the twentieth day of the month succeeding the reporting period:

        a. a monthly cash flow statement reflecting all income and all expenses paid during the month of the report;

        b. a monthly bank accounts reconciliation report showing for each account, the account number, opening balance at the beginning of the month, amount disbursed, amount deposited and closing balance;

    c. a monthly cash register containing a list of all checks by number, date written, name of payee, consideration and amount;

    d. a personal property inventory and disposition report; and

    e. a statement of perjury signed by the debtor.

10. These conditions and the limitations imposed on the debtor−in−possession by the Bankruptcy Code Section 704(7) and the Federal Rule of Bankruptcy Procedure 2015(3) shall remain in full force and effect unless vacated or modified by the Court, the plan is confirmed, the case is dismissed or converted, and the Court retains jurisdiction to alter, modify, amend, revoke, enforce and impose sanctions with respect to each provision of this Order.

**DONE AND ORDERED** at Tallahassee, Florida, April 28, 2010 .

                                              <u>/s/ Lewis M. Killian Jr.</u>
                                              Lewis M. Killian Jr.
                                              U.S. Bankruptcy Judge

Service to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee

# CERTIFICATE OF NOTICE

```
District/off: 1129-4          User: akenningt           Page 1 of 1                Date Rcvd: Apr 28, 2010
Case: 10-40401                Form ID: ordiposi         Total Noticed: 1

The following entities were noticed by first class mail on Apr 30, 2010.
db           +Robert C. Wallerius,   3084 McCord Boulevard,   Tallahassee, FL 32303-1715

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2010**          **Signature:** *Joseph Speetjens*