FORM orftax

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius                                                  Bankruptcy Case No.:   10−40401−LMK
    SSN/ITIN: xxx−xx−9790
        Debtor

                                                                                                  Chapter:  11
                                                                                                  Judge:  Lewis M. Killian Jr.

### ORDER TO FILE FEDERAL AND STATE EMPLOYMENT
### TAX RETURNS AND TO DEPOSIT STATE AND FEDERAL TAXES

   To ensure that the debtor makes deposits of all taxes and monies withheld from employees for taxes due under any law of the United States, the State of Florida, or any locality, and to cause the debtor to file timely employment tax returns, it is

   ***ORDERED*** that the debtor shall file all past due delinquent federal or state tax returns or reports, within thirty (30) days from the date of this order. The delinquent federal returns shall be filed with the Internal Revenue Service, Post Office Box 21126, Philadelphia, PA, 19114. The delinquent state returns shall be filed with the State of Florida, Department of Revenue, Post Office Box 6668, Tallahassee, 32314−6668. Any delinquent unemployment compensation tax reports shall be filed with the Department of Labor and Employment Security, Collections Office, 302 Caldwell Building, 101 East Madison St., Tallahassee, 32399−0218

   ***IT IS ORDERED*** that the debtor shall deposit within three (3) banking days after each payroll is made, in a Federal Reserve Bank or commercial bank authorized to accept remittances of the taxes for transmission to a Federal Reserve Bank, the aggregate of the employer's share of social security taxes, plus all withholding, social security and excise taxes so deducted, withheld, collected, or otherwise due by the debtor. The deposit shall be made with a cashier's or certified check and accompanied by Form 8109, Federal Tax Deposit Withheld Income and FICA Taxes.

   It is also directed that the debtor deposit federal unemployment tax quarterly by the end of the month following a quarter. This deposit must be by cashier's or certified check and a federal tax deposit Form 8109 must accompany each such deposit.

    If for any reason federal tax deposit Form 8109 is unavailable, the deposit shall be mailed, within the time limits described above, to Internal Revenue Service, Post Office Box 21126, Philadelphia, PA, 19114.

   ***IT IS ORDERED*** that the debtor shall timely file all federal employment tax returns with the Internal Revenue Service Center at Chamblee, Georgia 30006, and remit any unpaid balances or other required amounts of taxes at that time.

   ***IT IS FURTHER ORDERED*** that the debtor shall maintain copies of all tax returns, reports, and proof of deposit payments and make these available, upon request, for inspection by any representative of the appropriate taxing agency.

   ***DONE AND ORDERED*** at Tallahassee, Florida, April 28, 2010 .

                                                                                                  /s/ Lewis M. Killian Jr.
                                                                                                  Lewis M. Killian Jr.
Service to:                                                                                       U.S. Bankruptcy Judge
    Debtor
    Debtor(s) Attorney
    U.S. Trustee

# CERTIFICATE OF NOTICE

```
District/off: 1129-4          User: akenningt            Page 1 of 1                  Date Rcvd: Apr 28, 2010
Case: 10-40401                Form ID: orftax            Total Noticed: 6

The following entities were noticed by first class mail on Apr 30, 2010.
db           +Robert C. Wallerius,    3084 McCord Boulevard,    Tallahassee, FL 32303-1715
smg           Florida Dept. of Revenue,    Bankruptcy Unit,    P.O. Box 6668,    Tallahassee, FL  32314-6668
smg         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    P.O. Box 21126,   Philadelphia, PA  19114)
smg          +Secretary of the Treasury,    U.S. Treasury Department,    15th & Pennsylvania Ave.,
               Washington, DC 20220-0001
smg          +U.S. Attorney (Tallahassee Office),    111 N. Adams Street,    Fourth Floor,
               Tallahassee, FL 32301-7736
smg          +U.S. Securities & Exchange Commission,    Branch of Reorganization,
               3475 Lenox Rd., N.E. Suite 100,    Atlanta, GA 30326-3227

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2010**                     **Signature:**   *Joseph Speetjens*