**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:                                                    Case No.: 10-bk-40401-LMK

Robert Wallerius,                                         Chapter 11

      Debtor.
_____/

## NOTICE OF APPEARANCE

The undersigned serves this Notice of Appearance in this cause on behalf of M-Ware Corporation and James Norton, creditors in this estate, and requests that he be served with copies of all pleadings and notices of hearings in this cause.

                    **Thrasher & Heckman, P.A.**
                    *Attorneys for Creditor*

                    By:  /s/  Chad D. Heckman
                    Chad D. Heckman
                    Florida Bar No. 0526029
                    908 North Gadsden Street
                    Tallahassee, Florida 32303-6316
                    Voice: (850) 224-8685
                    Fax:  (850) 224-1254
                    Email:  chad@thrasherandheckman.com
                    Web: www.thrasherandheckman.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing pleading has been furnished by U.S. Mail and/or electronic means via the CM/ECF system on the date indicated in CM/ECF as the electronic filing date of this pleading to: Robert Wallerius, 3084 McCord Blvd., Tallahassee, FL 32303-1715, Debtor (usual place of abode) and Jason Eagan, 110 E. Park Ave, Ste. 128, Tallahassee, FL 32301-7728, U.S. Trustee (usual place of business).

                                                        /s/ Chad D. Heckman
                                                        Attorney

THRASHER & HECKMAN, P.A.
*Attorneys And Counselors At Law*
908 North Gadsden Street
Tallahassee, Florida 32303-6316

Forwarding and Address Correction Requested

PERSONAL AND CONFIDENTIAL

ROBERT WALLERIUS
3084 MCCORD BLVD.
TALLAHASSEE, FL 32303-1715