UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

In Re: Robert C. Wallerius , Debtor(s)   Case No: 10-40401
Chapter: 11

## STATEMENT OF NO EMPLOYMENT INCOME

*Check box if statement applies to debtor* [✓]  Debtor, Robert C. Wallerius , is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

[✓] Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

[ ] Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

*Check box if statement applies to joint-debtor* [ ]  Joint-debtor, _____, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

[ ] Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

[ ] Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/11/2010   Signature of Debtor: /s/ [signature]

Date: _____   Signature of Joint-Debtor: /s/

By: /s/ _____
*ATTORNEY SIGNATURE IF REPRESENTED BY COUNSEL*

FILED 2010 MAY 11 P 3:49 CLERK BANKRUPTCY COURT NORTHERN DISTRICT FL