**United States Bankruptcy Court**
**Northern District of Florida**
**Tallahassee Division**

---

In re: Robert C. Wallerius                                Bankruptcy Case No.: 10-40401
        Debtor(s)                                        Chapter: 11

                                                          Judge: Lewis M. Killian Jr.

---

### ORDER DIRECTING IMMEDIATE COMPLIANCE

The debtor(s) filed this case on 4/27/2010. The voluntary petition was not accompanied by one or more of the following items in accordance with F.R.B.P. 1007(c)

- Fee of $26.00 is due for adding Creditors to the completed schedules.

Accordingly, it is

  ORDERED that:

  1. The debtor(s) shall file the missing documents as indicated above within five days from the date of this Order.

  2. If the debtor(s) fail to cure the deficiency as ordered, the court may dismiss this case without further notice or hearing.

  DONE AND ORDERED at Tallahassee, Florida, on 5/12/2010.

                                              /s/ Lewis M. Killian Jr.
Service to:                                    U.S. Bankruptcy Judge
    Debtor(s)
    Debtor(s) Attorney
    Trustee