FORM orfppf

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius  
     SSN/ITIN: xxx–xx–9790  
     Debtor

Bankruptcy Case No.:   10–40401–LMK

Chapter:  11  
Judge:  Lewis M. Killian Jr.

## *ORDER TO FILE PAPERS IN PROPER FORM*

TO:   Mr. Robert C. Wallerius

The Clerk has received your Completed Schedules, Document Number 16 in the court file. It is, however, deficient due the fact that:

- ☐ Does not comply with 11 USC Section 524 (k)(5) and/or (6). Attorney has not specified as to certification (Part C) and/or debtor's statement in support of the agreement is not complete (Part D).

- ☐ Official Form B23 not filed. Pursuant to Rule 1007(b)(7), an individual debtor in a chapter 7 or chapter 13 case shall file a statement regarding the completion of a course in personal financial management, prepared as prescribed by the appropriate Official Form.

- ☐ Amendment(s) not in compliance with Local Rule 1009–1 (A).

- ☐ Amendment(s) not in compliance with Local Rule 1009–1 (B).

- ☑ Amendment(s) not in compliance with Local Rule 1009–1 (C).

- ☐ Objection/Response to Notice of Valuation not in compliance with Local Rule 3012–1(B)(4).

- ☐ Document not signed as required by F.R.B.P. 1008 and 9011.

- ☐ Reaffirmation Agreement Cover Sheet (Official Form 27) not included.

- ☐ Other

The Court will not consider this paper and it may be stricken unless it is submitted promptly in proper form.

***DONE AND ORDERED*** at Tallahassee, Florida, May 12, 2010.

                                              /s/ Lewis M. Killian Jr.  
                                              Lewis M. Killian Jr.  
                                              U.S. Bankruptcy Judge

Service to:  
    All parties in interest

# CERTIFICATE OF NOTICE

```
District/off: 1129-4          User: cbikowitz            Page 1 of 1            Date Rcvd: May 12, 2010
Case: 10-40401                Form ID: orfppf            Total Noticed: 1

The following entities were noticed by first class mail on May 14, 2010.
db            +Robert C. Wallerius,    3084 McCord Boulevard,    Tallahassee, FL 32303-1715

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2010**                    **Signature:**    *Joseph Speetjens*