**United States Bankruptcy Court**
**Northern District of Florida**
**Tallahassee Division**

In re: Robert C. Wallerius
     Debtor(s)

Bankruptcy Case No.: 10-40401
Chapter: 11

Judge: Lewis M. Killian Jr.

## ORDER DIRECTING IMMEDIATE COMPLIANCE

The debtor(s) filed this case on 4/27/2010. The voluntary petition was not accompanied by one or more of the following items in accordance with F.R.B.P. 1007(c)

- Fee of $26.00 is due for adding Creditors to the completed schedules.

Accordingly, it is

    ORDERED that:

1. The debtor(s) shall file the missing documents as indicated above within five days from the date of this Order.

2. If the debtor(s) fail to cure the deficiency as ordered, the court may dismiss this case without further notice or hearing.

    DONE AND ORDERED at Tallahassee, Florida, on 5/12/2010.

Service to:
    Debtor(s)
    Debtor(s) Attorney
    Trustee

/s/ Lewis M. Killian Jr.
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1129-4           User: cbikowitz              Page 1 of 1                 Date Rcvd: May 12, 2010
Case: 10-40401                 Form ID: pdf002              Total Noticed: 1

The following entities were noticed by first class mail on May 14, 2010.
db           +Robert C. Wallerius,   3084 McCord Boulevard,   Tallahassee, FL 32303-1715

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2010**             **Signature:**     *Joseph Speetjens*