B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re  Robert C. Wallerius _____ ,

Debtor

Case No.  ~~10-40233 LMK~~   *10-40401-LMK*

Chapter  11 _____

*Amended*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code*  **Schedule attached.** | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Date:  4/26/2010 _____

_____
Robert C. Wallerius
Debtor

~~5/27/2010~~
*AMENDED
5/27/2010*

_____
[*Declaration as in Form 2*]  *DEBTOR*

*And Fee
Paid)
$26.00
5-28-2010
CDV*

2010 MAY 28  P 2: 54
CLERK
BANKRUPTCY COURT
NORTHERN DISTRICT F.L.

FILED

*AMENDED  5-27-2010*

*(SEE REVISED "LIST OF CREDITORS HOLDING
20 LARGEST UNSECURED CLAIMS"
SCHEDULES ATTACHED)*

AMENDED 5/27/2010

**10-40401-LMK**

**ROBERT C. WALLERIUS**

### SCHEDULE OF 20 LARGEST UNSECURED CREDITORS

| Creditor Name | Contact Information | Type of Debt | Claim Status | Amount |
|---|---|---|---|---|
| Michael R. Moran<br>1201 S. 21st Avenue<br>Hollywood, FL 33020-6936 | Michael Moran 954.214.6111 | Fraudulent Claim | Disputed | $1,362,494.80 |
| Resource Management Groups<br>c/o Chad D. Heckman<br>908 North Gadsden Street<br>Tallahassee, FL 32303-6316 | Chad D. Heckman 850.224.8685 | Fraudulent Claim | Disputed | $ 952,701.28 |
| M'Ware Corporation<br>c/o Chad D. Heckman<br>908 North Gadsden Street<br>Tallahassee, FL 32303-6316 | Chad D. Heckman 850.224.8685 | Fraudulent Claim | Disputed | $ 208,363.31 |
| James Norton<br>c/o Chad D. Heckman<br>908 North Gadsden Street<br>Tallahassee, FL 32303-6316 | Chad D. Heckman 850.224.8685 | Fraudulent Claim | Disputed | $ 285,764.38 |
| Ravin Greenberg PC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068-1096 | 201.226.1500 | Legal Services | Disputed | $ 10,000.00 |
| Paul & Linda Warner<br>23600 SW 162nd Street<br>Homestead, FL 33031 | 305.232.3978 | Personal Loan | Undisputed | $ 4,000.00 |
| Nutter, McLennan & Fish<br>World Trade Center<br>155 Seaport Boulevard<br>Boston, MA 02210-2698 | Accounts Receivable | Legal Bill | Undisputed | $ 6,571.33 |
| Cavalry Portfolio Services<br>7 Skyline Drive, Third Floor<br>Hawthorne, NY 10532 | Accounts Receivable | Cell Phone Bill | Disputed | $ 1,727.08 |

1

AMENDED 5/27/2010

| | | | | | |
|---|---|---|---|---|---|
| State of NJ AICS<br>PO Box 136, 4th Floor West<br>Trenton, NJ 08666-0136 | 609.292.7500 | Penalty | Undisputed | $ | 2,276.31 |
| Avis Car Rental c/o<br>United Collection Corporation<br>1026 C Street<br>Hayward, CA 94541-5125 | 510.888.6200 | Auto Repair | Disputed | $ | 1,000.76 |
| Texas Life Insurance Company<br>900 Washington Avenue<br>Waco, TX 76701 | 254.752.6521 | Judgment | Undisputed | $ | 13,000.00 |
| City of Tallahassee Utilities<br>435 N. Macomb Street Relay Box<br>Tallahassee, FL 32301 | 850.891.2126 | Utilities | Undisputed | $ | 1,698.91 |
| Computer Credit – TMH<br>640 Fourth Street<br>Winston-Salem, NC 27113 | 800.492.4892 | Medical Bill | Undisputed | $ | 1,094.10 |
| PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906-4444 | 800.357.2262 | Utilities | Undisputed | $ | 880.45 |
| IC Systems – Verizon<br>444 Highway 96 East<br>St. Paul, MN 55164-0437 | 888.312.3593 | Phone | Undisputed | $ | 848.33 |
| Rubin & Raines Pascack Hospital<br>PO Box 372480<br>Denver, CO 80014 | 866.350.5482 | Medical Bill | Disputed | $ | 781.00 |
| Bergen Medical Center<br>PO Box 383<br>Temple, PA 19560-0383 | 201.967.4000 | Medical Bill | Disputed | $ | 537.00 |
| Comcast<br>PO Box 105184<br>Atlanta, GA 30348-5184 | 850.574.4000 | Cable/Internet/Phone | Undisputed | $ | 496.57 |
| Barrister Reporting Service<br>120 Broadway, Suite 1111<br>NYC, NY 10271 | 212.432.2066 | Court Reporter | Disputed | $ | 477.05 |

AMENDED 5/27/2010

| | | | | | |
|---|---|---|---|---|---|
| Caine & Wiener – PODS | 866.488.4115 | Storage | Disputed | $ | 462.09 |
| 9960 Corporate Campus Drive | | | | | |
| Louisville, KY 40223 | | | | | |

AMENDED

**10-40401-LMK**

**ROBERT C. WALLERIUS**

**SCHEDULE OF 20 LARGEST UNSECURED CREDITORS**

| Creditor Name | Contact Information | Type of Debt | Claim Status | Amount |
|---|---|---|---|---|
| Michael R. Moran<br>1201 S. 21st Avenue<br>Hollywood, FL 33020-6936 | Michael Moran 954.214.6111 | Fraudulent Claim | Disputed | $1,362,494.80 |
| Resource Management Groups, Inc.<br>c/o Chad D. Heckman<br>908 North Gadsden Street<br>Tallahassee, FL 32303-6316 | Chad D. Heckman 850.224.8685 | Fraudulent Claim | Disputed | $ 952,701.28 |
| M'Ware Corporation<br>c/o Chad D. Heckman<br>908 North Gadsden Street<br>Tallahassee, FL 32303-6316 | Chad D. Heckman 850.224.8685 | Fraudulent Claim | Disputed | $ 208,363.31 |
| James Norton<br>c/o Chad D. Heckman<br>908 North Gadsden Street<br>Tallahassee, FL 32303-6316 | Chad D. Heckman 850.224.8685 | Fraudulent Claim | Disputed | $ 285,764.38 |

1

FILED
2010 MAY 20 P 2:00
CLERK
BANKRUPTCY COURT
NORTHERN DISTRICT FL.

AMENDED

| Creditor | Account / Phone | Type | Status | Amount |
|---|---|---|---|---|
| Ravin Greenberg PC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068-1096 | 201.226.1500 | Legal Services | Disputed | $ 10,000.00 |
| Paul & Linda Warner<br>23600 SW 162nd Street<br>Homestead, FL 33031 | 305.232.3978 | Personal Loan | Undisputed | $ 4,000.00 |
| Nutter, McLennan & Fish<br>World Trade Center<br>155 Seaport Boulevard<br>Boston, MA 02210-2698 | Accounts Receivable | Legal Bill | Undisputed | $ 6,571.33 |
| Cavalry Portfolio Services<br>7 Skyline Drive, Third Floor<br>Hawthorne, NY 10532 | Accounts Receivable | Cell Phone Bill | Disputed | $ 1,727.08 |
| State of NJ AICS<br>PO Box 136, 4th Floor West<br>Trenton, NJ 08666-0136 | 609.292.7500 | Penalty | Undisputed | $ 2,276.31 |
| Avis Car Rental c/o<br>United Collection Corporation<br>1026 C Street<br>Hayward, CA 94541-5125 | 510.888.6200 | Auto Repair | Disputed | $ 1,000.76 |
| Texas Life Insurance Company<br>900 Washington Avenue<br>Waco, TX 76701 | 254.752.6521 | Judgment | Undisputed | $ 13,000.00 |

2

AMENDED

| Creditor | Phone | Type | Status | Amount |
|---|---|---|---|---|
| City of Tallahassee Utilities<br>435 N. Macomb Street Relay Box<br>Tallahassee, FL 32301 | 850.891.2126 | Utilities | Undisputed | $ 1,698.91 |
| Computer Credit – TMH<br>640 Fourth Street<br>Winston-Salem, NC 27113 | 800.492.4892 | Medical Bill | Undisputed | $ 1,094.10 |
| PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906-4444 | 800.357.2262 | Utilities | Undisputed | $ 880.45 |
| IC Systems – Verizon<br>444 Highway 96 East<br>St. Paul, MN 55164-0437 | 888.312.3593 | Phone | Undisputed | $ 848.33 |
| Rubin & Raines Pascack Hospital<br>PO Box 372480<br>Denver, CO 80014 | 866.350.5482 | Medical Bill | Disputed | $ 781.00 |
| Bergen Medical Center<br>PO Box 383<br>Temple, PA 19560-0383 | 201.967.4000 | Medical Bill | Disputed | $ 537.00 |
| Comcast<br>PO Box 105184<br>Atlanta, GA 30348-5184 | 850.574.4000 | Cable/Internet/Phone | Undisputed | $ 496.57 |

3

AMENDED

| | | | | |
|---|---|---|---|---|
| Barrister Reporting Service<br>120 Broadway, Suite 1111<br>NYC, NY 10271 | 212.432.2066 | Court Reporter | Disputed | $ 477.05 |
| Caine & Wiener – PODS<br>9960 Corporate Campus Drive<br>Louisville, KY 40223 | 866.488.4115 | Storage | Disputed | $ 462.09 |

4