UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

IN RE:

ROBERT C. WALLERIUS                              CASE NO.: 10-40401-LMK

    Debtor(s)                                           CHAPTER 11

ADDRESS:    3084 MCCORD BLVD
            TALLAHASSEE, FL 32303

LAST 4 OF SSN:    xxx-xx-9790

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW**, **SMITH, HIATT & DIAZ, P.A.**, attorneys for WEALTHBRIDGE MORTGAGE, its successors and assigns, secured creditor and party in interest, and hereby enters its appearance in the above-styled cause.  Further, pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby requests that all notices given or required to be given in this case and all papers required to be served in this case, be given and served upon the undersigned attorney.

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rule specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect in any way any of the above creditor's rights or interest with respect to the debtor, property or proceeds thereof which the debtor may claim an interest, or property or proceeds thereof in the possession, custody or control of the above-named creditor which debtor may seek to use or which require to seek to require any act or delivery of any property, payment or other conduct by the above-named creditor.

In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

ROY A. DIAZ, ESQUIRE
SMITH, HIATT & DIAZ, P.A.
PO BOX 11438
Fort Lauderdale, FL  33339-1438

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, June 7, 2010, I served a copy of the foregoing upon:

ROBERT C. WALLERIUS
3084 MCCORD BLVD
TALLAHASSEE, FL 32303
*Debtor(s)*


 UNITED STATES TRUSTEE- TPA
TIMBERLAKE ANNEX, SUITE 1200 501 E. POLK STREET
TAMPA, FL 33602
*Trustee*

SMITH, HIATT & DIAZ, P.A.
Attorneys for Creditor
PO BOX 11438
Fort Lauderdale, FL  33339-1438
Phone: (954) 564-0071
Fax:  (954) 564-9252
E-mail: rdiaz@smith-hiatt.com


By: /s/Roy A. Diaz
   Roy A. Diaz
   Florida Bar No.767700

1437-87808