# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE: ROBERT C. WALLERIUS }
} CASE NUMBER: 10-40401-LMK
}
} JUDGE KILLIAN
}
DEBTOR. } CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM 5/1/2010 TO 5/31/2010

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 6/21/2010

NONE
Attorney for Debtor

Debtor's Address and Phone Number:
3084 MCCORD BLVD
TALLAHASSEE
FLORIDA 32303
Tel. 850.692.3744

Attorney's Address and Phone Number:
NONE
Bar No.
Tel.

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

2010 JUN 21 P 2:25
CLERK BANKRUPTCY COURT NORTHERN DISTRICT FL.
FILED

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: ROBERT C. WILLIAMS
Case Number: 10-40401-LMK

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc

| | Month MAY | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 70 | 70 |
| CASH- Beginning of Month (Business) | -0- | -0- |
| Total Household Receipts  $SSA 1743.00 + 669.49 | 2,412.49 | 2412.49 |
| Total Business Receipts | 0 | 0 |
| Total Receipts | 2412.49 | 2412.49 |
| Total Household Disbursements | 1734.83 | 1734.83 |
| Total Business Disbursements | 0 | 0 |
| Total Disbursements | 1734.83 | 1734.83 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 677.66 | 677.66 |
| CASH- End of Month (Individual) | 747.66 | 747.66 |
| CASH- End of Month (Business) | 0 | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 1734.83 | 1734.83 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 1734.83 | 1734.83 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 21st day of JUNE 20 10

Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month MAY 2010 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 1743.00 | 1743.00 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| CONSULTING FEES | 669.49 | 669.49 |
| **TOTAL RECEIPTS** | 2412.49 | 2412.49 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 996.83 | 996.83 |
| Household Repairs & Maintenance | 591.33 | 591.33 |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | 120.67 | 120.67 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) USBC FILING FEES | 26.00 | 26.00 |
| | | |
| | | |
| Total Household Disbursements | 1734.83 | 1734.83 |
| | | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | 747.66 | 747.66 |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| Total Business Receipts | | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| | | |
| Total Business Disbursements | | |
| | | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | | |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| HOMEOWNERS - AMERICAN SECURITY INS CO | 11/1/09 - 2010 | $3485.90 ANNUAL | -0- |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

SUCCESSFUL IMPLIMENTATION OF CONSULTING AGREEMENT WITH PAYCHECK PC CORPORATION AND TRANSFER TO PURPLE ANGEL MARKETING 2.26.2010. I BELIEVE INCOME STREAM IS DEVELOPING WITH POTENTIAL TO FUND A PLAN OF REORGANIZATION.

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: AUGUST 2010

**MONTHLY OPERATING REPORT - INDIVIDUAL**    **ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information<br>ACCOUNT OPENED 6/1/2010 | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: REGIONSBANK | REGIONS | | | |
| Account Number: 0137266519 | 0137266519 | | | |
| Purpose of Account (Business/Personal) | PERSONAL | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1. Balance per Bank Statement | 0 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 0 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                              **ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | REGIONS BANK |
|---|---|
| Account Number | 0137266579 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |

*Account opened 6/1/2010*

TOTAL: 0

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | TOTAL |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                      **ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | TOTAL $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                    **ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | *None* | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | *None* | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.
\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | *None* | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**                    **ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| Accounts Payable Beginning Balance* | none | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| none | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor (Lessor) | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| none | | | | | |

 **REGIONS**

LOG OUT   CONTACT US   SITE MAP

ACCOUNTS ▼ | TRANSFERS ▼ | PAYMENTS ▼ | E-SERVICES ▼ | MOBILE BANKING | CUSTOMER SERVICE ▼ | MESSAGES

→ Summary   View Detail / Register   View / Edit Alerts   Online Statements   Add Categories   View/Edit Categories   View Reports

Features of your CheckCard may change on August 13. See how to keep your current service.

## Account Summary

Click on the individual account to see account details and transaction history.

Print Page
Download to Desktop Software

**WELCOME
ROBERT C WALLERIUS**

Email:
robertwallerius@prodigy.net [edit]

Last Successful Login
Jun 21, 2010 at 12:58 PM CT

relationship rewards

### Deposit Accounts

| Checking | Balance | Available Balance |
|---|---|---|
| 50+ LIFEGREEN CHECKING ******6519 | As of: 06/21/2010 $1,185.46 | As of: 6/21/2010 1:48:43 PM $1,046.46 |
| **Checking Total** | **$1,185.46** | **$1,046.46** |
| Deposit Accounts Total | | $1,046.46 |

Earn points using your Regions CheckCard.

Reward Points
(Enroll and view your points)

Learn More

**WHAT'S NEW**

TIME TO UPDATE YOUR EMAIL ADDRESS?

### Credit Accounts
Open a new FIA Personal Account

Open a new FIA Business Account

### Loan Accounts
Open a new Personal Loan Account

Open a new Business Loan Account

### Investment Accounts
Open a new Investment Account

[Back to Top]

 **Pay bills the easy way**
Bill Pay that's unlimited, free and guaranteed.
Pay bills now

 **Savings Goal Tracker**
Get your savings on the right track!
Set up a goal

 **Regions Auto Loans**
Get great rates and fast approvals.
Learn more

ACCOUNTS   TRANSFERS   PAYMENTS   E-SERVICES   ONLINE STATEMENTS   MOBILE BANKING   CUSTOMER SERVICE   MESSAGES

Contact Us   Site Map   Terms and Conditions   Privacy Pledge   Security

Equal Housing Lender   Member FDIC   ©2010 Regions Financial Corporation. All rights reserved.   1-800-REGIONS

 **REGIONS**  LOG OUT  CONTACT US  SITE MAP

ACCOUNTS | TRANSFERS | PAYMENTS | E-SERVICES | MOBILE BANKING | CUSTOMER SERVICE | MESSAGES

Summary  + View Detail / Register  View / Edit Alerts  Online Statements  Add Categories  View/Edit Categories  View Reports

### Account Details - 50+ LIFEGREEN CHECKING ******6519         Print Page

View and sort your current account activity for all of your accounts.     View Account: x-6519 50+ LIFEGREEN CHECKING $1,046.46

| | | | |
|---|---|---|---|
| Account Number | x-66519 | Overdraft Protection | $0.00 |
| YTD Interest | $0.00 | Ledger Balance | $1,185.46 |
| Interest Rate | 0.00 % | Available Balance | $1,046.46 |
| | | Standard Overdraft Coverage | Opted Out  [Edit] |

### Pending Transactions

| Date | Type | Description/Category | Status | Debit (-) | Credit (+) | Projected Balance |
|---|---|---|---|---|---|---|
| 6/21/2010 | PU | PUBLIX SUPER MA | PND | ($12.82) | | $1,172.64 |
| 6/21/2010 | PU | FRESH MKT-047 T | PND | ($26.18) | | $1,146.46 |
| 6/21/2010 | AW | NORTH MONROE BR | PND | ($100.00) | | $1,046.46 |

### Transaction History

From: 04/26/2010   To: 06/03/2010   Current Month   Previous Month

Filter Transaction History By: (Select One:)  VIEW

| Date | Type | Description/Category | Status | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|---|---|
| 06/03/2010 | CHECK | CHECK #0 | CLR | $1,000.00 | | $743.00 |
| 06/02/2010 | DEPOSIT | DEPOSIT | CLR | | $1,743.00 | $1,743.00 |

DOWNLOAD

ACCOUNTS   TRANSFERS   PAYMENTS   E-SERVICES   ONLINE STATEMENTS   MOBILE BANKING   CUSTOMER SERVICE   MESSAGES

Contact Us   Site Map   Terms and Conditions   Privacy Pledge   Security

Equal Housing Lender   Member FDIC   ©2010 Regions Financial Corporation. All rights reserved.   1-800-REGIONS