UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

IN RE:

ROBERT C. WALLERIUS                              CASE NO.: 10-40401-LMK

    Debtor(s)                                        CHAPTER 11

ADDRESS:    3084 MCCORD BLVD
                     TALLAHASSEE, FL 32303

LAST 4 OF SSN:    xxx-xx-9790

_____/

### WEALTHBRIDGE MORTGAGE'S
### MOTION FOR CONTINUANCE OF MOTION FOR RELIEF
### SCHEDULED FOR JULY 19, 2010
### 57 Avenue C, Haledon, NJ 07508

COMES NOW, WEALTHBRIDGE MORTGAGE (hereinafter "CREDITOR") by and through its undersigned counsel, and files this its Motion to Continue the Motion for Relief Hearing scheduled for July 19,2 010 and states as follows:

1.    On June 23, 2010, the CREDITOR filed a Motion for Relief from Stay and/or Adequate Protection D.E. 31.

2.    The motion has been scheduled for hearing on July 19, 2010.

3.    Undersigned counsel will be out of the office from July 18, 2010 through July 22, 2010 and will be attending the ALFN'S 8th Annual Leadership Conference in Washington, District of Colombia. Reservations to attend the conference were made prior to the hearing being scheduled.

WHEREFORE, WEALTHBRIDGE MORTGAGE, respectfully requests that this Court continue the hearing for July 19, 2010.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was furnished via electronic mail or U.S. regular mail this 25th day of June, 2010 on the following:

ROBERT C. WALLERIUS
3084 MCCORD BLVD
TALLAHASSEE, FL 32303
*Debtor(s)*


 UNITED STATES TRUSTEE- TPA
TIMBERLAKE ANNEX, SUITE 1200 501 E. POLK STREET
TAMPA, FL 33602
*Trustee*

All interested parties on the attached matrix pursuant to Local Rule 1007(d).

        SMITH, HIATT & DIAZ, P.A.
        Attorneys for Plaintiff
        PO BOX 11438
        Fort Lauderdale, FL  33339-1438
        Telephone: (954) 564-0071
        Facsimile:  (954) 564-9252


        By: /s/ Roy A. Diaz
           Roy A. Diaz
           Florida Bar No. 767700

1437-87808