FORM onstay (Rev 12/09)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius
     SSN/ITIN: xxx−xx−9790
      Debtor

Bankruptcy Case No.:   10−40401−LMK

Chapter:  11
Judge:  Lewis M. Killian Jr.

### *ORDER AND NOTICE OF PRELIMINARY HEARING*

Wealthbridge Mortgage, having filed a motion for relief from stay,

NOTICE IS HEREBY GIVEN that *if a response opposing the motion is filed* pursuant to L.R. 4001−1(c), a preliminary hearing will be held before the undersigned bankruptcy judge **by telephone conference** on July 19, 2010 between the hours of 2:00 p.m. and 5:00 p.m.

Upon the filing of a response in opposition, the clerk will notify the parties of the specific time of the hearing. **IF NO RESPONSE IS FILED, NO HEARING WILL BE HELD AND THE MOTION MAY BE GRANTED BY THE COURT.**

*IT IS HEREBY ORDERED AND FURTHER NOTICE GIVEN THAT*:

a) The preliminary hearing shall be non−evidentiary unless otherwise noticed and will be restricted to the documents of record and the argument of counsel. Testimony of witnesses will not be permitted.
b) Within seven (7) days after the date of this order, the movant shall file and serve on the debtor and the trustee, if one has been appointed, supporting affidavits and such other documents demonstrating that the movant is entitled to relief. Depending upon the grounds upon which the motion is based, these shall include the following as appropriate:
    1) a supporting affidavit of indebtedness;
    2) a supporting affidavit and documents establishing secured status;
    3) an appraisal or affidavit of value;
    4) an affidavit showing such other facts as may be necessary to demonstrate the movant's right to relief.
c) Within fifteen (15) days of the date of this order if they oppose the motion for relief, the debtor and/or trustee shall file and serve on the movant a response which shall be accompanied by such supporting affidavits or appraisals as applicable.
d) Motions that cannot be disposed of at the preliminary hearing will be set for an evidentiary final hearing within thirty (30) days, unless such time requirement is otherwise waived by the movant.

*DONE AND ORDERED* at Tallahassee, Florida, June 24, 2010 .

/s/ Lewis M. Killian Jr.
Lewis M. Killian Jr.
U.S. Bankruptcy Judge

Service to:
    All parties in interest

# CERTIFICATE OF NOTICE

```
District/off: 1129-4           User: cbikowitz             Page 1 of 1                   Date Rcvd: Jun 24, 2010
Case: 10-40401                 Form ID: onstay             Total Noticed: 4

The following entities were noticed by first class mail on Jun 26, 2010.
db           +Robert C. Wallerius,    3084 McCord Boulevard,    Tallahassee, FL 32303-1715
cr            M'Ware Corporation and Resource Management Groups,,    PO Box 60,    Centerville, MA  02632-0060
1456027      +Wealthbridge Mortgage,    c/o Smith Hiatt and Diaz PA,    Attn: Roy A Diaz,    PO Box 11428,
               Fort Lauderdale, FL 33339
1457189       Wealthbridge Mortgage,    Roy. A. Diaz,    P.O. Box 11438,    Ft. Lauderdale, FL 33339-1438

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Wealthbridge Mortgage,    Roy A. Diaz,    P. O Box 11438,    FT. Lauderdale, FL 33339-1438
                                                                                                  TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2010**                            **Signature:**   *Joseph Speetjens*