UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

IN RE:

ROBERT C. WALLERIUS                                    CASE NO.:  10-40401-LMK

    Debtor(s)                                                   CHAPTER 11

ADDRESS:   3084 MCCORD BLVD
                        TALLAHASSEE, FL 32303

LAST 4 OF SSN:    xxx-xx-9790

_____/


**ON GRATING WEALTHBRIDGE MORTGAGE'S
MOTION FOR CONTINUANCE OF MOTION FOR RELIEF
SCHEDULED FOR JULY 19, 2010
57 Avenue C, Haledon, NJ 07508**

THIS MATTER came before WEALTHBRIDGE MORTGAGE'S (hereinafter "CREDITOR") Motion to Continue the Motion for Relief Hearing scheduled for July 19,2 010 and the Court having been fully advised in this matter, it is hereby ORDERED:

1. The Motion to Continue the Motion for Relief Hearing Scheduled for July 19, 2010 on subject property: 57 Avenue C. Haledon, NJ 07508 is hereby GRANTED.

2. The Motion for Relief will be continued by further notice of this Court.

DONE AND ORDERED this   the 28th day of June, 2010.

_____
HONORABLE JUDGE LEWIS M. KILLIAN, JR
UNITED STATES BANKRUPTCY JUDGE


Copies furnished to:

ROY A. DIAZ, ESQ.
SMITH, HIATT & DIAZ, P.A.
ATTORNEYS FOR PLAINTIFF
PO BOX 11438
FORT LAUDERDALE, FL  33339-1438
TELEPHONE: (954) 564-0071
FACSIMILE:  (954) 564-9252
*Attorney for Creditor*

ROBERT C. WALLERIUS
3084 MCCORD BLVD
TALLAHASSEE, FL 32303
*Debtor(s)*


 UNITED STATES TRUSTEE- TPA
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602
*Trustee*

All interested parties on the attached matrix pursuant to Local Rule 1007(d).




1437-87808