Form nhstayp

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Robert C. Wallerius                                                  Bankruptcy Case No.:   10−40401−LMK
SSN/ITIN: xxx−xx−9790
   Debtor

                                                                                                  Chapter:  11
                                                                                                  Judge:  Lewis M. Killian Jr.

### *NOTICE OF CONTINUED TELEPHONIC HEARING*

A response or opposition to the Motion for Relief from Stay by Wealthbridge Mortgage has been filed. A telephone conference is set for July 26, 2010 at 02:00 PM , **Eastern time**.

It is Movant's responsibility to set up the conference call. All hearings set for telephone conference are Eastern time and are to be placed to (850) 521−5031.

*Parties shall confer and if the hearing is no longer necessary, notify the court no later than 11:00 a.m. Eastern time on the date of the hearing either by phone or, preferably, by choosing the Request Hearing Cancellation selection on the Bankruptcy events screen in ECF.*

Dated: June 29, 2010                                              William W. Blevins , Clerk of Court
                                                                  110 East Park Avenue
                                                                  Suite 100
                                                                  Tallahassee, FL 32301

Service to:
    All parties in interest