# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE: ROBERT C. WALLERIUS

CASE NUMBER: 10-40401-LMK

JUDGE KILLIAN

DEBTOR.

CHAPTER 11

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM 6/1/2010 TO 6/30/2010

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 7/9/2010

NONE
Attorney for Debtor

Debtor's Address and Phone Number:
3084 MCCORD BLVD
TALLAHASSEE, FL
32303
Tel. 850.692.3744

Attorney's Address and Phone Number:
Bar No. NONE
Tel.

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources:

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

FILED 2010 JUL -9 P 3: 55
CLERK BANKRUPTCY COURT
NORTHERN DISTRICT FL.

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: ROBERT O. WILLERIUS
Case Number: 10-40401-LMK

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this rept.

| | Month JUNE '10 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 747.66 | |
| CASH- Beginning of Month (Business) | NONE | |
| | | |
| Total Household Receipts | 4375.46 | |
| Total Business Receipts | 0 | |
| Total Receipts | 4375.46 | |
| | | |
| Total Household Disbursements | 4781.12 | |
| Total Business Disbursements | 0 | |
| Total Disbursements | 4781.12 | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 342.00 | |
| | | |
| CASH- End of Month (Individual) | 342.00 | |
| CASH- End of Month (Business) | NONE | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 4781.12 | 6515.95 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | — | — |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 4781.12 | 6515.95 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 9th day of July 20 10.

_____
Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month JUNE '10 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 747.66 | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 1743.00 | 3486.00 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) CONSULTING FEES | 839.62 | 1509.11 |
| ASSISTANCE | 1792.84 | 1792.84 |
| **TOTAL RECEIPTS** | 4375.46 | 6787.95 |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing 690.57 +435.68 +839.62 | 1965.87 | 2962.70 |
| Household Repairs & Maintenance 282.80 +285.24 +684.79 | 1252.83 | 1844.16 |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 176.87 | 176.87 |
| Vehicle Expenses 9.00 + 1376.55 | 1385.55 | 1506.22 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) USBC FILING FEES | | 26.00 |
| | | |
| | | |
| **Total Household Disbursements** | 4781.12 | 6515.95 |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | 342.00 | 342.00 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month |  |  |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **Total Business Receipts** |  |  |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  |  |
| Vehicle Expenses |  |  |
| Travel & Entertainment |  |  |
| Repairs and Maintenance |  |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  |  |
| Other (attach schedule) |  |  |
|  |  |  |
| **Total Business Disbursements** |  |  |
|  |  |  |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) |  |  |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| HOMEOWNERS - AMERICAN SECURITY INS CO | 11/1/09-10 | $3485.00 | NONE |
| HIGH POINT - HOMEOWNERS | 3/15/10-11 | $982.00 | NONE |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

CONTINUING PROGRESS IN ALL AREAS

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: AUGUST 2010

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | REGIONS BANK | | | |
| Account Number: | 0137266519 | | | |
| Purpose of Account (Business/Personal) | PERSONAL | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1. Balance per Bank Statement | 296.02 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | —  | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | —  | | | |
| 4. Other Reconciling Items (attach list to this report) | —  | | | |
| 5. Month End Balance (Must Agree with Books) | 296.02 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Regions Bank |
|---|---|
| Account Number | 0137266519 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 001 | 6/3 | Auto Experts | Auto Repair | 1000.00 |
| 002 | 6/7 | PS Williams | Household Reimb | 20.00 |
| 003 | 6/8 | Auto Experts | Auto Repair | 350.00 |
| Visa | 6/8 | Tomato Land | Food | 11.56 |
| Visa | 6/14 | Michaels | House Repair Item | 22.96 |
| 004 | 6/16 | Auto Experts | Auto Repair | 850.00 |
| Visa | 6/16 | USPS | Postage | 43.00 |
| ATM | 6/16 | R Waluerius | Household Cash on Hand | 400.00 |
| Visa | 6/17 | World Market | Food | 53.14 |
| Visa | 6/17 | Petsmart | Household Mice | 87.96 |
| Visa | 6/17 | Home Depot | House Repair | 39.13 |
| Visa | 6/16 | Supersuds | Auto X | 9.00 |
| Visa | 6/16 | Texaco | Auto X | 17.55 |
| Visa | 6/18 | Winn Dixie | Food | 54.42 |
| Visa | 6/21 | Publix | Food | 11.80 |
| Visa | 6/21 | Fresh Market | Food | 26.18 |
| ACH | 6/21 | R Waluerius | Household Cash | 700.00 |
| DM | 6/18 | Harland Clark | Printed Checks | 5.00 |
| DM | 6/24 | GE Credit | Dog Vet Bill | 107.17 |
| Visa | 6/24 | Walmart | Food | 67.85 |
| Visa | 6/26 | Walmart | Household Supplies | 106.52 |
| Visa | 6/28 | Winn Dixie | Food | 39.00 |
| Visa | 6/28 | Walmart | Food | 68.51 |
| Visa | 6/29 | City of Tallahassee | Utilities | 176.87 |
| | | | **TOTAL** | **$ 3077.92** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**     **ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | TOTAL |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | None | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | None | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.
\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | None | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | None | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT -**                             **ATTACHMENT NO. 5**
**INDIVIDUAL**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | None | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | None | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | None | | | | |

 **REGIONS**

LOG OUT   CONTACT US   SITE MAP

ACCOUNTS ▾ | TRANSFERS ▾ | PAYMENTS ▾ | E-SERVICES ▾ | MOBILE BANKING | CUSTOMER SERVICE ▾ | MESSAGES
Summary  → View Detail / Register   View / Edit Alerts   Online Statements   Add Categories   View/Edit Categories   View Reports

### Account Details - 50+ LIFEGREEN CHECKING ******6519     🖨 Print Page

View and sort your current account activity for all of your accounts.      View Account: x-6519 50+ LIFEGREEN CHECKING $51.02

| | | | |
|---|---|---|---|
| Account Number | x-66519 | Overdraft Protection | $0.00 |
| YTD Interest | $0.00 | Ledger Balance | $51.02 |
| Interest Rate | 0.00 % | Available Balance | $51.02 |
| | | Standard Overdraft Coverage | Opted Out  [Edit] |

### Pending Transactions

| Date | Type | Description/Category | Status | Debit (-) | Credit (+) | Projected Balance |
|---|---|---|---|---|---|---|

There are no current day transactions pending.

### Transaction History

From: 06/01/2010    To: 06/30/2010    Current Month   Previous Month

Filter Transaction History By: (Select One:)   VIEW

| Date | Type | Description/Category | Status | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|---|---|
| 06/29/2010 | CHECK | CHECK #102 | CLR | $176.87 | | $296.02 |
| 06/28/2010 | CHK CRD | WAL-MART #1408 WAL-MART #140 | CLR | $67.85 | | $472.89 |
| 06/28/2010 | DEBIT | GE MONEY PAYMENT | CLR | $107.17 | | $540.74 |
| 06/28/2010 | CHK CRD | WAL-MART #1408 WAL-MART #140 | CLR | $166.54 | | $647.91 |
| 06/25/2010 | CHK CRD | WINN DIXIE 381 WINN DIXIE 38 | CLR | $39.00 | | $814.45 |
| 06/25/2010 | CHK CRD | WAL-MART #4427 WAL-MART #442 | CLR | $68.51 | | $853.45 |
| 06/24/2010 | ATM DEBIT | STAR NE 3490 N. MONRO | CLR | $122.50 | | $921.96 |
| 06/24/2010 | DEBIT | OTHER BANK ATM WITHDRAWAL FEE | CLR | $2.00 | | $1,044.46 |
| 06/21/2010 | CHK CRD | PUBLIX SUPER M PUBLIX SUPER | CLR | $12.82 | | $1,046.46 |
| 06/21/2010 | CHK CRD | FRESH MKT-047 FRESH MKT-047 | CLR | $26.18 | | $1,059.28 |
| 06/21/2010 | ATM DEBIT | Regions NORTH MONROE | CLR | $100.00 | | $1,085.46 |
| 06/18/2010 | CHK CRD | WINN DIXIE 381 WINN DIXIE 38 | CLR | $54.42 | | $1,185.46 |
| 06/18/2010 | DEBIT | HARLAND CLARKE CHK ORDERS | CLR | $5.00 | | $1,239.88 |
| 06/17/2010 | CHK CRD | THE HOME DEPOT THE HOME DEPO | CLR | $35.33 | | $1,244.88 |
| 06/17/2010 | CHK CRD | PETSMART INC 3 PETSMART INC | CLR | $87.96 | | $1,280.21 |
| 06/16/2010 | CHK CRD | SUPER-SUDS EXPR | CLR | $9.00 | | $1,368.17 |
| 06/16/2010 | ATM DEBIT | Regions NORTH MONROE | CLR | $400.00 | | $1,377.17 |
| 06/15/2010 | CHK CRD | USPS 118893069 USPS 11889306 | CLR | $42.09 | | $1,777.17 |
| 06/15/2010 | CHK CRD | COSTPLUS COSTPLUS | CLR | $52.16 | | $1,819.26 |
| 06/15/2010 | CHECK | CHECK #0 | CLR | $350.00 | | $1,871.42 |
| 06/15/2010 | DEPOSIT | DEPOSIT | CLR | | $1,743.00 | $2,221.42 |
| 06/14/2010 | CHK CRD | TEXACO 00303797 | CLR | $17.55 | | $478.42 |
| 06/10/2010 | CHK CRD | TOMATO LAND | CLR | $11.56 | | $495.97 |
| 06/09/2010 | CHK CRD | MICHAELS #1551 MICHAELS #155 | CLR | $27.91 | | $507.53 |
| 06/07/2010 | CHECK | CHECK #0 | CLR | $220.00 | | $535.44 |
| 06/07/2010 | DEPOSIT | DEPOSIT | CLR | | $12.44 | $755.44 |
| 06/03/2010 | CHECK | CHECK #0 | CLR | $1,000.00 | | $743.00 |
| 06/02/2010 | DEPOSIT | DEPOSIT | CLR | | $1,743.00 | $1,743.00 |

DOWNLOAD

ACCOUNTS　　TRANSFERS　　PAYMENTS　　E-SERVICES　　ONLINE STATEMENTS　　MOBILE BANKING　　CUSTOMER SERVICE　　MESSAGES

Contact Us　　Site Map　　Terms and Conditions　　Privacy Pledge　　Security

Equal Housing Lender　　Member FDIC　　©2010 Regions Financial Corporation. All rights reserved.　　1-800-REGIONS