UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 10-40401-LMK

**ROBERT C. WALLERIUS**                              CHAPTER 11

   Debtor

_____/

## ANSWERS TO WEALTHBRIDGE MORTGAGE MOTION FOR RELIEF FROM THE STAY AGAINST 57 AVENUE C; HALEDON, NJ PROPERTY

COMES NOW, Robert C. Wallerius, debtor pro se submitting the following answers in support of continuing the Bankruptcy Stay providing the best possibilities of a successful plan of reorganization:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied
7. Denied
8. Denied
9. Denied
10. Denied
11. Denied
12. Denied
13. Admitted

For knowledge of the court and creditors, the main reason the mortgage fell behind in the recent years was the complete disability of the debtor caused by spinal injuries suffered an auto accident while returning from a business trip. Because Debtor's auto insurer at the time, AIG denied coverage in a jurisdictional battle, the debtor was prevented coverage for mandatory corrective surgeries and forced to file suit in NYC.

To control the pain during the interim periods, the debtor was prescribed morphine sulfate and other narcotic pain medicines rendering him mentally incapable of work. January 1, 2010 the debtor became eligible and enrolled in Medicare Blue Cross/Blue Shield of Florida and has set a schedule of surgeries enabling the debtor to return to full time employment during the fall. Debtor expects to return to financial health in the Fall and has already returned to work part-time re-training and preparing quickly for the anticipated post-surgeries return to executive employment and financial health.

2010 JUL -9 P 3: 55
BANKRUPTCY COURT
CLERK
NORTHERN DISTRICT FL.
FILED

Debtor has financially existed on SSA-DI since late 2008. During early February 2010, the first successful laser surgery was performed on the debtor's most severe of three areas of pain and enabled the Debtor to begin re-training for executive employment. Debtor appreciates the opportunity provided by Creditor in Paragraph 13 of the Motion for Relief being answered herein and will reply to attorneys for the Creditor's prior to the scheduled court hearing on July 26, 2010.

**WHEREFORE**, Debtor prays in the event Secured Creditor Wealthbridge Mortgage is unable to reach an agreement with debtor prior to the July 26, 2010 hearing about the matter, Your Honor will continue the Federal Bankruptcy Stay until Debtor submits his Plan of Reorganization and Disclosure Statement.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing ANSWERS TO WEALTHBRIDGE MORTGAGE MOTION FOR RELIEF FROM THE STAY AGAINST 57 AVENUE C PROPERTY has been served by U.S. mail, postage prepaid on the Creditor, the United States Trustee, and all parties in interest pursuant to Bankruptcy Rule 1007(d) this 8th Day of July, 2010.

Respectfully,

ROBERT WALLERIUS
Pro se debtor

3084 McCord Boulevard
Tallahassee, FL 32303-1715
Phone: 850.692.3744
Fax: 850.692.3740
eMail: robertwallerius@prodigy.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of July 2010, I served copy of the foregoing via US first class mail upon:

Roy A. Diaz, Esquire
SMITH, HIATT & DIAZ, P.A.
Attorney for Creditor
PO BOX 1143.8
Fort Lauderdale, FL 33339-1438

OFFICE OF THE UNITED STATES TRUSTEE
Jason H. Egan, Esquire
110 East Park Avenue
Tallahassee, FL 32301

All interested parties on the attached matrix pursuant to Local Rule 1007(d).

ROBERT C. WALLERIUS
Pro se debtor

3084 McCord Boulevard
Tallahassee, FL 32303-1715
Phone: 850.692.3744
Fax: 850.692.3740
eMail: robertwallerius@prodigy.net