UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

IN RE:

ROBERT C. WALLERIUS                             CASE NO.: 10-40401-LMK

    Debtor(s)                                        CHAPTER 11

ADDRESS:    3084 MCCORD BLVD
                    TALLAHASSEE, FL 32303

LAST 4 OF SSN:    xxx-xx-9790

_____/

## WEALTHBRIDGE MORTGAGE'S RESPONSE TO DEBTOR'S ANSWER TO WEALTHBRIDGE MORTGAGE'S MOTION'S FOR RELIEF

**COMES NOW**, Smith, Hiatt & Diaz, P.A., attorneys for WEALTHBRIDGE MORTGAGE ("CREDITOR"), its successors and assigns, secured creditor and party in interest, and files this its Response to DEBTOR'S Answer to CREDITOR'S Motion for Relief, and states as follows:

1. The property located at 57 Avenue C, Halendon, NJ 07508 is a non-homestead property.

2. Per the Creditor, the subject loan, which closed on October 5, 2006, was a cash out refinance that defaulted after one payment. The amount cashed out was $16,402.50.

3. CREDITOR states that Virginia Wallerius, who is on the mortgage and note, resides at the subject property and is unable to afford to keep the property per information provided by the Debtor.

4. The CREDITOR is unable to approve a loan modification on the subject property based on the circumstances that have been presented.

**WHEREFORE,** WEALTHBRIDGE MORTGAGE, prays that the Debtors' Objection to the Motion for Relief be denied and requests that this Court grant the Creditor *in rem relief*.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this day, July 23, 2010, I served a copy of the foregoing upon:

ROBERT C. WALLERIUS
3084 MCCORD BLVD
TALLAHASSEE, FL 32303
*Debtor(s)*


UNITED STATES TRUSTEE- TPA
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602
*Trustee*

                                        SMITH, HIATT & DIAZ, P.A.
                                        Attorneys for Creditor
                                        PO BOX 11438
                                        Fort Lauderdale, FL  33339-1438
                                        Phone: (954) 564-0071
                                        Fax:  (954) 564-9252
                                        E-mail: rdiaz@smith-hiatt.com


                                        By: /s/Roy A. Diaz
                                            Roy A. Diaz
                                      Florida Bar No.767700


1437-87808