UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

IN RE:

ROBERT C. WALLERIUS                     CASE NO.:   10-40401-LMK

      Debtor(s)                     CHAPTER 11

| ADDRESS: | 3084 MCCORD BLVD TALLAHASSEE, FL 32303 |
|---|---|
| LAST 4 OF SSN: | xxx-xx-9790 |

_____
__/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

    This Case came before the court on July 26, 2010, upon   the Motion for Relief from the Automatic Stay (Docket # 31) filed by WEALTHBRIDGE MORTGAGE ("CREDITOR") on June 23, 2010.  The Court having been fully advised on the premises, it is hereby

    **ORDERED**:

    1.    The Motion for Relief from Automatic Stay is GRANTED.

    2.    The Automatic Stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with foreclosure of its lien on the following property:

> ALL THAT CERTAIN TRACT OR PARCEL OF LAND AND PREMISES, HEREINAFTER PARTICULARLY DESCRIBED, SITUATE IN THE BOROUGH OF HALEDON IN THE COUNTY PF PASSAIC AND STATE OF NEW JERSEY:
>
> BEGINNING AT A POINT IS THE SOUTHEASTERLY LINE OF AVENUE "C" DISTANT 175 FEET NORTHEASTERLY FROM THE NORTHEASTERLY LINE OF ALBION AVENUE AND RUNNING THENCE
>
> (1) NORTHEASTERLY ALONG SAID SOUTHEASTERLY LINE OF AVENUE "C" 50 FEET; THENCE
>
> (2) SOUTHEASTERLY PARALLEL WITH ALBION AVENUE AND ALONG THE LINE DIVIDING LOTS NUMBERS 55 AND 57 ON MAP HEREINAFTER MENTIONED, 100 FEET; THENCE
>
> (3) SOUTHWESTERLY PARALLEL WITH AVENUE "C" 50 FEET; THENCE
>
> (4) NORTHWESTERLY PARALLEL WITH THE SECOND COURSE 100 FEET TO THE POINT OR PLACE OF BEGINNING.

CASE NO.:   10-40401-LMK

BEING LOTS NUMBERED 57 AND 59 AVENUE "C" IN BLOCK 10, AS LAID DOWN ON MAP ENTITLED, "BUSCHMANN PARK, HAP NOO 5, PROPERTY OF WILLIAM BUSCHMANN, SITUATE IN THE CITY OF PATERSON AND MANCHESTER TOWNSHIP, PASSAIC COUNTY, NEW JERSEY, MADE BY FONDA & SEARS, P.S. APRIL 1893

Property Address:   57 AVENUE C , Haledon, NJ 07508

3. This Order is entered for the sole purpose of allowing CREDITOR to obtain an *in rem* judgment against the property described above. CREDITOR shall not seek an *in personam* judgment against Debtor(s).

4. The fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3)is waived so that Creditor can pursue its in rem remedies.

Done and Ordered this the 28th day of July, 2010.

_____
LEWIS M. KILLIAN,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Copies to:

All interested parties on the attached matrix pursuant to Local Rule 1007(d)

ROY A. DIAZ, ESQ.
SMITH, HIATT & DIAZ, P.A.
PO BOX 11438FORT LAUDERDALE, FL   33339-1438
*Attorneys for Creditor*

ROBERT C. WALLERIUS
3084 MCCORD BLVD TALLAHASSEE, FL 32303
*Debtor(s)*

UNITED STATES TRUSTEE
110 E. PARK AVENUE STE 128, TALLAHASSEE, FL 32301
*Trustee*

1437-87808