FORM nhgnrle

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius
     SSN/ITIN: xxx–xx–9790
      Debtor

Bankruptcy Case No.:   10–40401–LMK

Chapter:  11
Judge:  Lewis M. Killian Jr.

### *NOTICE OF EVIDENTIARY HEARING*

    ***PLEASE TAKE NOTICE*** that on, August 31, 2010 at 10:30 AM , or as soon thereafter as counsel can be heard, an evidentiary hearing on

    *66* – Motion to Dismiss Case Pursuant to 11 U.S.C. 1112(b) filed by Chad D. Heckman on behalf of M'Ware Corporation. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) List of Creditors in which MTD was mailed to pursuant to Rule 1007(d)) (Heckman, Chad)

will be heard at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 .

    The court has set aside time for this hearing. If the matter is settled prior to the hearing, it is the movant's responsibility to see that the court is promptly advised.

    PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: August 4, 2010

William W. Blevins , Clerk of Court
110 East Park Avenue
Suite 100
Tallahassee, FL 32301

Service to:
    All parties in interest