UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

IN RE:

ROBERT C. WALLERIUS              CASE NO.:   10-40401-LMK

    Debtor(s)                        CHAPTER 11

| ADDRESS: | 3084 MCCORD BLVD TALLAHASSEE, FL 32303 |
|---|---|
| LAST 4 OF SSN: | xxx-xx-9790 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

This Case came before the court on July 26, upon the Motion for Relief from the Automatic Stay (Docket # 33) filed by WEALTHBRIDGE MORTGAGE ("CREDITOR") on June 23, 2010.   The Court having been fully advised on the premises, it is hereby

    **ORDERED**:

    1.    The Motion for Relief from Automatic Stay is GRANTED.

    2.    The Automatic Stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with foreclosure of its lien on the following property:

> ALL THAT CERTAIN LOT, TRACT OR PARCEL OF LAND, SITUATE, LYING AND BEING IN THE TOWNSHIP OF WASHINGTON, COUNTY OF BERGEN, STATE OF NEW JERSEY AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:
>
> DESIGNATED AS BEING LOT NUMBER 20, 21 AND 22 IN BLOCK NUMBER FIFTEEN (15) ON A CERTAIN MAP ENTITLED "MAP OF WESTWOOD HIGHLANDS, TOWNSHIP OF WASHINGTON, BERGEN COUNTY, NEW JERSEY, OWNED BY BLOCKDEL REALTY CQG1ANY, INCORPORATED", MADE BY HERING AND WESTPHAL, CIVIL ENGINEERS AND SURVEYS AND FILED IN THE OFFICE OF THE CLERK OF BERGEN COUNTY AS MAP NUMBER 2085 ON MARCH 31, 1926, AND MORE PARTICULARLY BOUNDED .AND DESCRIBED AS FOLLOWS:
>
> BEGINNING AT A POINT IN THE EASTERLY LINE OF HICKORY STREET, WHERE THE SAME IS INTERSECTED BY THE DIVISION LINE BETWEEN LOTS 22 AND 23 IN BLOCK 15 AS SHOWN ON THE AFOREMENTIONED FILED MAP NUMBER 2085, WHICH POINT IS ALSO DISTANT 200.00 FEET SOUTHERLY FROM THE CORNER FORMED BY THE INTERSECTION OF THE EASTERLY .LINE
> OF HICKORY STREET WITH THE SOUTHERLY LINE OF LINCOLN AVENUE, .AND FROM THENCE RUNNING

CASE NO.:  10-40401-LMK

(1) SOUTH 64 DEGREES 30 MINUTE8 EAST, AND ALONG THE AFOREMENTIONED D:IVISION LINE BETWEEN LOTS 22 AND 23, 100.00 FEET TO A POINT IN THE EASTERLY LINE OF LOT 22, THENCE

(2) SOUTH 2S DEGREES 30 MINUTES WEST, AND ALONG THE EASTERLY LINE OF LOTS 22, 21 .AND 20 IN BLOCK 15 ON THE AFOREMENTIONED FILED MAP, 7S. 00 FEET TO A POINT IN THE DIVISION LINE BETWEEN LOTS 19 AND 20 ON SAID MAP, THENCE

(3) NORTH 64 DEGREES 30 MINUTES WEST, AND ALONG THE DIVISIONLINE BETWEEN LOTS 19 AND 20, 100.00 NET TO A POINT IN THE EASTERLY LINE OF HICKORY STREET, THENCE

(4) NORTH 25 DEGREES 30 MINUTES EAST, AND ALONG THE EASTERLY LINE OF HICKORY STREET, 7S. 00 FEET TO A POINT OR PLACE OF BEGINNING.

BEING COMMONLY KNOWN AND DESIGNATED AT 341 HICKORY STREET WASHINGTON TOWNSHIP, NEW JERSEY.

Property Address:   341 HICKORY STREET, WASHINGTON TOWNSHIP, NJ 07676

3. This Order is entered for the sole purpose of allowing CREDITOR to obtain an *in rem* judgment against the property described above.   CREDITOR shall not seek an *in personam* judgment against Debtor(s).

4. The fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3)is waived so that Creditor can pursue its in rem remedies.

Done and Ordered this  the 4th day of August, 2010.

_____
LEWIS M. KILLIAN,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Copies to:

All interested parties on the attached matrix pursuant to Local Rule 1007(d)

ROY A. DIAZ, ESQ.
SMITH, HIATT & DIAZ, P.A.
PO BOX 11438
FORT LAUDERDALE, FL   33339-1438
*Attorneys for Creditor*

ROBERT C. WALLERIUS
3084 MCCORD BLVD TALLAHASSEE, FL 32303
*Debtor(s)*

UNITED STATE TRUSTEE
110 E. PARK AVENUE STE 128
TALLAHASSEE, FL 32301
*Trustee*

1437-87754

# CERTIFICATE OF NOTICE

```
District/off: 1129-4          User: cbikowitz              Page 1 of 1                 Date Rcvd: Aug 04, 2010
Case: 10-40401                Form ID: pdf002              Total Noticed: 6

The following entities were noticed by first class mail on Aug 06, 2010.
db           +Robert C. Wallerius,    3084 McCord Boulevard,    Tallahassee, FL 32303-1715
cr            M'Ware Corporation and Resource Management Groups,,    PO Box 60,    Centerville, MA  02632-0060
1456027      +Wealthbridge Mortgage,    c/o Smith Hiatt and Diaz PA,    Attn: Roy A Diaz,    PO Box 11428,
               Fort Lauderdale, FL 33339
1457189       Wealthbridge Mortgage,    Roy. A. Diaz,    P.O. Box 11438,    Ft. Lauderdale, FL 33339-1438
1436233       Wealthbridge Mortgage,    Its Successors and Assigns,    P.O. Box 39483,    Solon, OH 44139-0483

The following entities were noticed by electronic transmission on Aug 05, 2010.
1436223      +E-mail/Text: bankruptcynotices@wealthbridge.com                           *Wealthbridge Mortgage,
               15455 NW Greenbrier Pkwy,    Ste 111,    Beaverton, OR 97006-7357
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Wealthbridge Mortgage,    Roy A. Diaz,    P. O Box 11438,    FT. Lauderdale, FL 33339-1438
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2010**               **Signature:** _Joseph Speetjens_