UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 10-40401-LMK

**ROBERT C. WALLERIUS**   CHAPTER 11

**Debtor**

_____/

### ANSWERS TO M'WARE CORPORATION MOTION TO DISMISS

COMES NOW, Robert C. Wallerius, debtor pro se submitting the following answers in support of continuing the Bankruptcy Stay providing the best possibilities of a successful plan of reorganization to be delivered to this Court on or before September 30, 2010 when the last of corrective spinal surgeries will be completing allowing return to full time employment:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted, case commenced April 27, 2010 and the initial period was a short month.
7. Admitted
8. Admitted
9. Admitted
10. Admitted

For knowledge of the court and creditors, the main reason for the continuing reason for the Chapter 11's was/is the complete disability of the debtor caused by spinal injuries suffered an auto accident while returning from a business trip in 2005. There has been in excess of a dozen corrective surgical and pain control procedures performed since 2007.

Last Thursday August 26, 2010, surgeon/Dr. Katherine Langston had a cancellation and was able to fast track the final cervical spine prep surgery whereby a four inch incision was made in the rectal area to remove/repair a growth caused by a festering fistula. The cervical surgery can't be completed until this germ prevention surgery was completed. Stitches and a drain will remain in the wound until September 8, 2010. Debtor is on narcotic pain medication again until the stitches and drain removal. Debtor is unable to attend the hearing per doctors instructions. A note from the surgeon/doctor is attached.

Within days after the stitches and drain are removed, surgeon/Dr. R. Spencer Stoetzel will perform the final and most invasive of the surgeries by repairing four damaged discs in the cervical vertebrae. This is the final procedure allowing the Debtor to return to work full time during October and have a steady income for the first time since the accident on March 17, 2010.

**WHEREFORE**, Debtor prays the hearing for the Motion To Dismiss can be adjourned until after September 8, 2010 and Your Honor Judge Killian will continue the Federal Bankruptcy Stay until Debtor submits his Plan of Reorganization and Disclosure Statement on or before September 30, 2010.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing ANSWERS TO M'WARE CORPORATION MOTION TO DISMISS has been served by U.S. mail, postage prepaid on the Creditor, the United States Trustee, and all parties in interest pursuant to Bankruptcy Rule 1007(d) this 30th Day of August, 2010.

Respectfully,

ROBERT C. WALLERIUS
Pro se debtor

3084 McCord Boulevard
Tallahassee, FL 32303-1715
Phone: 850.692.3744
Fax: 850.692.3740
eMail: robertwallerius@prodigy.net

**CAPITAL REGIONAL MEDICAL CENTER**

WALLERIUS, ROBERT C
K01008913647    PRE SDC
08/26/10   Langston,Katherine E
DOB:07/18/53  57        M  MR# K000226288
CAPITAL REGIONAL MED CENTER

DATE 8/26/10

To whom it May Concern
Mr. Wallerius Recently had
Surgery and is Required to
Be on Bedrest for 1 week

REFILL 0 1 2 3 4 5 6
R R N
LABEL _____ M.D.
                                DEA NO. _____

The front side of this document must have a blue background.
See reverse side for additional security features.

HPC1004089380

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of August 2010, I served copy of the foregoing via US first class mail upon:

Chad Heckman, Esq.
Thrasher & Heckman, P.A.
908 North Gadsden Street
Tallahassee, FL 32303

OFFICE OF THE UNITED STATES TRUSTEE
Jason H. Egan, Esquire
110 East Park Avenue
Tallahassee, FL 32301

All interested parties on the attached matrix pursuant to Local Rule 1007(d).

ROBERT C. WALLERIUS
Pro se debtor

3084 McCord Boulevard
Tallahassee, FL 32303-1715
Phone: 850.692.3744
Fax: 850.692.3740
eMail: robertwallerius@prodigy.net