UNITED STATES BANKRUPTCY COURT
_NORTHERN_ DISTRICT OF _FLORIDA_
_TALLAHASSEE_ DIVISION

IN RE:

_ROBERT C. WALLERIUS_

CASE NUMBER:
_10-40401-LMK_

JUDGE _KILLIAN_

DEBTOR.

CHAPTER 11

---

**DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)**
FOR THE PERIOD
FROM _JULY 1, 2010_ TO _JULY 31, 2010_

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _N/A_

_NONE_
Attorney for Debtor

Debtor's Address and Phone Number:
_3084 MICCOSUKEE RD_
_TALLAHASSEE, FL 32303_
Tel. _850.692.3744_

Attorney's Address and Phone Number:
_N/A_
Bar No. _N/A_
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources:

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

2010 AUG 30 P 4:0_
CLERK BANKRUPTCY COURT
NORTHERN DISTRICT FL
FILED

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: ROBERT WALLERIUS
Case Number: 10-40401-LMK

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report

|  | Month JULY 2010 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 342.00 | 0 |
| CASH- Beginning of Month (Business) | N/A | 0 |
| Total Household Receipts | 2726.57 | 9514.52 |
| Total Business Receipts | N/A | N/A |
| Total Receipts | 2726.57 | 9514.52 |
| Total Household Disbursements | 2065.52 | 8511.47 |
| Total Business Disbursements | N/A | N/A |
| Total Disbursements | 2065.52 | 8511.47 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 1003.05 | 1003.05 |
| CASH- End of Month (Individual) | 1003.05 | 1003.05 |
| CASH- End of Month (Business) | N/A | N/A |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 2065.52 | 8651.47 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 2065.52 | 8651.47 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 30th day of AUGUST 20 10

Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month JULY 2010 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month  296.02 BANK - 45.98 ON HAND | 342.00 | 0 |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 1743.00 | 5229.00 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) CONSULTING FEES | 696.59 | 2205.70 |
| ASSISTANCE | 286.98 | 2079.82 |
| **TOTAL RECEIPTS** | 2726.57 | 9514.52 ✓ |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions  27.50 | 27.50 | 27.50 |
| Gifts | | |
| Household Expenses/Food/Clothing  80.00 + 279.34 + 173.15 | 532.49 | 3495.19 |
| Household Repairs & Maintenance  453.09 + 80.84 | 533.93 | 2378.09 |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments  92.72 + 30.99 | 123.71 | 123.71 |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & ~~Entertainment~~  295.89 | 295.89 | 295.89 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) 550.00 | 550.00 | 656.87 |
| Vehicle Expenses  2.00 (UNABLE TO DRIVE) | 2.00 | 1508.22 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) USBC FILING FEES | | 26.00 |
| **Total Household Disbursements** | 2065.52 | 8511.47 |
| CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2)  $107.07 + $895.98 | 1003.05 | 1003.05 ✓ |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **Total Business Receipts** | | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | | |
| | | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | | |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

### QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

### INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. | Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

ALL REMAINING SURGERIES AND TREATMENTS SCHEDULED ALLOWING ON TIME BACK-TO-WORK DURING OCTOBER. BACK ON PAIN MEDICATION AND MANAGEMENT UNTIL SURGERIES (FINAL) ARE COMPLETED DURING SEPTEMBER.

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: ON OR BEFORE 9/30/2010

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | REGIONS BANK | | | |
| Account Number: | 0137266519 | | | |
| Purpose of Account (Business/Personal) | PERSONAL | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| | | | | |
| 1. Balance per Bank Statement | 107.07 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 0 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0 | | | |
| 5. Month End Balance (Must Agree with Books) | 107.07 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**    **ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | REGIONS BANK |
|---|---|
| Account Number | 0137266519 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| VISA | 7/21 | WALMART | FOOD/HOME SUPPLIES/MEDICAL | 375.70 |
| VISA | 7/22 | WALMART | FOOD/HOME SUPPLIES | 101.32 |
| VISA | 7/22 | WINN-DIXIE | FOOD | 78.46 |
| VISA | 7/23 | ACT BLUE | DONATION | 27.50 |
| VISA | 7/26 | COUNTRY HEARTH | LODGING | 295.89 |
| VISA | 7/26 | LOWES | HOME MAINTENANCE | 77.29 |
| VISA | 7/26 | WALMART | HOME SUPPLIES/CLOTHING | 47.72 |
| VISA | 7/26 | FRIDAYS | BIRTHDAY DINNER-BELATED | 40.00 |
| VISA | 7/26 | FRESH MARKET | FOOD | 31.01 |
| VISA | 7/26 | PUBLIX | FOOD | 28.52 |
| VISA | 7/27 | PUBLIC SERVICE ELECT; GAS | UTILITIES | 550.00 |
| ATM | 7/29 | REGIONS BANK | PETTY CASH FUND | 80.00 |
| VISA | 7/30 | CAPITAL EYE CONSULTANTS | OPTHAMOLOGIST/SURGEON | 45.00 |
| | | | TOTAL | $1778.54 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                           **ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | NONE | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | NONE | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | NONE | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

 **Regions Bank**

North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

|  |  |
|---|---|
| ACCOUNT # | 0137266519 |
| Cycle | 092 |
| Enclosures | 10 |
| | 0 |
| Page | 1 of 2 |

## 50+ LIFEGREEN CHECKING
### June 19, 2010 through July 20, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $1,185.46 | Minimum Balance | $51 |
| Deposits & Credits | $1,848.00 + | Average Balance | $446 |
| Withdrawals | $710.57 − | | |
| Fees | $2.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $526.87 − | | |
| **Ending Balance** | **$1,794.02** | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 07/01 | Deposit - Thank You | | 75.00 |
| 07/06 | Deposit - Thank You | | 30.00 |
| 07/20 | Deposit - Thank You | | 1,743.00 |
| | | Total Deposits & Credits | $1,848.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 06/21 | ATM Withdrawal Regions    North Monroe Tallahassee  Flf0370    4655 | 100.00 |
| 06/21 | Pin Purchase Fresh Mkt-047  Fresh Mkt-047 Tallahassee  Fllk608491   4655 | 26.18 |
| 06/21 | Pin Purchase Publix Super M  Publix Super Tallahassee  Flin3084   4655 | 12.82 |
| 06/24 | ATM Withdrawal Star NE    3490 N. Monro Tallahassee  Flxe5487   4655 | 122.50 |
| 06/25 | Pin Purchase Wal-Mart #4427  Wal-Mart #442 Tallahassee  FL24442701   4655 | 68.51 |
| 06/25 | Pin Purchase Winn Dixie 381  Winn Dixie 38 Tallahassee  Flin3076   4655 | 39.00 |
| 06/28 | Pin Purchase Wal-Mart #1408  Wal-Mart #140 Tallahassee  FL24140801   4655 | 166.54 |
| 06/28 | GE Money    Payment Wallerius,Kris 601918038279249 | 107.17 |
| 06/28 | Pin Purchase Wal-Mart #1408  Wal-Mart #140 Tallahassee  FL24140801   4655 | 67.85 |
| | Total Withdrawals | $710.57 |

### FEES

| | | |
|---|---|---|
| 06/24 | Other Bank ATM Withdrawal Fee | 2.00 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

**Regions Bank**

North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

ACCOUNT #    0137266519

Cycle    092
Enclosures    10
Page    0
    2 of 2

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|
| 07/06 |  | 350.00 | 06/29 | 102 * | 176.87 |
|  |  |  | Total Checks | | $526.87 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06/21 | 1,046.46 | 06/28 | 472.89 | 07/06 | 51.02 |
| 06/24 | 921.96 | 06/29 | 296.02 | 07/20 | 1,794.02 |
| 06/25 | 814.45 | 07/01 | 371.02 |  |  |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!**