**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:                                                                      Case No.: 10-bk-40401-LMK

Robert Wallerius,                                                    Chapter 11

      Debtor.

_____/

### ORDER ON M'WARE CORPORATION'S MOTION TO DISMISS

This matter is before the Court upon the Motion of M-Ware Corporation to Dismiss the instant case. The Court, having considered Creditor's Motion, the evidence and arguments of counsel made at the hearing conducted at 10:30 a.m. on August 31, 2010, **ORDERS**:

1. That Creditor's Motion to Dismiss is denied.

2. That the Debtor shall file his Plan of Reorganization and Disclosure Statement on or before October 15, 2010, or this case shall be subject to automatic dismissal by the Court on Motion of any party in interest without further notice or hearing.

DONE AND ORDERED on this the 8th day of September, 2010.

_____
Lewis M. Killian, Jr.
Chief United States Bankruptcy Judge

Copies Furnished To:

Chad D. Heckman
Thrasher & Heckman, P.A.
908 N. Gadsden St.
Tallahassee, FL 32303
*Attorney for Creditor*

Robert Wallerius
3084 McCord Blvd.
Tallahassee, FL 32303-1715
*Debtor*

Jason Eagan, Esq.
110 E. Park Ave.
Tallahassee, FL 32301
*Attorney for the U.S. Trustee's Office*

All other parties in interest