FORM nhgnrle

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Robert C. Wallerius                            Bankruptcy Case No.:   10–40401–LMK
   SSN/ITIN: xxx–xx–9790
      Debtor

   Chapter:  11
   Judge:  Lewis M. Killian Jr.

---

### NOTICE OF EVIDENTIARY HEARING

   **PLEASE TAKE NOTICE** that on, November 16, 2010 at 09:00 AM , or as soon thereafter as counsel can be heard, an evidentiary hearing on

   **77** – Motion to Dismiss Case filed by Chad D. Heckman on behalf of M'Ware Corporation. (Attachments: # (1) Mailing Matrix) (Heckman, Chad)

will be heard at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 .

   The court has set aside time for this hearing. If the matter is settled prior to the hearing, it is the movant's responsibility to see that the court is promptly advised.

   PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: October 19, 2010                           William W. Blevins , Clerk of Court
                                                  110 East Park Avenue
                                                  Suite 100
                                                  Tallahassee, FL 32301

Service to:
   All parties in interest