FORM nhgnrle

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius
    SSN/ITIN: xxx–xx–9790
     Debtor

Bankruptcy Case No.:   10–40401–LMK

Chapter:  11
Judge:  Lewis M. Killian Jr.

## *AMENDED NOTICE OF EVIDENTIARY HEARING*

**PLEASE TAKE NOTICE** that on, November 10, 2010 at 01:30 PM , or as soon thereafter as counsel can be heard, an evidentiary hearing on

> 77 – Motion to Dismiss Case filed by Chad D. Heckman on behalf of M'Ware Corporation. (Attachments: # (1) Mailing Matrix) (Heckman, Chad)

will be heard at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 .

The court has set aside time for this hearing. If the matter is settled prior to the hearing, it is the movant's responsibility to see that the court is promptly advised.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

***Reason amended:***

    correct date

Dated: October 19, 2010

William W. Blevins , Clerk of Court
110 East Park Avenue
Suite 100
Tallahassee, FL 32301

Service to:
    All parties in interest