FORM nhcancel

# UNITED STATES BANKRUPTCY COURT
## Northern District of Florida
### Tallahassee Division

In Re:  Robert C. Wallerius  
    SSN/ITIN: xxx–xx–9790  
     Debtor

Bankruptcy Case No.:   10–40401–LMK

Chapter:  11  
Judge:  Lewis M. Killian Jr.

## *NOTICE OF CANCELLATION OF HEARING*

PLEASE TAKE NOTICE that the following hearing has been ***cancelled***.

*77* – Motion to Dismiss Case filed by Chad D. Heckman on behalf of M'Ware Corporation. (Attachments: # (1) Mailing Matrix) (Heckman, Chad)

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: October 19, 2010

Service to:  
    All parties in interest

William W. Blevins , Clerk of Court  
110 East Park Avenue  
Suite 100  
Tallahassee, FL 32301