FORM ondscl (Rev. 12/09)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Robert C. Wallerius
     SSN/ITIN: xxx–xx–9790
       Debtor

Bankruptcy Case No.:   10–40401–LMK

Chapter:  11
Judge:  Lewis M. Killian Jr.

*ORDER AND NOTICE OF HEARING*
*ON DISCLOSURE STATEMENT*

*To the debtor, its creditors, and other parties in interest:*

     A disclosure statement and a plan under Chapter 11 of the Bankruptcy Code having been filed by the debtor on October 15, 2010 , it is

     **ORDERED AND NOTICE IS HEREBY GIVEN** that:

     1) The hearing to consider the approval of the disclosure statement shall be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on December 9, 2010 at 01:30 PM .

     2) December 2, 2010 , is fixed as the last day for filing and serving written objections to the disclosure statement in accordance with Rule 3017(a).

     3) On or before November 9, 2010 , the debtor–in–possession shall transmit the disclosure statement and plan to any trustee, each committee appointed pursuant to 11 U.S.C. §1102, the Securities and Exchange Commission and any party in interest who has requested or requests in writing a copy of the disclosure statement and plan.

     4) Requests for copies of the disclosure statement and plan shall be mailed to the attorney for the debtor–in–possession, or proponent of the plan.

     *DONE AND ORDERED* at Tallahassee, Florida, October 19, 2010 .

                                      /s/ Lewis M. Killian Jr.
                                      Lewis M. Killian Jr.
                                      U.S. Bankruptcy Judge

Service to:
     All creditors and parties in interest