# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

IN RE: **ROBERT C. WALLERIUS**

DEBTOR.

CASE NUMBER: **10-40401-LMK**

JUDGE **KILLIAN**

CHAPTER 11

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM **AUGUST 1** TO **AUGUST 31, 2010**

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: **10-26-2010**

**NONE**
Attorney for Debtor

Debtor's Address and Phone Number:
**3084 MCCORD BOULEVARD**
**TALLAHASSEE, FL 32303**
Tel. **850-692-3744**

Attorney's Address and Phone Number:
**NONE**
Bar No.
Tel.

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources:

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

8/2010

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: ROBERT C. WALLERIUS
Case Number: 10-40401-LMK

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report

| | Month AUGUST 2010 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 1003.05 | 0 |
| CASH- Beginning of Month (Business) | N/A | 0 |
| Total Household Receipts  113.40+1743.00 (D.I.T) +3410.26 | 5266.66 | 14781.18 |
| Total Business Receipts | 0 | N/A |
| Total Receipts | 5266.66 | 14781.18 |
| Total Household Disbursements | 3523.66 | 12035.13 |
| Total Business Disbursements | 0 | N/A |
| Total Disbursements | 3523.66 | 12035.13 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 2746.05 | 2746.05 |
| CASH- End of Month (Individual) ON HAND : IN BANK | 2746.05 | 2746.05 |
| CASH- End of Month (Business) | 0 | N/A |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 3523.66 | 12035.13 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 3523.66 | 12035.13 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 26th day of OCTOBER 20 10

Debtor's Signature

**MONTHLY OPERATING REPORT - INDIVIDUAL**    **ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | REGIONS BANK |
| Account Number | 0137266519 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | PLEASE SEE SCHEDULE ATTACHED | | |
| | | | TOTAL | $269.77 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

Robert C. Wallerius - DIP Checking Account Summary - August 2010

| Date | No. | Description | Credit | Debit | Food | Medical | Household | Auto |
|---|---|---|---|---|---|---|---|---|
| 8/26/2010 | 106 | CHECK #106 | | $ 45.00 | | $ 45.00 | | |
| 8/26/2010 | | FEE | | $ 35.00 | | | $ 35.00 | |
| 8/19/2010 | | HONEYBAKED HAM  5411 | | $ 50.17 | $ 50.17 | | | |
| 8/17/2010 | | DEPOSIT | $ 100.00 | | | | | |
| 8/17/2010 | | WAL-MART #4427  5411 | | $ 25.68 | $ 25.68 | | | |
| 8/12/2010 | | DEPOSIT | $ 13.40 | | | | | |
| 8/3/2010 | | WAL-MART #4427  5411 | | $ 29.83 | $ 29.83 | | | |
| 8/2/2010 | | WINN DIXIE 381  5411 | | $ 35.50 | $ 35.50 | | | |
| 8/2/2010 | | WINN DIXIE 381  5411 | | $ 33.58 | $ 33.58 | | | |
| 8/2/2010 | | TEXACO 00303797  5542 | | $ 15.01 | | | | $ 15.01 |
| | | | $ 113.40 | $ 269.77 | $ 174.76 | $ 45.00 | $ 35.00 | $ 15.01 |

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 4

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | NONE | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | NONE | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | N/A | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | N/A | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | NONE | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
** Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | NONE | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |

**▲ REGIONS** Regions Bank

North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

1

| | |
|---|---|
| ACCOUNT # | 0137266519 |
| Cycle | 092 |
| Enclosures | 10 |
| Page | 0 |
| | 1 of 2 |

## 50+ LIFEGREEN CHECKING
### July 21, 2010 through August 19, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $1,794.02 | | Minimum Balance | $6- |
| Deposits & Credits | $704.99 + | | Average Balance | $270 |
| Withdrawals | $1,923.31 - | | | |
| Fees | $0.00 - | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks Converted | $45.00 - | | | |
| Checks | $500.00 - | | | |
| **Ending Balance** | **$30.70** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---:|
| 07/26 | Deposit - Thank You | 591.59 |
| 08/12 | Deposit - Thank You | 13.40 |
| 08/17 | Deposit - Thank You | 100.00 |
| | Total Deposits & Credits | $704.99 |

### WITHDRAWALS

| | | |
|---|---|---:|
| 07/21 | Pin Purchase Wal-Mart #4427   5411 Tallahassee FL      4655 | 375.70 |
| 07/22 | Pin Purchase Wal-Mart #4427   5411 Tallahassee FL      4655 | 101.32 |
| 07/22 | Pin Purchase Winn Dixie 381   5411 Tallahassee FL      4655 | 78.48 |
| 07/23 | CheckCard Purchase Actblue*donatio 8398 617-517-7600  MA 02138    4655 | 27.50 |
| 07/26 | CheckCard Purchase Country Hearth  7011 Columbia    TN 38401   4655 | 295.89 |
| 07/26 | Pin Purchase Lowe S #716    5200 Tallahassee FL      4655 | 77.39 |
| 07/26 | Pin Purchase Wal-Mart #4427   5411 Tallahassee FL      4655 | 47.72 |
| 07/26 | CheckCard Purchase Tgi Friday S   5812 Tallahassee   FL 32308    4655 | 40.00 |
| 07/26 | Pin Purchase Fresh Mkt-047   5411 Tallahassee FL      4655 | 31.01 |
| 07/26 | Pin Purchase Publix Super M   5411 Tallahassee FL      4655 | 28.53 |
| 07/27 | Public Service   Pseg Wallerius | 550.00 |
| 07/28 | ATM Withdrawal Regions     Centerville B Tallahassee  FL F0310    4655 | 80.00 |
| 08/02 | Pin Purchase Winn Dixie 381   5411 Tallahassee FL      4655 | 35.50 |
| 08/02 | Pin Purchase Winn Dixie 381   5411 Tallahassee FL      4655 | 33.58 |
| 08/02 | CheckCard Purchase Texaco 00303797  5542 Tallahassee  FL 32303    4655 | 15.01 |
| 08/03 | Pin Purchase Wal-Mart #4427   5411 Tallahassee FL      4655 | 29.83 |
| 08/17 | Pin Purchase Wal-Mart #4427   5411 Tallahassee FL      4655 | 25.68 |
| 08/19 | CheckCard Purchase Honeybaked Ham  5411 Tallahassee  FL 32308    4655 | 50.17 |
| | Total Withdrawals | $1,923.31 |

**Regions Bank**

North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

1

ACCOUNT #        0137266519

|  |  |
|---|---|
|  | 092 |
| Cycle | 10 |
| Enclosures | 0 |
| Page | 2 of 2 |

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### CHECKS CONVERTED BY MERCHANT TO ELECTRONIC WITHDRAWALS

| Date | Check No. | Description of Check Payment | Amount |
|---|---|---|---|
| 07/30 | 0101 | Capital Eye Cons Purchase 70 | 45.00 |

Checks that are converted by a merchant to an electronic withdrawal are not returned to Regions. Therefore, if you receive check enclosures or check images with your monthly statement, checks listed above are not included with this statement.

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 07/26 | 103 | 500.00 |  |  |  |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/21 | 1,418.32 | 07/27 | 232.07 | 08/03 | 6.85- |
| 07/22 | 1,238.52 | 07/28 | 152.07 | 08/12 | 6.55 |
| 07/23 | 1,211.02 | 07/30 | 107.07 | 08/17 | 80.87 |
| 07/26 | 782.07 | 08/02 | 22.98 | 08/19 | 30.70 |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!

PURPLE ANGEL MARKETING LLC

Page 2 of 6
Statement Period
08/01/10 through 08/31/10
E0  P PA  0A 67
Enclosures 0
Account Number  8980 3170 4574

## Deposit Accounts

### Business Economy Checking

PURPLE ANGEL MARKETING LLC

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 8980 3170 4574 | Statement Beginning Balance | $693.23 |
| Statement Period | 08/01/10 through 08/31/10 | Amount of Deposits/Credits | $11,155.38 |
| Number of Deposits/Credits | 7 | Amount of Withdrawals/Debits | $10,358.72 |
| Number of Withdrawals/Debits | 99 | Statement Ending Balance | $1,489.89 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $827.77 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

Congratulations! You have had 24 qualifying Bank of America Small Business Check Card transaction(s) post to your account during the previous monthly statement period. You have successfully achieved your target and the monthly maintenance fee on your business checking account has been waived.

Help avoid occasional Overdraft & NSF: Returned Item fees. Set up Alerts to get messages by email or text when your balance is low. Use Overdraft Protection to transfer available funds from linked savings, credit card, or credit line to your checking account to help cover items that would overdraw your account. Call us for details.

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 08/05 | 2,000.00 | Wire Type:Book IN Date:100805 Time:1131 Et Trn:2010080500152185 Sndr Ref:31086865 Orig:Special Financing Company ID:009419158326 | 903708050152185 |
| 08/10 | 1,225.00 | Wire Type:Book IN Date:100810 Time:1205 Et Trn:2010081000153601 Sndr Ref:31135934 Orig:Special Financing Company ID:009419158326 | 903708100153601 |
| 08/17 | 1,500.00 | Deposit | 813106750105452 |
| 08/20 | 2,000.00 | Wire Type:Book IN Date:100820 Time:1348 Et Trn:2010082000204138 Sndr Ref:31272653 Orig:Special Financing Company ID:009419158326 | 903708200204138 |
| 08/27 | 2,000.00 | Wire Type:Book IN Date:100827 Time:1638 Et Trn:2010082700280112 Sndr Ref:31362638 Orig:Special Financing Company ID:009419158326 | 903708270280112 |
| 08/31 | 1,500.00 | Wire Type:Book IN Date:100831 Time:1238 Et Trn:2010083100223445 Sndr Ref:31392276 Orig:Special Financing Company ID:009419158326 | 903708310223445 |
| 08/31 | 930.38 | Wire Type:Wire IN Date: 100831 Time:1656 Et Trn:2010083100352175 Seq:2010083100319870/003984 Orig:Purple Angel Marketing Ll ID:898031704574 Snd Bk:Altura Credit Union ID:322281235 Pmt Det:50 311160 Rtn Yr Sndref 50311160 Dd100831 By Altura C | 903708310352175 |

*PURPLE ANGEL MARKETING LLC   AUGUST 2010* (handwritten)

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month AUGUST 2010 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 1003.05 | 0 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 1743.00 | 6972.00 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) CONSULTING FEES & ASSISTANCE 113.40+ 3523.66 (113.40)=3410.26 | 3523.66 | 7809.18 |
| **TOTAL RECEIPTS** | 5266.66 | 14781.18 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | 27.50 |
| Gifts | 1,224.00 | |
| Household Expenses/Food/Clothing  18.23+100.69+898.76 | 1342.92 | 4838.11 |
| Household Repairs & Maintenance  898.76 + 629.75 | 1528.51 | 3906.60 |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments  18.22 + 364.24 | 382.46 | 506.17 |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel ~~& Entertainment~~ | | 295.89 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | 656.87 |
| Vehicle Expenses | 269.77 | 1777.99 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) USBC FILING FEES | | 26.00 |
| | | |
| **Total Household Disbursements** | 3523.66 | 12035.13 |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2)  $1693.70 IN BANK  $1052.35 ON HAND | *2746.05 | 2746.05 |

* PLUS

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

## QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

## INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. | Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

## CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| GREAT AMERICAN ASSURANCE - HOMEOWNERS | 4/1/2010-11 | $2555.00 | -0- |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

### DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

ON SCHEDULE WITH REMAINING TWO MAJOR SURGERIES TO ALLOW ME TO HOPEFULLY LIVE WITHOUT NARCOTIC PAIN MEDICINE AND THEREFORE RETURN TO WORK IN AN EXECUTIVE CAPACITY. IN THE MEANTIME, PURPLE ANGEL MARKETING LLC CONTINUES TO BECOME MORE PROFITABLE *

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: 10-15-2010

* 8/31/2010 AVAILABLE CASH BALANCE FROM PURPLE ANGEL MARKETING LLC: $1489.89

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | REGIONS BANK | | | |
| Account Number: | 0137266519 | | | |
| Purpose of Account (Business/Personal) | PERSONAL | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1. Balance per Bank Statement | (49.30) | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 1743.00 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0 | | | |
| 5. Month End Balance (Must Agree with Books) | 1693.70 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.