UNITED STATES BANKRUPTCY COURT
**NORTHERN** DISTRICT OF **FLORIDA**
**TALLAHASSEE** DIVISION

IN RE: **ROBERT C. WALLERIUS**

DEBTOR.

CASE NUMBER: **10-40401-LMK**

JUDGE **KILLIAN**

CHAPTER 11

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM **SEPTEMBER 1,** TO **SEPTEMBER 30, 2010**

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: **10-26-2010**

**NONE**
Attorney for Debtor

Debtor's Address and Phone Number:
**3084 MCCORD BLVD**
**TALLAHASSEE, FL 32303**
Tel. **850.692-3744**

Attorney's Address and Phone Number:
**N/A**
Bar No. **N/A**
Tel.

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources:

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | ROBERT C. WALLERIUS |
|---|---|
| Case Number: | 10-40401-LMK |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report

|  | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 2746.05 | 0 |
| CASH- Beginning of Month (Business) | N/A | 0 |
| Total Household Receipts | 3688.23 | 18469.41 |
| Total Business Receipts | 0 | 0 |
| Total Receipts | 3688.23 | 18469.41 |
| Total Household Disbursements | 4773.86 | 16808.99 |
| Total Business Disbursements | 0 |  |
| Total Disbursements | 4773.86 | 16808.99 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) *OUT OF ACTIVE WORK HAVING SURGERY* | (1085.63) | 1660.42 |
| CASH- End of Month (Individual) | 1660.42 | 1660.42 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 4773.86 | 16808.99 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 4773.86 | 16808.99 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 26th day of OCTOBER 20 10.

Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month SEPTEMBER 2010 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 2746.05 | 0 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 1743.00 | 8715.00 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) CONSULTING FEES, REIMBURSEMENTS AND ASSISTANCE: 700+540+705.23 | 1945.23 | 9754.41 |
| **TOTAL RECEIPTS** | 3688.23 | 18469.41 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | 27.50 |
| Gifts | | |
| Household Expenses/Food/Clothing 471.37 + 1146.20 + 362.18 | 1979.75 | 6817.86 |
| Household Repairs & Maintenance 32.00 + 66.77 + 110.03 | 208.00 | 4414.60 |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments 7.66 + 55.62 + 120.29 | 183.57 | 689.74 |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | 295.89 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1288.92 | 1945.79 |
| Vehicle Expenses 78.25 + 700.37 | 778.62 | 2556.61 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | 335.00 | 335.00 |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) USBC FILING FEES | | 26.00 |
| | | |
| **Total Household Disbursements** | 4773.86 | 16 808.99 |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) IN BANK AND ON HAND | 1660.42 | 1660.42 |

\* PLUS: $2340.65 BALANCE OF CASH ON HAND FROM PURPLE ANGEL MARKETING (STATEMENT ATTACHED)

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

### QUESTIONNAIRE

| # | Question | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

### INSURANCE INFORMATION

| # | Question | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. | Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| GREAT AMERICAN INSURANCE - HOMEOWNERS | 4/1/2010-2011 | $2555.00 | 0 |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

### DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

COMPLETED TWO MAJOR SURGERIES SUCCESSFULLY ON 9.24.2010. DRS. ORDERS: BED REST - NO WORK DURING OCTOBER. WORKED INTEMITTANTLY TO ACHIEVE ALL CHAPTER 11 GOALS AND TIMETABLES. PURPLE ANGEL MARKETING LLC AGAIN SHOWING MORE RECEIPTS, PROFITS AND CASH RESERVES

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: 10-15-2010

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | REGIONS BANK | | | |
| Account Number: | 0137266519 | | | |
| Purpose of Account (Business/Personal) | PERSONAL | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1. Balance per Bank Statement | 68.07 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 0 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0 | | | |
| 5. Month End Balance (Must Agree with Books) | 68.07 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | REGIONS BANK |
|---|---|
| Account Number | 0137266519 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | PLEASE SEE DETAILED SCHEDULE ATTACHED | | |
| | | | TOTAL | $4068.65 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

Robert C. Wallerius - Checking Account Summary - September 2010

| Date | No. | Description | Credit | Debit | Food | Medical | Household | Utilities | Auto | Trustee fee |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/2010 | | CVS 04478 0447  5912 | | $ 12.99 | | $ 12.99 | | | | |
| 9/29/2010 | | GE MONEY   PAYMENT | | $ 123.45 | | | $ 123.45 | | | |
| 9/28/2010 | | PUBLIC SERVICE  PSEG | | $ 240.97 | | | | $ 240.97 | | |
| 9/24/2010 | | DEPOSIT | $ 400.00 | | | | | | | |
| 9/24/2010 | | DEPOSIT | $ 300.00 | | | | | | | |
| 9/16/2010 | | WESTERN UNION C 4829 | | $ 622.95 | | | | $ 622.95 | | |
| 9/15/2010 | 111 | CHECK #111 | | $ 300.00 | | | | | $ 300.00 | |
| 9/15/2010 | 110 | CHECK #110 | | $ 221.93 | | | | | $ 221.93 | |
| 9/15/2010 | | Wal-Mart Super  5411 | | $ 161.35 | | | $ 161.35 | | | |
| 9/15/2010 | | TEXACO 00303797  5542 | | $ 11.10 | | | | | $ 11.10 | |
| 9/15/2010 | | FEE | | $ 35.00 | | | $ 35.00 | | | |
| 9/14/2010 | | DEPOSIT | $ 1,743.00 | | | | | | | |
| 9/14/2010 | | WINN DIXIE 381  5411 | | $ 119.54 | $ 119.54 | | | | | |
| 9/14/2010 | | DOLLAR GENERAL  5310 | | $ 18.82 | | | $ 18.82 | | | |
| 9/10/2010 | | AUTO XPERTS   5541 | | $ 215.00 | | | | | $ 215.00 | |
| 9/8/2010 | | PUBLIC SERVICE  PSEG | | $ 425.00 | | | | $ 425.00 | | |
| 9/8/2010 | 109 | CHECK #109 | | $ 20.00 | | $ 20.00 | | | | |
| 9/8/2010 | | BEALLS OUTLET S 5311 | | $ 10.72 | | | $ 10.72 | | | |
| 9/8/2010 | | FEE | | $ 70.00 | | | $ 70.00 | | | |
| 9/7/2010 | | FEDMOD  8999 | | $ 500.00 | | | $ 500.00 | | | |
| 9/7/2010 | 107 | CHECK #107 | | $ 335.00 | | | | | | $ 335.00 |
| 9/7/2010 | | Wal-Mart Super  5411 | | $ 100.72 | $ 100.72 | | | | | |
| 9/7/2010 | | WINN DIXIE 381  5411 | | $ 58.98 | $ 58.98 | | | | | |
| 9/7/2010 | | WINN DIXIE 381  5411 | | $ 44.94 | $ 44.94 | | | | | |
| 9/7/2010 | | WINN DIXIE 381  5411 | | $ 41.48 | $ 41.48 | | | | | |
| 9/7/2010 | | PUBLIX SUPER M 5411 | | $ 34.01 | $ 34.01 | | | | | |
| 9/7/2010 | | Wal-Mart Super  5411 | | $ 33.57 | $ 33.57 | | | | | |
| 9/7/2010 | | WINN DIXIE 381  5411 | | $ 24.27 | $ 24.27 | | | | | |
| 9/7/2010 | | CVS 04639 0463  5912 | | $ 18.74 | | $ 18.74 | | | | |
| 9/7/2010 | | DOLLAR GENERAL  5310 | | $ 16.13 | | | $ 16.13 | | | |
| 9/7/2010 | | CVS 04639 0463  5912 | | $ 15.04 | | $ 15.04 | | | | |

| Date | Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/7/2010 | PUBLIX SUPER M 5411 | | $ 13.86 | $ 13.86 | | | | | | |
| 9/7/2010 | TEXACO 00303797 5542 | | $ 12.34 | | | | | $ 12.34 | | |
| 9/7/2010 | DOLLAR GENERAL 5310 | | $ 10.91 | | $ 10.91 | | | | | |
| 9/7/2010 | ARBY S 6926 0 5814 | | $ 4.76 | | $ 4.76 | | | | | |
| 9/7/2010 | DOLLAR GENERAL 5310 | | $ 3.49 | | $ 3.49 | | | | | |
| 9/7/2010 | REDBOX *DVD REN 7841 | | $ 1.08 | | $ 1.08 | | | | | |
| 9/3/2010 | DEPOSIT –DIT 8/31/10 | $ 1,743.00 | | | | | | | | |
| 9/3/2010 | Staples Inc. 5943 | | $ 190.49 | | $ 190.49 | | | | | |
| | | $ 4,186.00 | $ 4,068.63 | $ 471.37 | $ 66.77 | $ 1,146.20 | $ 1,288.92 | $ 760.37 | $ 335.00 | |

MONTHLY OPERATING REPORT - INDIVIDUAL

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | NONE | NONE |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | NONE | NONE |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | NONE | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| **State & Local Taxes** | NONE | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                                                  **ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | NONE | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

**ACCOUNTS PAYABLE LISTING**
[List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]\*\*\*

| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
|---|---|---|---|
| NONE | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS |||||||
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| N/A | | | | | |


**Regions Bank**
North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

1

ACCOUNT #      0137266519

|  | 092 |
|---|---|
| Cycle | 10 |
| Enclosures | 0 |
| Page | 1 of 2 |

## 50+ LIFEGREEN CHECKING
August 20, 2010 through September 20, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $30.70 | Minimum Balance | $506 - |
| Deposits & Credits | $3,486.00 + | Average Balance | $113 |
| Withdrawals | $2,709.29 - | | |
| Fees | $140.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $921.93 - | | |
| **Ending Balance** | **$254.52 -** | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 09/03 | Deposit - Thank You | 1,743.00 |
| 09/14 | Deposit - Thank You | 1,743.00 |
| | Total Deposits & Credits | $3,486.00 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 09/03 | Pin Purchase Staples Inc.  5943 Tallahassee FL      4655 | 190.49 |
| 09/07 | CheckCard Purchase Federal Modific  8999 734-4056600   MI 48185    4655 | 500.00 |
| 09/07 | Pin Purchase Wal-Mart Super  5411 Tallahassee FL      4655 | 100.72 |
| 09/07 | Pin Purchase Winn Dixie 381  5411 Tallahassee FL      4655 | 58.98 |
| 09/07 | Pin Purchase Winn Dixie 381  5411 Tallahassee FL      4655 | 44.94 |
| 09/07 | Pin Purchase Winn Dixie 381  5411 Tallahassee FL      4655 | 41.48 |
| 09/07 | Pin Purchase Publix Super M  5411 Tallahassee FL      4655 | 34.01 |
| 09/07 | Pin Purchase Wal-Mart Super  5411 Tallahassee FL      4655 | 33.57 |
| 09/07 | Pin Purchase Winn Dixie 381  5411 Tallahassee FL      4655 | 24.27 |
| 09/07 | Pin Purchase Cvs 04639 0463  5912 Tallahassee FL      4655 | 18.74 |
| 09/07 | Pin Purchase Dollar General  5310 Tallahassee FL      4655 | 16.13 |
| 09/07 | Pin Purchase Cvs 04639 0463  5912 Tallahassee FL      4655 | 15.04 |
| 09/07 | Pin Purchase Publix Super M  5411 Tallahassee FL      4655 | 13.86 |
| 09/07 | CheckCard Purchase Texaco 00303797  5542 Tallahassee  FL 32303   4655 | 12.34 |
| 09/07 | Pin Purchase Dollar General  5310 Tallahassee FL      4655 | 10.91 |
| 09/07 | CheckCard Purchase Arby S 6926  0 5814 Tallahassee  FL 32303   4655 | 4.76 |
| 09/07 | Pin Purchase Dollar General  5310 Tallahassee FL      4655 | 3.49 |
| 09/07 | CheckCard Purchase Redbox *dvd Ren  7841 Oakbrkterrac IL 60181   4655 | 1.08 |
| 09/08 | Public Service   Pseg Wallerius | 425.00 |
| 09/08 | CheckCard Purchase Bealls Outlet S  5311 Tallahassee  FL 32304   4655 | 10.72 |
| 09/10 | CheckCard Purchase Auto Xperts      5541 Tallahassee  FL 32303   4655 | 215.00 |
| 09/14 | Pin Purchase Winn Dixie 381  5411 Tallahassee FL      4655 | 119.54 |
| 09/14 | Pin Purchase Dollar General  5310 Tallahassee FL      4655 | 18.82 |
| 09/15 | Pin Purchase Wal-Mart Super  5411 Tallahassee FL      4655 | 161.35 |
| 09/15 | CheckCard Purchase Texaco 00303797  5542 Tallahassee  FL 32303   4655 | 11.10 |

**Regions Bank**

North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

1

ACCOUNT #    0137266519

|  |  |
|---|---|
| Cycle | 092 10 |
| Enclosures | 0 |
| Page | 2 of 2 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 09/16 | CheckCard Purchase Western Union C  4829 866-316-3360  FL 32301    4655 | 622.95 |
|  | Total Withdrawals | $2,709.29 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 08/26 | Paid Overdraft Item Fee | 35.00 |
| 09/08 | Paid Overdraft Item Fee | 70.00 |
| 09/15 | Paid Overdraft Item Fee | 35.00 |
|  | Total Fees | $140.00 |

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 140.00 | 140.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 08/26 | 106 | 45.00 | 09/15 | 110 | 221.93 |
| 09/07 | 107 | 335.00 | 09/15 | 111 | 300.00 |
| 09/08 | 109 * | 20.00 |  |  |  |
|  |  |  |  | Total Checks | $921.93 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/26 | 49.30- | 09/08 | 291.83- | 09/15 | 368.43 |
| 09/03 | 1,503.21 | 09/10 | 506.83- | 09/16 | 254.52- |
| 09/07 | 233.89 | 09/14 | 1,097.81 |  |  |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

**Thank You For Banking With Regions!**

**Bank of America** 

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 6
Statement Period
09/01/10 through 09/30/10
E0  P PA  0A 67                    0705706
Enclosures 0
Account Number   8980 3170 4574

```
                       01075 001 SCM999 I  3  0
```
PURPLE ANGEL MARKETING LLC
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information

www.bankofamerica.com

For additional information or service, you may call:
1-888-BUSINESS (1-888-287-4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

### Business Economy Checking

PURPLE ANGEL MARKETING LLC

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 8980 3170 4574 | Statement Beginning Balance | $1,489.89 |
| Statement Period | 09/01/10 through 09/30/10 | Amount of Deposits/Credits | $16,385.00 |
| Number of Deposits/Credits | 9 | Amount of Withdrawals/Debits | $15,534.24 |
| Number of Withdrawals/Debits | 98 | Statement Ending Balance | $2,340.65 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $960.16 |
| Number of Days in Cycle | 30 | Service Charge | $0.00 |

Congratulations! You have had 74 qualifying Bank of America Small Business Check Card transaction(s) post to your account during the previous monthly statement period. You have successfully achieved your target and the monthly maintenance fee on your business checking account has been waived.

Help avoid occasional Overdraft & NSF: Returned Item fees. Set up Alerts to get messages by email or text when your balance is low. Use Overdraft Protection to transfer available funds from linked savings, credit card, or credit line to your checking account to help cover items that would overdraw your account. Call us for details.

*PURPLE ANGEL MARKETING LLC*