UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ROBERT CHARLES WALLERIUS

CASE No. 10-40401-LMK

CHAPTER 11

Debtor.
_____/

**OBJECTION BY UNITED STATES TRUSTEE**
**TO DEBTOR'S DISCLOSURE STATEMENT**

COMES NOW DONALD F. WALTON, United States Trustee for Region 21, and objects to the Disclosure Statement filed by the Debtor on October 15, 2010 (docket #76) on the basis that same does not contain "adequate information" pursuant to 11 U.S.C. §1125, and states:

**RELEVANT FACTS**

1. On April 27, 2010, the Debtor filed a voluntary chapter 11 petition in Florida. (Docket No. 1).

2. On October 15, 2010 the Debtor filed a Disclosure Statement and Chapter 11 Plan of Reorganization (Docket numbers 76 and 75 respectively).

3. The United States Trustee does not believe the Debtor's Disclosure Statement contains adequate information in accordance with 11 U.S.C. Section 1125 to support its approval.

4. The Disclosure Statement and the Plan both fail to provide current

financial information concerning the Debtor's post-petition income and expenses. There is no pro forma or projected estimate of future income and expenses provided. The Debtor fails to set forth any alternatives to the plan i.e. a liquidation analysis. It is impossible to review the Disclosure Statement and the Plan, as filed, and determine if the Debtor can fund his Plan, or, in the alternative, to determine if the amounts proposed to be paid are fair under the circumstances of the case.

5. Debtor's monthly operating report for the month of October was due on or before November 21, 2010. To date the Debtor has not filed his October monthly operating report. The most recent report filed by the Debtor is for the month of September and the September report does not appear to support feasibility in this case.

6. Neither the Disclosure Statement or Plan provide any treatment for the general unsecured creditors scheduled by the Debtor in this case.

7. The Disclosure Statement improperly provides for different treatment of specified unsecured creditors in class 5 in violation of 11 U.S.C. Section 1122.

8. Article IV of the Disclosure Statement entitled "Claims Analysis" disallows any unsecured creditor's claim who failed to file a proof of claim even though the Debtor scheduled many of the unsecured creditors claims in Schedule F without indicating that they were disputed, contingent, or unliquidated. The Debtor cannot unilaterally terminate the claims of these creditors without proper claims objections. (See Bankruptcy Rule 3003).

9. Based on the omission of the above information from the Debtor's

Disclosure Statement, it is impossible for creditors to have sufficient information to make a reasonable determination with regard to voting for or against the Debtor's plan.

WHEREFORE, the United States Trustee objects to the Disclosure Statement filed by Debtor in this chapter 11 case.

Respectfully submitted, this the 1st day of December, 2010.

        Donald F. Walton
        United States Trustee
        Region 21

        /s/ JASON H. EGAN
        Jason H. Egan
        Trial Attorney
        Office of the United States Trustee
        110 East Park Avenue, Suite 128
        Tallahassee, FL 32301
        850-521-5050
        FAX: 850-521-5055
        Florida Bar Number 0568351
        Email: jason.h.egan@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was furnished either electronically or by first class U.S. Mail postage prepaid to Robert C. Wallerius, 3084 McCord Boulevard, Tallahassee, FL 32303, on this the 1st day of December, 2010.

        /s/ JASON H. EGAN
        Jason H. Egan