# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

IN RE:   } CASE NUMBER:
ROBERT C. WALLERIUS   } 10-40401-LMK
} JUDGE KILLIAN
} 
DEBTOR.   } CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM  OCTOBER 1,  TO  OCTOBER 31, 2010

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 12-8-2010

NONE
Attorney for Debtor

Debtor's Address
and Phone Number:
3084 MCCORD BLVD
TALLAHASSEE, FL
32303
Tel. 850-692-3744

Attorney's Address
and Phone Number:
N/A
Bar No.
Tel.

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources:

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: ROBERT C. WALLERIUS
Case Number: 10-40401-LMK

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month OCTOBER 2010 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 5729.05 | 0 |
| CASH- Beginning of Month (Business) | N/A | 0 |
| Total Household Receipts | 3699.85 | 26237.89 |
| Total Business Receipts | 0 | 0 |
| Total Receipts | 3699.85 | 26237.89 |
| Total Household Disbursements | 6892.42 | 23701.41 |
| Total Business Disbursements | 0 | 0 |
| Total Disbursements | 6892.42 | 23701.41 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) * RECOVERY FROM BROKEN NECK SURGERY * REQUIRED HOME HEALTH CARE | (3192.57) | 2536.48 |
| CASH- End of Month (Individual) | 2536.48 | 2536.48 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 6892.42 | 23701.41 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 6892.42 | 23701.41 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 8th day of DECEMBER, 20 10

_[signature]_
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month OCTOBER 2010 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 5729.05 | 0 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business  16.52 + 1940.43 | 1956.85 | 15779.89 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 1743.00 | 10458.00 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| **TOTAL RECEIPTS** | 3699.85 | 26237.89 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | 27.50 |
| Gifts | | |
| Household Expenses/Food/Clothing  562.85 + 186.06 + 37.38 + 1062.89 | 1849.18 | 8667.04 |
| Household Repairs & Maintenance  41.16 + 564.39 + 451.50 | 1057.05 | 5171.65 |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments  16.00 + 3200.00 | 3216.00 | 3905.74 |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment  19.06 | 19.06 | 314.95 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | PD BY CITY OF TALLY | 1945.79 |
| Vehicle Expenses | 426.13 | 2982.74 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | 325.00 | 660.00 |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule)  USBC FILING FEES | — | 26.00 |
| | | |
| **Total Household Disbursements** | 6892.42 | 23701.41 |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 2536.48 | 2536.48 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **Total Business Receipts** | | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | | |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| GREAT AMERICAN INSURANCE - HOMEOWNERS | 4/1/2010 - 2011 | $2,555.00 | 0 |
| | | | |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

FILED PLAN OF REORGANIZATION ON TIME AND USED TIME WISELY. CONTINUED TO WORK FROM HOME WHILE HEALING FROM BROKEN NECK REPAIR SURGERY. RECEIVED MEDICAL APPROVAL TO RETURN TO WORK AND TRAVEL AS TOLERATED. END OF MONTH, I (DEBTOR) BEGAN TO COORDINATE NECESSARY AND OVERDUE BUSINESS TRAVEL TO EXPAND SALES.

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: 10-15-2010 FILED

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                    **ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | REGIONS BANK | | | |
| Account Number: | 0137266579 | | | |
| Purpose of Account (Business/Personal) | PERSONAL | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1. Balance per Bank Statement | 72.26 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | — | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | — | | | |
| 4. Other Reconciling Items (attach list to this report) | — | | | |
| 5. Month End Balance (Must Agree with Books) | 72.26 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | REGIONS BANK |
|---|---|
| Account Number | 0137266519 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | *PLEASE SEE ATTACHED DETAILED SCHEDULE* | | |
| | | | TOTAL | $1752.09 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**Robert C. Wallerius**
**Debtor Account**

**Oct-10**

| Date | No. | Description | Debit | Household | Food | Auto | Trustee fee |
|---|---|---|---|---|---|---|---|
| 10/1/2010 | | REDBOX *DVD REN 7841 | $ 20.42 | $ 20.42 | | | |
| 10/7/2010 | | WINN DIXIE 381 5411 | $ 20.42 | | $ 20.42 | | |
| 10/7/2010 | | PUBLIX SUPER M 5411 | $ 14.86 | | $ 14.86 | | |
| 10/12/2010 | | WALGREEN COMPA 5912 | $ 19.28 | $ 19.28 | | | |
| 10/22/2010 | | CABLEVISION07870 TELE PMT | $ 123.98 | $ 123.98 | | | |
| 10/22/2010 | | USPS 118893069 9402 | $ 11.51 | $ 11.51 | | | |
| 10/25/2010 | 114 | CHECK #114 | $ 176.55 | | | $ 176.55 | |
| 10/25/2010 | | Wal-Mart Super 5411 | $ 101.00 | | $ 101.00 | | |
| 10/25/2010 | | CVS 04478 0447 5912 | $ 32.00 | $ 32.00 | | | |
| 10/25/2010 | | WINN DIXIE 381 5411 | $ 81.29 | | $ 81.29 | | |
| 10/25/2010 | | Wal-Mart Super 5411 | $ 29.01 | | $ 29.01 | | |
| 10/25/2010 | | Wal-Mart Super 5411 | $ 56.04 | $ 56.04 | | | |
| 10/25/2010 | | ROSS STORES #7 5331 | $ 24.71 | $ 24.71 | | | |
| 10/25/2010 | | CVS 04478 0447 5912 | $ 21.49 | $ 21.49 | | | |
| 10/25/2010 | 105 | CHECK #105 | $ 35.93 | | $ 35.93 | | |
| 10/25/2010 | | SHELL Service 5542 | $ 16.19 | | | $ 16.19 | |
| 10/25/2010 | | DOLLAR GENERAL 5310 | $ 12.69 | $ 12.69 | | | |
| 10/25/2010 | | LOWES #716 5200 | $ 8.05 | $ 8.05 | | | |
| 10/25/2010 | | DOLLAR GENERAL 5310 | $ 8.05 | $ 8.05 | | | |
| 10/26/2010 | 115 | CHECK #115 | $ 325.00 | | | | $ 325.00 |
| 10/26/2010 | 119 | CHECK #119 | $ 39.00 | $ 39.00 | | | |
| 10/26/2010 | 118 | CHECK #118 | $ 23.40 | $ 23.40 | | | |
| 10/27/2010 | 117 | CHECK #117 | $ 34.00 | $ 34.00 | | | |
| 10/27/2010 | 116 | CHECK #116 | $ 16.88 | $ 16.88 | | | |
| 10/28/2010 | | Regions    TALLAHASSEE B | $ 220.00 | | | $ 220.00 | |
| 10/28/2010 | | Wal-Mart Super 5411 | $ 169.90 | | $ 169.90 | | |
| 10/28/2010 | | Wal-Mart Super 5411 | $ 39.28 | | $ 39.28 | | |
| 10/28/2010 | | WAL-MART #4427 5411 | $ 37.98 | | $ 37.98 | | |
| 10/28/2010 | | WINN DIXIE 381 5411 | $ 33.18 | | $ 33.18 | | |
| | | **Totals:** | $ 1,752.09 | $ 451.50 | $ 562.85 | $ 412.74 | $ 325.00 |



**REGIONS**
**Regions Bank**
North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

1

| | |
|---|---|
| ACCOUNT # | 6519 |
| Cycle | 092 |
| Enclosures | 10 |
| Page | 0 |
| | 1 of 2 |

## 50+ LIFEGREEN CHECKING
October 20, 2010 through November 17, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $10.28 | | Minimum Balance | $10 |
| Deposits & Credits | $3,502.52 | + | Average Balance | $452 |
| Withdrawals | $1,325.44 | − | | |
| Fees | $0.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $650.76 | − | | |
| **Ending Balance** | **$1,536.60** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/21 | Deposit - Thank You | 1,759.52 |
| 11/16 | Deposit - Thank You | 1,743.00 |
| | Total Deposits & Credits | $3,502.52 |

### WITHDRAWALS

| | | |
|---|---|---|
| 10/22 | Cablevision07870 Tele Pmt Robert Walleri 0787089503302 | 123.98 |
| 10/22 | Pin Purchase USPS 118893069   9402 Tallahassee FL      4655 | 11.51 |
| 10/25 | Pin Purchase Wal-Mart Super  5411 Tallahassee FL      4655 | 101.00 |
| 10/25 | Pin Purchase Winn Dixie 381  5411 Tallahassee FL      4655 | 81.29 |
| 10/25 | Pin Purchase Wal-Mart Super  5411 Tallahassee FL      4655 | 56.04 |
| 10/25 | Pin Purchase Cvs 04478 0447  5912 Tallahassee FL      4655 | 32.00 |
| 10/25 | Pin Purchase Wal-Mart Super  5411 Tallahassee FL      4655 | 29.01 |
| 10/25 | Pin Purchase Ross Stores #7  5331 Tallahassee FL      4655 | 24.71 |
| 10/25 | Pin Purchase Cvs 04478 0447  5912 Tallahassee FL      4655 | 21.49 |
| 10/25 | Pin Purchase Shell Service   5542 Crawfordvillefl     4655 | 16.19 |
| 10/25 | Pin Purchase Dollar General  5310 Tallahassee FL      4655 | 12.69 |
| 10/25 | Pin Purchase Lowe S #716     5200 Tallahassee FL      4655 | 8.05 |
| 10/25 | Pin Purchase Dollar General  5310 Tallahassee FL      4655 | .5.38 |
| 10/28 | ATM Withdrawal Regions        Tallahassee B Tallahassee FL F0330    4655 | 220.00 |
| 10/28 | Pin Purchase Wal-Mart Super  5411 Tallahassee FL      4655 | 169.90 |
| 10/28 | Pin Purchase Wal-Mart Super  5411 Tallahassee FL      4655 | 39.28 |
| 10/28 | Pin Purchase Wal-Mart #4427  5411 Tallahassee FL      4655 | 37.98 |
| 10/28 | Pin Purchase Winn Dixie 381  5411 Tallahassee FL      4655 | 33.18 |
| 11/01 | Pin Purchase Winn Dixie 381  5411 Tallahassee FL      4655 | 23.10 |
| 11/03 | CheckCard Purchase Delta Air  006 3058 Newark      NJ 30320    4655 | 23.00 |
| 11/08 | Pin Purchase Chevron/Florid  5541 Tallahassee FL      4655 | 23.50 |
| 11/08 | Pin Purchase Cvs 04478 0447  5912 Tallahassee FL      4655 | 4.69 |
| 11/09 | Pin Purchase Winn Dixie 381  5411 Tallahassee FL      4655 | 10.84 |
| 11/17 | Pin Purchase Wal-Mart #4427  5411 Tallahassee FL      4655 | 141.73 |
| 11/17 | Pin Purchase Winn Dixie 381  5411 Tallahassee FL      4655 | 69.30 |

**Regions Bank**

North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

1

| | |
|---|---|
| ACCOUNT # | 6519 |
| | 092 |
| Cycle | 10 |
| Enclosures | 0 |
| Page | 2 of 2 |

### WITHDRAWALS (CONTINUED)

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/17 | Pin Purchase USPS 118893069 | 9402 Tallahassee FL | 4655 | 5.60 |
| | | | Total Withdrawals | $1,325.44 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 140.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 10/25 | 105 | 35.93 | 10/27 | 117 | 34.00 |
| 10/25 | 114 * | 176.55 | 10/26 | 118 | 23.40 |
| 10/26 | 115 | 325.00 | 10/26 | 119 | 39.00 |
| 10/27 | 116 | 16.88 | | | |
| | | | | Total Checks | $650.76 |

\* Break In Check Number Sequence.

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/21 | 1,769.80 | 10/27 | 595.70 | 11/08 | 21.07 |
| 10/22 | 1,634.31 | 10/28 | 95.36 | 11/09 | 10.23 |
| 10/25 | 1,033.98 | 11/01 | 72.26 | 11/16 | 1,753.23 |
| 10/26 | 646.58 | 11/03 | 49.26 | 11/17 | 1,536.60 |

**WITH THIS REGIONS ACCOUNT, YOU ARE
ELIGIBLE TO RENT A SAFE DEPOSIT BOX AT
A 50% DISCOUNT, PLUS AN ADDITIONAL 10%
OFF FOR AUTO-DEBIT SETUP. PLEASE VISIT
YOUR REGIONS BRANCH FOR DETAILS.
BOXES SUBJECT TO AVAILABILITY.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
**Thank You For Banking With Regions!**

**REGIONS**  Regions Bank

North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

1

| | |
|---|---|
| ACCOUNT # | 6519 |
| | 092 |
| Cycle | 10 |
| Enclosures | 0 |
| Page | 1 of 2 |

## 50+ LIFEGREEN CHECKING
September 21, 2010 through October 19, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $254.52 - | Minimum Balance | $254 - |
| Deposits & Credits | $700.00 + | Average Balance | $68 |
| Withdrawals | $435.20 - | | |
| Fees | $0.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 - | | |
| **Ending Balance** | **$10.28** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/24 | Deposit - Thank You | 400.00 |
| 09/24 | Deposit - Thank You | 300.00 |
| | Total Deposits & Credits | $700.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 09/28 | Public Service   Pseg Wallerius | 240.97 |
| 09/29 | GE Money       Payment Wallerius,Kris 601918038279249 | 123.45 |
| 09/30 | Pin Purchase Cvs 04478 0447   5912 Tallahassee FL       4655 | 12.99 |
| 10/01 | CheckCard Purchase Redbox *dvd Ren  7841 866-733-2693 IL 60181   4655 | 3.23 |
| 10/07 | Pin Purchase Winn Dixie 381  5411 Tallahassee FL       4655 | 20.42 |
| 10/07 | Pin Purchase Publix Super M  5411 Tallahassee FL       4655 | 14.86 |
| 10/12 | Pin Purchase Walgreen Compa  5912 Tallahassee FL       4655 | 19.28 |
| | Total Withdrawals | $435.20 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 140.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/24 | 445.48 | 09/30 | 68.07 | 10/12 | 10.28 |
| 09/28 | 204.51 | 10/01 | 64.84 | | |
| 09/29 | 81.06 | 10/07 | 29.56 | | |

**MONTHLY OPERATING REPORT - INDIVIDUAL**           **ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | NONE | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**　　　　　　　　　　　　　　　　　　**ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | *None* | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                                           **ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | *N/A* | *N/A* |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | *N/A* | *N/A* |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | *N/A* | *N/A* |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**　　　　　　　　　　　　　　　　　　　　　　　　**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | NONE | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| NONE | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor/Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| NONE | | | | | |