UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 10-40401-LMK

**ROBERT C. WALLERIUS**                               CHAPTER 11

     **Debtor**

_____/

NOTICE OF MOTION FOR THE ENTRY OF AN ORDER AMENDING
SCHEDULE F TO DELETE CLAIMS OF SPECIFIED CREDITORS

**TO:**

RJM Acquisitions LLC
575 Underhill Blvd- #224
Syosset, NY 11791

Island National Group LLC
6851 Jericho Tpk #180
Hauppauge, NY 11786

Sean R. Callagy, Esq
700 Kinderkamack Road #203
Oradell, NJ 07649

United Collections Corp.
1026 C Street
Hayward, CA 94541

Michael R. Moran
1201 S 21st Avenue
Hollywood, FL 33020

Resource Management Groups, Inc
c/o 908 N Gadsden Street
Tallahassee, FL 32303

Bergen Medical Center
PO Box 383
Temple, PA 19560-0383

Texas Life
900 Washington Street
Waco, TX 76701-1200

FILED 2010 DEC -9 A 9: 12

Pascack Hospital-Rubin & Raines
PO Box 372480
Denver, CO 80014

Pascack Hospital-Rubin & Raines
PO Box 372480
Denver, CO 80014

Ravin Greenberg PC
101 Eisenhower Parkway
Roseland, NJ 07068-1096

Blockbuster-34170
530 Kinderkamack Road
River edge, NJ 07661-2140

Kings Supermarket
PO Box 2148
Wayne, NJ 07424-2148

NJ/NY Port Authority 5 Star
70 Brewster Street
Newark, NJ 07114

Valley Presbyterian Hospital
Department 9589
Los Angeles, CA 90084

Barrister Court reporting
120 Broadway Suite 1111
NYC, NY 10271

    PLEASE TAKE NOTICE that Debtor/Debtor-in-Possession Robert C. Wallerius will move before the Honorable Lewis M. Killian on _____ _____, 20____, at United State Bankruptcy Court, 110 E. Park Avenue; Tallahassee, FL 32301 for the entry of an order expunging specified filed proofs of claim.

    PLEASE TAKE FURTHER NOTICE that the Debtor will rely upon the verified application being submitted simultaneously herewith in support of each relief.

    PLEASE TAKE FURTHER NOTICE that all answering papers and cross-motions shall be filed and served at least seven days prior to the hearing date herein. Absent the filing and service of such answering papers, this application may be deemed uncontested, and the relief sought herein may be granted by the court.

    PLEASE TAKE FURTHER NOTICE pursuant to law, no brief is being filed in support of the relief herein requested, as of this date, no legal principles involved are in dispute.

PLEASE TAKE FURTHER NOTICE pursuant to law, the movant waives oral argument on this application, unless a timely objection is filed.

Dated: December 7, 2010

By: _____
Robert C. Wallerius-Debtor pro se

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF MOTION FOR THE ENTRY OF AN ORDER AMENDING SCHEDULE F TO DELETE CLAIMS OF SPECIFIED CREDITORS has been served by U.S. mail, postage prepaid on the Creditor, the United States Trustee, and all parties in interest pursuant to Bankruptcy Rule 1007(d) this 7th Day of December, 2010.

Respectfully,

ROBERT C. WALLERIUS, Debtor
3084 McCord Boulevard
Tallahassee, FL 32303-1715
Phone: 850.692.3744
Fax: 850.692.3740
eMail: robertwallerius@prodigy.net