FORM nhgnrlp

# UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Tallahassee Division

In Re:  Robert C. Wallerius  
     SSN/ITIN: xxx−xx−9790  
      Debtor

Bankruptcy Case No.:   10−40401−LMK

Chapter:  11  
Judge:  Lewis M. Killian Jr.

## *NOTICE OF CONTINUED HEARING*

    PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on January 13, 2011 at 01:30 PM to consider and act upon the following:

    **76** − Disclosure Statement filed by Robert C. Wallerius (Re: Update Plan or Disclosure Statement Deadlines (Bk)). (Cook, D.)

    Please Note: All hearings are non−evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

Dated: December 10, 2010

William W. Blevins , Clerk of Court  
110 East Park Avenue  
Suite 100  
Tallahassee, FL 32301

Service to:  
    All parties in interest