FORM nhgnrlp

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Robert C. Wallerius                              Bankruptcy Case No.:   10−40401−LMK
  SSN/ITIN: xxx−xx−9790
    Debtor

  Chapter:  11
  Judge:  Lewis M. Killian Jr.

---

### *NOTICE OF HEARING*

   PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on January 13, 2011 at 01:30 PM to consider and act upon the following:

   *92* − (Notice of) Motion for the Entry of An Order Expunging Specified Filed Proofs of Claim filed by Robert C. Wallerius . (Cook, D.)

   *93* − (Notice of) Motion For The Entry Of An Order Amending Schedule F to Delete Claims Instead of Specified Creditors filed by Robert C. Wallerius . (Cook, D.)

   Please Note: All hearings are non−evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

Dated: December 13, 2010                              William W. Blevins , Clerk of Court
                                                      110 East Park Avenue
                                                      Suite 100
                                                      Tallahassee, FL 32301

Service to:
    All parties in interest