FORM nhgnrlp

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius                                                    Bankruptcy Case No.:   10−40401−LMK
    SSN/ITIN: xxx−xx−9790
    Debtor

                                                                       Chapter:  11
                                                                    Judge:  Lewis M. Killian Jr.

### *NOTICE OF HEARING*

    PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on January 13, 2011 at 01:30 PM to consider and act upon the following:

    *92* − (Notice of) Motion for the Entry of An Order Expunging Specified Filed Proofs of Claim filed by Robert C. Wallerius . (Cook, D.)

    *93* − (Notice of) Motion For The Entry Of An Order Amending Schedule F to Delete Claims Instead of Specified Creditors filed by Robert C. Wallerius . (Cook, D.)

    Please Note: All hearings are non−evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

Dated: December 13, 2010                                      William W. Blevins , Clerk of Court
                                                                               110 East Park Avenue
                                                                               Suite 100
                                                                               Tallahassee, FL 32301

Service to:
    All parties in interest

# CERTIFICATE OF NOTICE

```
District/off: 1129-4           User: mkantor                Page 1 of 2                   Date Rcvd: Dec 13, 2010
Case: 10-40401                 Form ID: nhgnrlp             Total Noticed: 56

The following entities were noticed by first class mail on Dec 15, 2010.
 db           +Robert C. Wallerius,   3084 McCord Boulevard,    Tallahassee, FL 32303-1715
 cr           +M'Ware Corporation,   c/o Chad D. Heckman,    908 N. Gadsden St.,    Tallahassee, FL 32303-6316
 cr            M'Ware Corporation and Resource Management Groups,,    PO Box 60,    Centerville, MA 02632-0060
 cr           +Wealthbridge Mortgage,    Roy A. Diaz,   P. O. Box 11438,    FT. Lauderdale, FL 33339-1438
1454086        Avis Car Rental,   c/o United Collection Corporation,    1026 C Street,    Hayward, CA 94541-5125
1436229       +Barrister Reporting Service,    120 Broadway, Suite 1111,    New York, NY 10271-1198
1436225        Bergen Anesthesia Group,    P.O. Box 630,    Franklin Lakes, NJ 07417-0630
1436235        Bergen Medical Center,    P.O. Box 383,    Temple, PA 19560-0383
1436217       +Cablevision,    6 Corporate Center Drive,    Melville, NY 11747-3861
1454089       +Caine and Wiener - PODS,    9960 Corporate Campus Drive,    Louisville, KY 40223-4098
1436208       +Cavalry Portfolio Services,    7 Skyline Drive, Third Floor,    Hawthorne, NJ 10532-2156
1436207       +City of Tallahassee,    435 N. Monroe Street,    Tallahassee, Florida 32301
1454087       +City of Tallahassee Utilites,    435 N. Macomb St. Relay Box,    Tallahassee, FL 32301-1050
1436216       +Collection Information Bureau,    P.O. Box 1467,    Lake Worth, FL 33460-1467
1436227        Comcast,    P.O. Box 105184,    Atlanta, Georgia 30348-5184
1436228       +Computer Credit - TMH,    640 West Fourth Street,    Winston-Salem, NC 27101-2730
1436218       +Ctr For Ortho Sports PT,    1834 Jaclif Ct Ste A,    Tallahassee, Florida 32308-4400
1436209        E-Z Pass,   P.O. Box 15185,    Albany, New York 12212-5185
1436237        EMI North America,    c/o Lawrence Bass,    1700 Lincoln Street, Ste 4100,    Denver, Co 80203-4541
1436238        GMAC Mortgage,    P.O. Box 830117,    Baltimore, MD 21283-0117
1436248        George Washington Memorial,    Cemetery Association,    P.O. Box 21,    Paramus, NJ 07653-0021
1436222       +Haledon Tax Collector,    510 Belmont Ave.,    Haledon, NJ 07508-1626
1436219       +I.C. Systems, Inc.,    444 Highway 96 East,    St. Paul, MN 55127-2557
1436253       +James Norton,   c/o Chad Heckman,    908 North Gadsden Street,    Tallahassee, Florida 32303-6316
1436246       +Jeffrey B. Randolph,    139 Harristown Rd, Ste 101,    Glen Rock, NJ 07452-3304
1436239       +M'Ware Corp.,   c/o Chad D. Heckman,    908 North Gadsden Street,
                Tallahassee, Florida 32303-6316
1436234       +M'Ware Corporation and,    Resource Management,    C/O Chad Heckman,    908 North Gadsden Street,
                Tallahassee, Florida 32303-6316
1440849        M-Ware Corporation,    Attn: Chad D. Heckman,    908 N. Gadsden Street,
                Tallahassee, FL 32303-6316
1436240        Michael R. Moran,    1201 S. 21nd Avenue,    Hollywood, Florida 33020-6936
1436210       +Milstead Associates, LLC,    220 Lake Drive East, Ste 301,    Cherry Hill, NJ 08002-1158
1436249        Miracle Financial Inc.,    52 Armstrong Road,    Plymouth, MD 02360-4807
1436254        NCO Financial Systems Inc.,    P.O. Box 7627,    Ft. Washington, PA 19034
1436220       +Nationwide Recovery Servo,    545 W. Inman Street,    Cleveland, TN 37311-1768
1436230       +North Florida Sports Medicine,    1911 Miccosukee Rd.,    Tallahassee, Florida 32308-5321
1436241        Nutter McClennan Fish,    World Trade Center W,    155 Seaport Blvd,    Boston, MA 02210-2698
1436250        PSE&G,   P.O. Box 14444,    New Brunswick, NJ 08906-4444
1436231        Radiology Assoc Tallahassee,    P.O. Box 12249,    Tallahassee, Florida 32317-2249
1436251        Ravin, Greenberg, P.C.,    101 Eisenhower Parkway,    Roseland, NJ 07068-1096
1436221       +Renaissance Imaging Med,    Assoc.,    P.O. Box 290,    Simi Valley, CA 93062
1436224       +Resource Management Group Inc.,    C/O Chad Heckman,    908 North Gadsden Street,
                Tallahassee, Florida 32303-6316
1436247       +Robert Charles Wallerius,    3084 McCord Blvd,    Tallahassee, Florida 32303-1715
1454088        Rubin Raines Pascack Hospital,    PO Box 372480,    Denver, CO 80014
1436212       +Sean R. Callagy, Esq. LLC,    700 Kinderkamack Rd. Ste 203,    Oradell, NJ 07649-1533
1436215       +Select Portfolio Servicing,    Law Office of Marshall C. Watson,,    1800 NW 49th Street, Ste# 120,
                Fort Lauderdale, Florida 33309-3092
1436252       +Select Portfolio Servicing, Inc.,    Law Office of Marshall C. Watson,
                1800 NW 49th Street, Ste 120,    Ft. Lauderdale, Florida 33309-3092
1436243        Select Portfolio Servicing, Inc.,    P. O. Box 65450,    Salt Lake City, UT 84165-0450
1436255        Shook Hardy Bacon LLP,    JPMorgan Chase Tower,    600 Travis Street, Ste 1600,
                Houston, Texas 77002-2992
1436244        State of NJ   AICS,    P.O. Box 136,    4th Floor West,    Trenton, NJ 08666-0136
1436245        Texas Life Insurance Co.,    900 Washington Avenue,    Waco, Texas 76701-1200
1436232       +Township of Washington,    350 Hudson Ave.,    TWP of Washington, NJ 07676-4731
1436213       +United Collection Corp.,    1026 C Street,    Hayward, CA 94541-5125
1436233        Wealthbridge Mortgage,    Its Successors and Assigns,    P.O. Box 39483,    Solon, OH 44139-0483
1436236       +Zucker, Goldberg Ackermar,    Law Office of Marshall C. Watson,    1800 NW 49th Street, Ste 120,
                Fort Lauderdale,Florida 33309-3092
1436214       +Zucker, Goldberg Ackerman LLC,    200 Sheffield Street, Ste 301,    Mountainside, NJ 07092-2315

The following entities were noticed by electronic transmission on Dec 14, 2010.
1436211        E-mail/Text: ebn@phinsolutions.com                           *RJM Acquisitions LLC,
                575 Underhill Blvd, Ste 224,    Syosset, New York 11791-3416
1436223       +E-mail/Text: bankruptcynotices@wealthbridge.com                           *Wealthbridge Mortgage,
                15455 NW Greenbrier Pkwy,    Ste 111,    Beaverton, OR 97006-7357
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1436226*     +*Select Portfolio Servicing Inc.,    Law Office of Marshall C. Watson,
                1800 NW 49th Street, Ste# 120,    Fort Lauderdale, Florida 33309-3092
1436242      ##+*Paul and Linda Warner,    23600 SW 162nd Street,    Homestead, FL 33031-1387
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 1129-4          User: mkantor              Page 2 of 2                Date Rcvd: Dec 13, 2010
Case: 10-40401                Form ID: nhgnrlp           Total Noticed: 56

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2010**                **Signature:**       *Joseph Speetjens*