B6A (Official Form 6A) (12/07)

In re  **Robert C. Wallerius**                                      Case No.  **10-40401**
                    Debtor                                                          (If known)

FILED

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| ~~Residential-Washington Twp, NJ~~ *SOLD AT AUCTION BY BERGEN COUNTY NJ SHERIFF ON 8/27/2010* | ~~50%~~ | J | ~~290,000.00~~ | ~~432,915.47~~ |
| Residential-Haledon, NJ | 50% | J | 210,000.00 | ~~201,875.81~~ *158,635.06* |
| | | | Total ▶ ~~500,000.00~~ | |

(Report also on Summary of Schedules.)

*AMENDED TOTAL    210,000.00*    ~~~~

*158,635.06*

*AMENDED  12·23·2010  (RCW)*

2010 MAY 11  P 3:49
CLERK BANKRUPTCY COURT NORTHERN DISTRICT

FILED

B 6B (Official Form 6B) (12/07)

In re  Robert C. Wallerius                              ,          Case No.   10-40401
                Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash-3084 McCord Boulevard; Tallahassee, FL | H | 70.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | 2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | 0.00 |
| 6. Wearing apparel. | | | | 100.00 |
| 7. Furs and jewelry. | | | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | | | | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(o).) | | | | 0.00 |

AMENDED  12-23-2010  (RCW)

B 6B (Official Form 6B) (12/07) - Cont.

In re  **Robert C. Wallerius**                          ,                    Case No.  **10-40401**
                        Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Purple Angel Marketing LLC | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | 0.00 |
| 16. Accounts receivable. | | | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Mortgage Receivable-Haledon, NJ | | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | Stafford Real Estate Trust-55% Interest | J | 2,000,000.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | 0.00 |

AMENDED 12-23-2010  RCW

B 6B (Official Form 6B) (12/07) — Cont.

In re __Robert C. Wallerius__ ,          Case No. __10-40401__
       Debtor                                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | 0.00 |
| 26. Boats, motors, and accessories. | | | | 0.00 |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | 0.00 |
| 30. Inventory. | | | | 0.00 |
| 31. Animals. | | | | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | | | | 0.00 |
| 33. Farming equipment and implements. | | | | 0.00 |
| 34. Farm supplies, chemicals, and feed. | | | | 0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | | | 0.00 |
| | | | | 0.00 |

_____ continuation sheets attached    Total ▶    $      2,002,170.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

AMENDED 12·23·2010   RCW

B 6D (Official Form 6D) (12/07)

In re  Robert C. Wallerius                              , Case No.  10-40401
                        Debtor                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1122000050  50 BY 50 REO, LLC Millstead Associates, LLC 220 Lake Drive Suite 301 Cherry Hill, NJ 08002 | X | J | 8/17/2009  VALUE $ | | | X | ~~$440,301.91~~ | |
| ACCOUNT NO. BL4418 L20  Tax Collector Twp of Washington 350 Hudson Street Washington Twp, NJ 07676 | | | 2/17/2010  VALUE $ | | | | ~~$11,122.98~~ | |
| ACCOUNT NO.  GMAC Mortgage LLC Zucker Goldberg & Acker 200 Sheffield Street Mountainside, NJ 07092 | | | 3/19/2009  VALUE $ ▶ | | | X | 158,635.06  ~~275,116.76~~ | |

|  | Subtotal ▶ (Total of this page) | $ ~~726,631.83~~ | 0.00 |
|---|---|---|---|
|  | Total ▶ (Use only on last page) | $ ~~726,631.83~~ | $ |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

_____ continuation sheets attached

Subtotal:  $ 158,635.06

AMENDED 12·23·2010

B 6D (Official Form 6D) (12/07) — Cont.

In re  Robert C. Wallerius                    ,        Case No.   10-40401
                    Debtor                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BL18 L8<br><br>Tax Collector Haledon 510 Belmont Avenue Haledon, NJ 07508 | x | J | 2/10/2010<br><br>VALUE $ | | | X | 24,753.35 | |
| ACCOUNT NO.<br><br>EMI North America Lawrence Bass Esq. 1700 Lincoln Street Suite 4100 Denver, CO 80203 | | | 2006<br><br>VALUE $ | | | X | 3,000.00 | |
| ACCOUNT NO.<br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br>VALUE $ | | | | | |

Sheet no._____of_____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ 27,753.35 | $ 0.00 |
|---|---|

Total(s) ▶
(Use only on last page)

| $ ~~751,385.00~~ | $ 0.00 |
|---|---|

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

TOTAL          186,388.41

AMENDED 12·23·2010

B 6E (Official Form 6E) (04/10)

In re  Robert C. Wallerius                              ,          Case No.  10-40401
                        Debtor
                                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

AMENDED 12·23·2010

B 6E (Official Form 6E) (04/10) – Cont.

In re  Robert C. Wallerius                              ,          Case No.  10-40401
                        Debtor                                              (if known)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                              __0__   continuation sheets attached

                    AMENDED 12.23.2010  (RW)

B 6E (Official Form 6E) (04/10) – Cont.

In re  Robert C. Wallerius                    ,        Case No.  10-40401
_____                      _____
              **Debtor**                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> DOJ Office of Us Trustee <br> 110 East Park Avenue <br> Tallahassee, FL 32301 | | | 1Q 2010 <br> Due 4/30/2010 | | X | | 325.00 | 325.00 | |
| **Account No.** <br><br> *STATE OF FLORIDA* <br> *DEPARTMENT of REVENUE* <br> *PO BOX 6668* <br> *TALLAHASSEE, FL 32314* | | | *1Q 2003* <br> *DUE 4/30/2003* | | X | | *3994.32* | *3994.32* | |
| **Account No.** <br><br> | | | | | | | | | |
| **Account No.** <br><br> | | | | | | | | | |

Sheet no. 1 of Continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    $ *4319.32* ~~325.00~~    $ *4319.32* ~~325.00~~

Total▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)    $ *4319.32* ~~325.00~~

Totals▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)    $ *4319.32* ~~325.00~~    $

*AMENDED 12-23-2010*

B 6F (Official Form 6F) (12/07)

In re **Robert C. Wallerius**                                    Case No. __10-40401__
_____                              _____
                     **Debtor**                      ,                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2715339450 |  |  | March-April 2010 |  |  |  |  |
| City of Tallahassee 435 N. Monroe Street Tallahassee, FL 32303 |  |  |  |  | X |  | 1,698.91 |
| ACCOUNT NO. 06626528 |  |  | 2000 |  |  |  |  |
| Calvary Portfolio Services PB Box 1017 Hawthorne, NY 10532 |  |  |  |  |  | x | 1,727.08 |
| ACCOUNT NO. 18607321 |  |  | 1/15/2009 |  |  |  |  |
| EZ Pass PO Box 15185 Albany, NY 12212-5185 |  |  |  |  | X |  | 8.85 |
| ACCOUNT NO. 2810300016369 |  |  | 1994 |  |  |  |  |
| RJM Acquisitions LLC 575 Underhill Blvd - #224 Syosset, NY 11791 |  |  |  |  |  | x | 405.36 |

_7_ continuation sheets attached

Subtotal ▶  $  3,840.20

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

AMENDED 12·23·2010

B 6F (Official Form 6F) (12/07) - Cont.

In re   Robert C. Wallerius             ,       Case No.   10-40401
           **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 600449389457 | | | 2000 | | | | |
| Island National Group LLC 6851 Jericho Tpk #180 Hauppauge, NY 11766 | | | | | | x | 405.36 |
| ACCOUNT NO. | | | Jan-June 2009 (fees - set off accident against award) | | | | |
| Sean R. Callagy, Esquire 700 Kinderkamack Rd #203 Oradell, NJ 07649 | | | | | | x | 209.46 |
| ACCOUNT NO. 352778 | | | 1/3/2009 | | | | |
| United Collections Corp. 1026 C Street Hayward, CA 94541 | | | | | | x | 1,000.76 |
| ACCOUNT NO. 0787089503301 | | | March 2010 | | | | |
| Cablevision 6 Corporate Drive Melvelle, NY 11747 | | | | | | X | 58.37 |
| ACCOUNT NO. 14461 | | | Sept-Novemebr 2009 | | | | |
| Ctr Orthopedic/Sports Med 1834 Jacliff Ct; Suite A Tallahassee, FL 32308 | | | | | | X | 89.43 |

Sheet no. _2_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                 Subtotal▶   $    1,763.40

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED 12·23·2010 (RW)*

B 6F (Official Form 6F) (12/07) - Cont.

In re  Robert C. Wallerius
_____,
        **Debtor**

Case No.  10-40401
_____
                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 30443881189 | | | 2009 | | | | |
| Verizon IC System, Inc. 444 Highway 96 East St Paul, MN 55164-0437 | | | | | | X | 484.33 |
| ACCOUNT NO. 4934770A10001 | | | 2009 | | | | |
| Anesthesia Assc of Tall-NRS 545 W. Inman Street Cleveland, TN 37311 | | | | | | X | 105.67 |
| ACCOUNT NO. 4536243A10001 | | | 2009 | | | | |
| Anesthesia Assc of Tall-NRS 545 W. Inman Street Cleveland, TN 37311 | | | | | | X | 31.59 |
| ACCOUNT NO. ADI-80979090 | | | 11/2008 | | | | |
| Renaissance Imaging PO Box 190 Simi Valley, CA 93062-0190 | | | | | | X | 22.08 |
| ACCOUNT NO. 0958712152802 | | | Through 4/26/2010 | | | | |
| Comcast PO Box 105184 Atlanta, GA 30348 | | | | | | X | 496.57 |

Sheet no. __3__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    1,140.24

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

*AMENDED 12-23-2010*  (RCW)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Robert C. Wallerius _____,   Case No.   10-40401
                        **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Michael R. Moran 1201 S 21st Avenue Hollywood, FL 33020 | | | | | | x | 952,701.28 |
| ACCOUNT NO. | | | | | | | |
| Resourc Mgt Gp C Heckman 908 N Gadsden Street Tallahassee, FL 32303 | | | | | | x | 952,701.28 |
| ACCOUNT NO. | | | | | | | |
| James Norton C Heckman 908 N Gadsden Street Tallahassee, FL 32303 | | | | | | x | 285,764.38 |
| ACCOUNT NO. RCWallerius05 | | | | | | | |
| Bergen Medical Center PO Box 383 Temple, PA 19560-0383 | | | | | | x | 537.00 |
| ACCOUNT NO. | | | | | | | |
| Nutter, McLennan& Fish WTC-155 Seaport Boston, MA 02210-2698 | | | | | | X | 7,447.34 |

Sheet no. __4__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  2,199,151.28

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

AMENDED 12·23·2010



B 6F (Official Form 6F) (12/07) - Cont.

In re  Robert C. Wallerius                                    ,          Case No.   10-40401
               **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Paul & Linda Warner 260 Dublin Drive Lake Mary, FL 32746-3319 | | | | | | X | 4,000.00 |
| ACCOUNT NO. w029565863075 | | | | | | | |
| State of NJ AICS PO Box 4850 Trenton, NJ 08650-4850 | | | | | | X | 2,276.31 |
| ACCOUNT NO. | | | | | | | |
| Texas Life 900 Washington Avenue Waco, TX 76701-1200 | | | | | | x | 13,000.00 |
| ACCOUNT NO. | | | March-April 2010 | | | | |
| Public Service Electric & Gas PO Box 4850 Trento, NJ 08906-4104 | | | | | | X | 880.45 |
| ACCOUNT NO. | | | 2005 | | | | |
| Pascack Hosp Rubin & Raine PO Box 372480 Denver, CO 80014 | | | | | | x | 781.00 |

Sheet no. __5__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 209,377.60

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED 12·23·2010*

B 6F (Official Form 6F) (12/07) - Cont.

In re  Robert C. Wallerius                    ,          Case No.  10-40401
                  **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 45907830123 | | | 2005 | | | | |
| Pascack Hosp Rubin & Raine PO Box 372480 Denver, CO 80014 | | | | | | x | 50.00 |
| ACCOUNT NO. | | | 2000 | | | | |
| Ravin Greenberg PC 101 Eisenhower parkway Roseland, NJ 07068-1096 | | | | | | x | 10,000.00 |
| ACCOUNT NO. 0503417023414 | | | 6/18/2008 | | | | |
| Blockbuster-34170 530 Kinderkamack Rd River Edge, NJ 07661-2140 | | | | | | x | 40.63 |
| ACCOUNT NO. 346461 | | | 7/25/2008 | | | | |
| Kings Super Wms-Alexander PO Box 2148 Wayne, NJ 07474-2148 | | | | | | x | 112.72 |
| ACCOUNT NO. 18607321 | | | 1/14/2010 | | | X | 54.85 |
| NJ/NY Port Authority 5-Star PO Box 1962 Southgate, MI 48195 | | | | | | | |

Sheet no. __6__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  10,258.20

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

AMENDED 12·23·2010 

B 6F (Official Form 6F) (12/07) - Cont.

In re  Robert C. Wallerius                              ,          Case No.  10-40401
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1-184865.0 <br><br> Dermatology Assoc Tallahas <br> PO Box 13859 <br> Tallahassee, FL 32317 | | | 3/15/2010 | | | X | 45.00 |
| ACCOUNT NO. <br><br> NJ/NY Port Auth 5 Star <br> 70 Brewster Street <br> Newark, NJ 07114 | | | 7/11/2008 | | | x | 235.00 |
| ACCOUNT NO. V01002108586 <br><br> Valley Presbyterian Hosp <br> Department 9589 <br> Los Angeles, CA 90084 | | | 11/20/2008 | | | x | 48.36 |
| ACCOUNT NO. <br><br> Tallahassee OutSurgery <br> 3334 Capital Med Blvd #500 <br> Tallahassee, FL 32308 | | | 10/6/2009 | | | X | 112.08 |
| ACCOUNT NO. 19296360 <br><br> Pods of LA Caine & Weiner <br> 9960 Corporate Campus Dr <br> Louisville, KY 40223 | | | May 2009 | | | X | 462.09 |

Sheet no. __7__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 902.53

Total ▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

AMENDED 12.23.2010

*(RCW)*

B 6F (Official Form 6F) (12/07) - Cont.

In re  Robert C. Wallerius                                    ,          Case No.  10-40401
_____                                              _____
        **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7900102737<br><br>Tallah Mem Computer Credit<br>640 West Fourth street<br>Winston Salem, NC 27113 | | | 1/3/2009 | | | X | 1,094.10 |
| ACCOUNT NO. L24361<br><br>Barrister Court Reporting<br>120 Broadway Suite 1111<br>NYC, NY 10271 | | | 1/20/2010 | | | x | 477.05 |
| ACCOUNT NO. 2233<br><br>~~North Florida Sports Med~~<br>~~1911 Miccosukee Road~~<br>~~Tallahassee, FL 32308~~ | | | ~~10/29/2009~~ | | | | ~~18.26~~ |
| ACCOUNT NO. 7900102737<br><br>Radiology Assoc of Tallahass<br>PO Box 12249<br>Tallahassee, FL 32303 | | | 1/30/2009 | | | X | 101.56 |
| ACCOUNT NO.<br><br>M'Ware Corp C Heckman Es<br>908 N Gadsden Street<br>Tallahassee, FL 32303 | | | | | | X | 208,363.31 |

Sheet no. 8 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 210036.01
                ~~210,054.27~~

Total▶ $ ~~2,636,487.72~~
(Use only on last page of the completed Schedule F.)          2,636,469.47
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

AMENDED  12.23.2010

B 6G (Official Form 6G) (12/07)

In re  Robert C. Wallerius_____,          Case No.  10-40401_____
                    **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Stafford Real Estate Trust - DIP Beneficiary Michael Moran Trustee/James Norton Advisor 1201 South 21st Avenue Hollywood, FL 33020 | Debtor owns 55% interest in real estate trust |
| Debtor and PaycheckPC Corporation 3084 McCord Boulevard Tallahassee, FL 32303 | Management of Business Affairs |
| Debtor as former shareholder and officer of on behalf of the shareholders of PaycheckPC Corporation vs. State of Florida DMS and DFS 3084 McCord Blvd; Tallahassee, FL 32303 | Complaint against the State of Florida for money damages |
| Debtor vs. Knaibo Briggs 3084 McCord Boulevard Tallahassee, FL 32303 | NYC personal injury suit involving motor vehicle accident in which debtor is plaintiff and is suing for monetary damages. |
| | |
| | |

AMENDED 12·23·2010  

B 6H (Official Form 6H) (12/07)

In re  Robert C. Wallerius _____ ,         Case No.  10-40401 _____
                    **Debtor**                                              (if known)

## SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ~~Kathleen Wallerius~~ ~~341 Hickory Street~~ ~~Township of Washington, NJ 07676~~ | ~~Township of Washington, NJ Tax Collector~~ ~~350 Hudson Street~~ ~~Township of Washington, NJ 07676~~ |
| ~~Kathleen Wallerius~~ ~~341 Hickory Street~~ ~~Township of Washington, NJ 07676~~ | ~~50 BY 50 REO LLC Millstead Associates~~ ~~220 Lake drive Suite 301~~ ~~Cherry Hill, NJ 08002~~ |
| Virginia Wallerius 57 Avenue C Haledon, NJ 07508 | Haledon Tax Collector 510 Belmont Avenue Haledon, NJ 07508 |
| Virginia Wallerius 57 Avenue C Haledon, NJ 07508 | GMAC Mortgage Zucker Golberg & Acker 200 Sheffield Street Mountainside, NJ 07092 |

AMENDED 12·23·2010   

B6I (Official Form 6I) (12/07)

In re  Robert C. Wallerius                            ,        Case No.  10-40401
            **Debtor**                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Mother | AGE(S): 82 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Disabled in Occupational Therapy | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ | $ |
|    b. Insurance | $ | $ |
|    c. Union dues | $ | $ |
|    d. Other (Specify): | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 4000.00 | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social security or government assistance (Specify): SSA - DI | $ 1,740.00 | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify): | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 5,740.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 5,740.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 5,740.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

   Significant increase of income expected from business profits mananging business from home until further corrective spinal and other surgeries completed allowing complete freedom and re-entrance into the workplace. Mother/ due lump sum ongoing military pension deceased husband WWII veteran.

AMENDED 12. 23. 2010  

**B6J (Official Form 6J) (12/07)**

In re  Robert C. Wallerius_____ ,          Case No.  10-40401_____
                    **Debtor**                                          **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ _____ |
|     a. Are real estate taxes included?          Yes __✗__   No _____ | | |
|     b. Is property insurance included?           Yes __✗__   No _____ | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ *2265.00* |
|            b. Water and sewer | | $ _____ |
|            c. Telephone | | $ _____ |
|            d. Other _____ | | $ _____ |
| 3. Home maintenance (repairs and upkeep) | | $ _____ |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 25.00 |
| 6. Laundry and dry cleaning | | $ 20.00 |
| 7. Medical and dental expenses | | $ 50.00 |
| 8. Transportation (not including car payments) | | $ _____ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ _____ |
| 10. Charitable contributions | | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | | $ _____ |
|     b. Life | | $ _____ |
|     c. Health | | $ 140.00 |
|     d. Auto | | $ _____ |
|     e. Other _____ | | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ _____ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | | $ _____ |
|     b. Other | | $ _____ |
|     c. Other _____ | | $ _____ |
| 14. Alimony, maintenance, and support paid to others | | $ 800.00 |
| 15. Payments for support of additional dependents not living at your home | | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ _____ |
| 17. Other _____ | | $ ~~1,535.00~~ *3800.00* |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ ~~1,535.00~~ |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|     a. Average monthly income from Line 15 of Schedule I | *$5750.00* | $ ~~1,740.00~~ ~~3800.00~~ |
|     b. Average monthly expenses from Line 18 above | *3800.00* | $ ~~1,535.00~~ |
|     c. Monthly net income (a. minus b.) | *1950.00* | $ ~~205.00~~ |

AMENDED 12·23·2010          

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Florida

In re  Robert C. Wallerius _____ ,    Case No.  10-40401 _____
                    Debtor

                                                  Chapter  11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | $ 210,000.00 ~~300,000.00~~ | | |
| B - Personal Property | yes | 6 | $ 2,002,170.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | yes | 2 | | $ ~~161,163.06~~ (186 388.41) ~~312,388.00~~ 186,388.41 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | yes | 3 | | $ ~~325.00~~ 4319.32 | |
| F - Creditors Holding Unsecured Nonpriority Claims | yes | 8 | | $ ~~2,636,407.72~~ 2,636,469.47 | |
| G - Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H - Codebtors | yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | yes | 1 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | yes | 1 | | | $ |
| TOTAL | | 24 | $ 2,212,170.00 ~~2,302,170.00~~ | $ 2,827,177.20 ~~5,301,187.72~~ | |

AMENDED 12.23.2010 (RCW)

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Florida

In re  Robert C. Wallerius                              ,            Case No.   10-40401
                    Debtor

                                                        Chapter   11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,750.00 | 5750.00 |
| Average Expenses (from Schedule J, Line 18) | $ 3,800.00 | (3800.00) |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 205.00  1950.00 | 1950.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 325.00  4319.32 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 2,636,469.47  $ 2,636,487.72 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 2,636,487.72 |

$ 2,636,469.47

AMENDED   12·23·2010   (RW)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __Robert C. Wallerius_____,    Case No. __10-40401_____
                    Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __40__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __05/11/2010_____    Signature: _____
                                                                                    Debtor

Date __12·23·2010 — AMENDED___    Signature: _____
                                                                            (Joint Debtor, if any)

                                                                [If joint case, both spouses must sign.]

_____
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                          Social Security No.
of Bankruptcy Petition Preparer                                      (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
_____
Address

X _____        _____
  Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.
_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __40__ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____

                                                                _____
                                                                [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]
_____

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

AMENDED    12·23·2010    (RW)