FORM nhgnrlp

## UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Tallahassee Division

In Re:  Robert C. Wallerius  
   SSN/ITIN: xxx−xx−9790  
   Debtor

Bankruptcy Case No.:   10−40401−LMK

Chapter:  11  
Judge:  Lewis M. Killian Jr.

### *NOTICE OF CONTINUED HEARING*

   PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on February 10, 2011 at 01:30 PM to consider and act upon the following:

   **76** − Disclosure Statement filed by Robert C. Wallerius (Re: Update Plan or Disclosure Statement Deadlines (Bk)). (Cook, D.)

   **92** − (Notice of) Motion for the Entry of An Order Expunging Specified Filed Proofs of Claim filed by Robert C. Wallerius . (Cook, D.)

   Please Note: All hearings are non−evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

Dated: January 14, 2011

William W. Blevins , Clerk of Court  
110 East Park Avenue  
Suite 100  
Tallahassee, FL 32301

Service to:  
   All parties in interest