FORM nhgnrlp

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Robert C. Wallerius						Bankruptcy Case No.:   10−40401−LMK
     SSN/ITIN: xxx−xx−9790
      Debtor

                                              Chapter:  11
                                              Judge:  Lewis M. Killian Jr.

---

### *AMENDED NOTICE OF HEARING*

    PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on February 10, 2011 at 01:30 PM to consider and act upon the following:

      *89* − Amended Disclosure Statement filed by Robert C. Wallerius [Re: [76] Disclosure Statement]. (Cook, D.)

    Please Note: All hearings are non−evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

*Reason amended:*

      TO REFLECT AMENDED DISCLOSURE STATEMENT


Dated: January 14, 2011					William W. Blevins , Clerk of Court
								110 East Park Avenue
								Suite 100
								Tallahassee, FL 32301

Service to:
    All parties in interest