# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

IN RE: **ROBERT C. WALLERIUS**

CASE NUMBER: **10-40401-LMK**

JUDGE **KILLIAN**

CHAPTER 11

DEBTOR.

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM **DECEMBER 1,** TO **DECEMBER 31, 2010**

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: **1-12-2010**

**NONE**
Attorney for Debtor

Debtor's Address and Phone Number:
**3084 MCCORD BOULEVARD**
**TALLAHASSEE, FL 32303**

Tel. **850-692-3744**

Attorney's Address and Phone Number:
**N/A**
Bar No. _____
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources:

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

2011 JAN 14 P 3:24  FILED

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | ROBERT C. WALLERIUS |
|---|---|
| Case Number: | 10-40401-LMK |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report

|   | Month DECEMBER 2010 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 5,559.64 | 0 |
| CASH- Beginning of Month (Business) | 0 | 0 |
|   |   |   |
| Total Household Receipts | 6208.26 | 41,296.10 |
| Total Business Receipts | 0 | 0 |
| Total Receipts | 6208.26 | 41296.10 |
|   |   |   |
| Total Household Disbursements | 5135.29 | 34663.49 |
| Total Business Disbursements | 0 | 0 |
| Total Disbursements | 5135.29 | 34663.49 |
|   |   |   |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 1072.97 | 6632.61 |
|   |   |   |
| CASH- End of Month (Individual) | 6632.61 | 6632.61 |
| CASH- End of Month (Business) | 0 | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 5135.29 | 34663.49 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 5135.29 | 34663.49 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 12th day of JANUARY 20 11

Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month *December 2010* | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 5559.64 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business *4000.00 + 452.18 + 13.08* | 4465.26 | 27 352.10 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 1743.00 | 13 944.00 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | 6208.26 | 41 296.10 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions *50.00* | 50.00 | 77.50 |
| Gifts *386.93* | 386.93 | 386.93 |
| Household Expenses/Food/Clothing *1060.01 + 404.35 + 161.67* | 1626.03 | 12,359.14 |
| Household Repairs & Maintenance *97.92 + 1332.39 + 23.47 + 26.00* | 1479.78 | 8163.61 |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments *155.00 + 24.36 + 12.00* | 191.36 | 5701.10 |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | — | 436.18 |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) *345.08* | 345.08 | 2713.94 |
| Vehicle Expenses *1056.11* | 1056.11 | 4134.04 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | 660.00 |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) *USBC FILING FEES* | | 26.00 |
| | | |
| **Total Household Disbursements** | 5135.29 | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) *$6139.08 IN BANK  $493.53 ON HAND* | 6632.61 | 34663.49 |

# SCHEDULE OF BUSINESS
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>December 2010 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **Total Business Receipts** | | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | | |
| | | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | | |

### QUESTIONNAIRE

| | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

### INSURANCE INFORMATION

| | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| HOMEOWNERS - GREAT AMERICAN INSURANCE | 4/1/2010-2011 | $2,555.00 | NONE |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

IN DISCUSSIONS WITH PROPOSED COUNSEL TO BE RETAINED WITH THE PERMISSION OF THIS COURT. CONTINUE TO RECEIVE A REGULAR WEEKLY DISTRIBUTION FROM PURPLE ANGEL MARKETING. SALES OF PAYCHECK PC PROGRAM BEGIN TO BREAK ALL PAST RECORDS AND DEBTOR IS ESTABLISHING ROYALTY PAYMENTS IN CASE RECOVERY FROM SURGERIES LIMITS ABILITIES, A PLAN CAN BE FUNDED INDEPENDENT OF ANY OTHER EXPECTED PROCEEDS OF

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement:

THE ESTATE. FILED $46,800.00 LOSS OF INCOME CLAIM WITH 2005 NJ AUTO INSURANCE CARRIER - 21ST CENTURY FORMERLY AIG-NJ, FIRED NY PERSONAL INJURY ATTORNEY FOR NON-PERFORMANCE. INTERVIEWING REPLACEMENT COUNSEL TO GAIN USBC APPROVAL.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | REGIONS BANK | | | |
| Account Number: | 0137266519 | | | |
| Purpose of Account (Business/Personal) | PERSONAL | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1. Balance per Bank Statement | 6139.08 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 0 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0 | | | |
| 5. Month End Balance (Must Agree with Books) | 6139.08 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | REGIONS BANK |
|---|---|
| Account Number | 0137266519 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | ( PLEASE SEE ATTACHED DETAILED SPREADSHEET ) | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

ROBERT C. WALLERIUS MONTHLY TRUSTEE REPORT-DECEMBER 2010
REGIONSBANK TRANSACTIONS DECEMBER 2010

| Date | No. | Description | Credit | Debit | Food/Clos | Mtce. | Gifts | Auto | Utilities | Medical |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/2/2010 | | 11/30/DEPOSIT | $ 4,000.00 | | | | | | | |
| 12/6/2010 | | WAL-MART #4427  5411 | | $ 220.41 | $ 220.41 | | | | | |
| 12/6/2010 | | EDIBLE ARRANGEM 5499 | | $ 120.00 | | | $ 120.00 | | | |
| 12/6/2010 | | EDIBLE ARRANGEM 5499 | | $ 12.00 | | | $ 12.00 | | | |
| 12/7/2010 | | VICTORIA SECRET 5964 | | $ 64.09 | | | $ 64.09 | | | |
| 12/8/2010 | | SYX*TIGERDIRECT 5045 | | $ 479.99 | | $ 479.99 | | | | |
| 12/8/2010 | | WINN DIXIE 381  5411 | | $ 177.21 | $ 177.21 | | | | | |
| 12/9/2010 | | PURPLE ANGEL MAR SENDER | $ 1,000.00 | | | | | | | |
| 12/13/2010 | 113 | CHECK #113 | | $ 225.00 | | $ 225.00 | | | | |
| 12/13/2010 | | Wal-Mart Super 5411 | | $ 63.44 | | $ 63.44 | | | | |
| 12/13/2010 | | TOMATO LAND    5499 | | $ 44.68 | $ 44.68 | | | | | |
| 12/13/2010 | | DOLLAR GENERAL 5310 | | $ 26.21 | $ 26.21 | | | | | |
| 12/13/2010 | | TOMATO LAN1847 5499 | | $ 15.43 | $ 15.43 | | | | | |
| 12/14/2010 | | DEPOSIT-SSA/DI | $ 1,756.08 | | | | | | | |
| 12/16/2010 | | CABLEVISION #78 4899 | | $ 116.70 | | $ 116.70 | | | | |
| 12/17/2010 | | Wal-Mart Super 5411 | | $ 46.34 | $ 46.34 | | | | | |
| 12/17/2010 | | BEALLS OUTLET S 5311 | | $ 38.66 | | $ 38.66 | | | | |
| 12/20/2010 | | NAT* GEOGRAPHIC 5968 | | $ 15.00 | | | $ 15.00 | | | |
| 12/20/2010 | | AVIS RENT-A-CAR 3389 | | $ 1,056.11 | | | | $ 1,056.11 | | |
| 12/20/2010 | | Wal-Mart Super 5411 | | $ 388.79 | | $ 388.79 | | | | |
| 12/20/2010 | | VICTORIA SECRET 5964 | | $ 160.84 | | | $ 160.84 | | | |
| 12/20/2010 | | PUBLIX SUPER M 5411 | | $ 151.02 | $ 151.02 | | | | | |
| 12/20/2010 | | STEEL CITY  5812 | | $ 56.17 | $ 56.17 | | | | | |
| 12/20/2010 | | NAT* GEOGRAPHIC 5968 | | $ 15.00 | | | $ 15.00 | | | |
| 12/22/2010 | | PSE & G / NCO  4900 | | $ 205.96 | | | | | $ 205.96 | |
| 12/22/2010 | | Wal-Mart Super 5411 | | $ 147.11 | $ 147.11 | | | | | |
| 12/22/2010 | | BROOKSTONE    5947 | | $ 139.12 | | | | | $ 139.12 | |
| 12/23/2010 | | PURPLE ANGEL MAR SENDER | $ 2,000.00 | | | | | | | |
| 12/23/2010 | 161 | CHECK #161 | | $ 155.00 | | | | | | $ 155.00 |
| 12/24/2010 | | Wal-Mart Super 5411 | | $ 42.21 | $ 42.21 | | | | | |

| Date | Description | Amount | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/24/2010 | WINN DIXIE 381  5411 | $ 41.35 | $ 41.35 | | | | | | |
| 12/24/2010 | PUBLIX SUPER M  5411 | $ 30.06 | $ 30.06 | | | | | | |
| 12/29/2010 | PUBLIX SUPER M  5411 | $ 50.83 | $ 50.83 | | | | | | |
| 12/29/2010 | DOLLAR GENERAL  5310 | $ 19.81 | | | $ 19.81 | | | | |
| 12/29/2010 | PUBLIX SUPER M  5411 | $ 10.98 | $ 10.98 | | | | | | |
| 12/31/2010 | PURPLE ANGEL MAR SENDER | $ 1,000.00 | | | | | | | |
| | **Totals:** | **$ 9,756.08** | **$ 4,335.52** | **$ 1,060.01** | **1332.39** | **386.93** | **1056.11** | **345.08** | **$ 155.00** |
| 12/2/2010 | DEPOSIT IN TRANSIT | $ (4,000.00) | | | | | | | |
| | NET DECEMBER DEPOSITS | $ 5,756.08 | | | | | | | |

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | NONE | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                    **ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | *NONE* | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**    **ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | NONE | NONE |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | NONE | NONE |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.
\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | NONE | NONE |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | NONE | NONE |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | NONE | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | NONE | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | NONE | | | | |

**▲▲ REGIONS**  Regions Bank

North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

```
ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715
```

|  |  |
|---|---|
| ACCOUNT # | 0137266519 |
| Cycle | 092 10 |
| Enclosures | 0 |
| Page | 1 of 2 |

## 50+ LIFEGREEN CHECKING
### November 18, 2010 through December 21, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $1,536.60 | | Minimum Balance | $718 |
| Deposits & Credits | $6,756.08 + | | Average Balance | $3,198 |
| Withdrawals | $4,086.17 - | | | |
| Fees | $0.00 - | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $225.00 - | | | |
| **Ending Balance** | **$3,981.51** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---:|
| 12/02 | Deposit - Thank You | 4,000.00 |
| 12/09 | Purple Angel Mar Sender Robert Walleri | 1,000.00 |
| 12/14 | Deposit - Thank You | 1,756.08 |
| | Total Deposits & Credits | $6,756.08 |

### WITHDRAWALS

| | | |
|---|---|---:|
| 11/18 | Public Service  Pseg Wallerius | 423.07 |
| 11/18 | GE Money     Payment Wallerius,Kris 601918038279249 | 83.00 |
| 11/19 | CheckCard Purchase The Canton Chin  5814 Tallahassee  FL 32304   4655 | 32.71 |
| 11/22 | Pin Purchase Publix Super M  5411 Tallahassee  FL        4655 | 52.00 |
| 11/22 | Pin Purchase Wal-Mart #4427  5411 Tallahassee  FL        4655 | 43.37 |
| 11/22 | Pin Purchase Ross Stores #7  5331 Tallahassee  FL        4655 | 40.83 |
| 11/22 | Pin Purchase Dollar General  5310 Tallahassee  FL        4655 | 28.36 |
| 11/22 | CheckCard Recurring Nat* Geo Travel  5968 800-Ngsline  MD 20036   4655 | 17.95 |
| 11/22 | CheckCard Purchase Askari Ace 1    5251 Tallahassee  FL 32303   4655 | 14.70 |
| 11/23 | CheckCard Purchase USA #150     5542 Tallahassee  FL 32312   4655 | 18.19 |
| 11/24 | CheckCard Purchase Org*honey Baked  5969 800-343-4267  MA 02767   4655 | 63.90 |
| 12/06 | Pin Purchase Wal-Mart #4427  5411 Tallahassee  FL        4655 | 220.41 |
| 12/06 | CheckCard Purchase Edible Arrangem  5499 916-4441040   CA 95814   4655 | 120.00 |
| 12/06 | CheckCard Purchase Edible Arrangem  5499 916-4441040   CA 95814   4655 | 12.00 |
| 12/07 | CheckCard Purchase Victoria Secret  5964 800-888-1500  OH 43216   4655 | 64.09 |
| 12/08 | CheckCard Purchase Syx*tigerdirect  5045 800-888-4437  FL 33144   4655 | 479.99 |
| 12/08 | Pin Purchase Winn Dixie 381  5411 Tallahassee  FL        4655 | 177.21 |
| 12/13 | Pin Purchase Wal-Mart Super  5411 Tallahassee  FL        4655 | 63.44 |
| 12/13 | CheckCard Purchase Tomato Land    5499 Tallahassee  FL 32303   4655 | 44.68 |
| 12/13 | Pin Purchase Dollar General  5310 Tallahassee  FL        4655 | 26.21 |
| 12/13 | Pin Purchase Tomato Lan1847  5499 Tallahassee  FL        4655 | 15.43 |
| 12/16 | CheckCard Purchase Cablevision #78  4899 201-337-1112  NJ 07436   4655 | 116.70 |
| 12/17 | Pin Purchase Wal-Mart Super  5411 Tallahassee  FL        4655 | 46.34 |
| 12/17 | CheckCard Purchase Bealls Outlet S  5311 Tallahassee  FL 32304   4655 | 38.66 |
| 12/17 | CheckCard Recurring Nat* Geographic  5968 800-Ngsline  MD 20036   4655 | 15.00 |

Regions Bank
North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

|  |  |
|---|---|
| ACCOUNT # | 0137266519 |
|  | 092 |
| Cycle | 10 |
| Enclosures | 0 |
| Page | 2 of 2 |

### WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 12/20 | CheckCard Purchase Avis Rent-A-Car 3389 Tallahassee FL 32301 4655 | 1,056.11 |
| 12/20 | Pin Purchase Wal-Mart Super 5411 Tallahassee FL 4655 | 388.79 |
| 12/20 | CheckCard Purchase Victoria Secret 5964 800-888-1500 OH 43216 4655 | 160.84 |
| 12/20 | Pin Purchase Publix Super M 5411 Tallahassee FL 4655 | 151.02 |
| 12/20 | CheckCard Purchase Steel City Salo 5812 Tallahassee FL 32303 4655 | 56.17 |
| 12/20 | CheckCard Recurring Nat* Geographic 5968 800-Ngsline MD 20036 4655 | 15.00 |
|  | **Total Withdrawals** | **$4,086.17** |

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 140.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 12/13 | 113 | 225.00 |  |  |  |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/18 | 1,030.53 | 12/02 | 4,718.52 | 12/13 | 4,270.06 |
| 11/19 | 997.82 | 12/06 | 4,366.11 | 12/14 | 6,026.14 |
| 11/22 | 800.61 | 12/07 | 4,302.02 | 12/16 | 5,909.44 |
| 11/23 | 782.42 | 12/08 | 3,644.82 | 12/17 | 5,809.44 |
| 11/24 | 718.52 | 12/09 | 4,644.82 | 12/20 | 3,981.51 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!**