## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

In re:

ROBERT C. WALLERIUS,                                      CASE NO.:  10-40401-LMK

      Debtor.                                                      CHAPTER:  11

_____/

### ORDER DENYING DEBTOR'S MOTION TO AMEND SCHEDULES

     THIS MATTER is before the Court on the Debtor's December 10, 2010, Motion for the Entry of an Order Amending Schedule F (the "Motion," Doc. 93).  On January 13, 2011, this Court held a hearing on the Motion.  After hearing argument from the Debtor, and being fully advised in the premises, it is hereby

     ORDERED and ADJUDGED that the Debtor's Motion for the Entry of an Order Amending Schedule F (Doc. 93) is DENIED.

     DONE and ORDERED in Tallahassee, Florida this  18th   day of January, 2011.

_____
LEWIS M. KILLIAN, JR.
United States Bankruptcy Judge

cc:  all parties in interest