**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:

ROBERT C. WALLERIUS,                                    CASE NO.:  10-40401-LMK

　　　　Debtor.                                                    CHAPTER:  11

_____/

## ORDER DENYING DEBTOR'S MOTION TO AMEND SCHEDULES

THIS MATTER is before the Court on the Debtor's December 10, 2010, Motion for the Entry of an Order Amending Schedule F (the "Motion," Doc. 93).  On January 13, 2011, this Court held a hearing on the Motion.  After hearing argument from the Debtor, and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Debtor's Motion for the Entry of an Order Amending Schedule F (Doc. 93) is DENIED.

DONE and ORDERED in Tallahassee, Florida this　18th　day of January, 2011.

_____
LEWIS M. KILLIAN, JR.
United States Bankruptcy Judge

cc:  all parties in interest

# CERTIFICATE OF NOTICE

```
District/off: 1129-4        User: cbikowitz        Page 1 of 1            Date Rcvd: Jan 19, 2011
Case: 10-40401              Form ID: pdf002        Total Noticed: 4


The following entities were noticed by first class mail on Jan 21, 2011.
db          +Robert C. Wallerius,  3084 McCord Boulevard,   Tallahassee, FL 32303-1715
cr          +M'Ware Corporation,   c/o Chad D. Heckman,   908 N. Gadsden St.,   Tallahassee, FL 32303-6316
cr           M'Ware Corporation and Resource Management Groups,,   PO Box 60,   Centerville, MA  02632-0060
cr          +Wealthbridge Mortgage,  Roy A. Diaz,  P. O Box 11438,   FT. Lauderdale, FL 33339-1438

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2011**                    **Signature:** _____