FORM nhgnrlp

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius
    SSN/ITIN: xxx−xx−9790
     Debtor

Bankruptcy Case No.:   10−40401−LMK

Chapter:  11
Judge:  Lewis M. Killian Jr.

## *NOTICE OF CONTINUED HEARING*

    PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on April 14, 2011 at 01:30 PM to consider and act upon the following:

    *89* − Amended Disclosure Statement filed by Robert C. Wallerius [Re: [76] Disclosure Statement]. (Cook, D.)

    Please Note: All hearings are non−evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

Dated: February 11, 2011

William W. Blevins , Clerk of Court
110 East Park Avenue
Suite 100
Tallahassee, FL 32301

Service to:
    All parties in interest