**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:

ROBERT C. WALLERIUS,                                      CASE NO.: 10-40401-LMK

Debtor.                                                               CHAPTER: 11

_____/

**ORDER STRIKING DEBTOR'S MOTION FOR THE ENTRY OF**
**AN ORDER EXPUNGING SPECIFIED FILED PROOFS OF CLAIM**

THIS MATTER is before the Court on the Debtor's Motion for the Entry of an Order Expunging Specified Filed Proofs of Claim (the "Motion," Doc. 92). On February 11, 2011, this Court held a hearing on the Motion and for the reasons stated orally in open court, this Motion should be stricken. Accordingly, it is hereby

ORDERED and ADJUDGED that Motion for the Entry of an Order Expunging Specified Filed Proofs of Claim (Doc. 92), is hereby STRICKEN.

DONE and ORDERED in Tallahassee, Florida this 15th day of February, 2011.

LEWIS M. KILLIAN, JR.
United States Bankruptcy Judge

cc: all interested parties