FORM nhgnrlp

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius
    SSN/ITIN: xxx−xx−9790
     Debtor

Bankruptcy Case No.:   10−40401−LMK

Chapter:  11
Judge:  Lewis M. Killian Jr.

## *NOTICE OF HEARING*

    PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on April 14, 2011 at 01:30 PM to consider and act upon the following:

    *113* − Motion to Dismiss Case filed by Chad D. Heckman on behalf of M'Ware Corporation and Resource Management Groups, Inc.. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Exhibit 6# (7) Exhibit 7# (8) Exhibit 8# (9) Exhibit 9# (10) Exhibit 10# (11) Exhibit 11# (12) Exhibit 12# (13) Exhibit 13# (14) Exhibit 14) (Heckman, Chad)

    Please Note: All hearings are non−evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

Dated: March 18, 2011

William W. Blevins , Clerk of Court
110 East Park Avenue
Suite 100
Tallahassee, FL 32301

Service to:
    All parties in interest