FORM nhgnrle

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Robert C. Wallerius
    SSN/ITIN: xxx–xx–9790
     Debtor

Bankruptcy Case No.:   10–40401–LMK

Chapter:  11
Judge:  Lewis M. Killian Jr.

### *AMENDED NOTICE OF EVIDENTIARY HEARING*

**PLEASE TAKE NOTICE** that on, April 14, 2011 at 01:30 PM , or as soon thereafter as counsel can be heard, an evidentiary hearing on

> 113 – Motion to Dismiss Case filed by Chad D. Heckman on behalf of M'Ware Corporation and Resource Management Groups, Inc.. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Exhibit 6# (7) Exhibit 7# (8) Exhibit 8# (9) Exhibit 9# (10) Exhibit 10# (11) Exhibit 11# (12) Exhibit 12# (13) Exhibit 13# (14) Exhibit 14) (Heckman, Chad)

will be heard at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 .

The court has set aside time for this hearing. If the matter is settled prior to the hearing, it is the movant's responsibility to see that the court is promptly advised.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

*Reason amended:*

    reflect as evid. hrg.

Dated: March 22, 2011

William W. Blevins , Clerk of Court
110 East Park Avenue
Suite 100
Tallahassee, FL 32301

Service to:
    All parties in interest