FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:   CASE NO. 10-40401-LMK

ROBERT CHARLES WALLERIUS   CHAPTER 11
    Debtor.

_____/

## APPLICATION FOR RETENTION OF COUNSEL TO SET-ASIDE JUDGMENT FORMING BASIS FOR CLAIM AGAINST THE BANKRUPTCY ESTATE, CONTINGENT FEE DAMAGE LITIGATION AGAINST MORTGAGE LENDER 50 BY 50 REO, LLC AND EXAMINE DOCUMENTS TO DETERMINE A POSSIBLE BREACH OF CONTRACT BY AMERICAN INTERNATIONAL INSURANCE COMPANY

Robert C. Wallerius, Debtor-in-Possession, makes this application for authority to retain counsel in New Jersey and, in support, would show:

1. Applicant filed a Petition in Bankruptcy under Chapter 11 of the United States Code on April 27, 2010, and is currently in possession of its property and operation of its business.

2. Contingent on the approval of the Court, Applicant would employ attorney Joshua Denbeaux as lead counsel in New Jersey and manage/coordinate Massachusetts litigation through, in support, would show:

3. Applicant seeks to employ attorney Joshua Denbeaux of the New Jersey Law Firm of Denbeaux & Denbeaux, admitted to practice in the State of New Jersey. Mr. Denbeaux has a relationship with an experienced litigator admitted to practice in the State of Massachusetts. Both Denbeaux and his choice of MA counsel will be very experienced in civil litigation lawsuits. Mr. Denbeaux will be acting as lead attorney with a mission to wind up the Stafford Real Estate Trust and other Debtor estate matters in New Jersey. Denbeaux is ready, willing and able. With respect to the following matter:

Debtor-in-Possession, prior to the filing of the instant Petition in Bankruptcy, was and remains involved in litigation in the State of New Jersey, involving the largest asset of the Debtor's Chapter 11 Estate, i.e. his beneficial interest in the Stafford Real Estate Trust with a scheduled value of $2 million. Debtor is contesting the validity of consent judgments obtained on September 23, 2005, obtained by James Norton and Resource Management Groups Inc., in Massachusetts against the "Stafford Realty Trust" with the consent of Michael Moran, Trustee. As the Court knows, Debtor contends that the Massachusetts judgments were secured utilizing documents containing signatures determined by John Paul Osborn, a forensic document examiner, as non-genuine. Subsequent to the Debtor's 2007 bankruptcy dismissal before this court, a full written report was prepared by John Paul Osborn and is being entered into the record of the court.

b) The Massachusetts judgments were domesticated in New Jersey by writ of execution entered on June 25, 2006, and the New Jersey court will not entertain a challenge to the judgments; rather, per a pronouncement made September 7, 2007, the New Jersey court will disregard the judgments if the Massachusetts From 2007 until November 1, 2010, Debtor was unable to travel or conduct business related affairs because of a morphine-based medicine drug haze to control the pain from a broken spine,

neck and shoulder repaired through sixteen surgeries, the last on September 27, 2010. Debtor is Plaintiff and 55% beneficiary of the largest asset of his bankruptcy estate, the Stafford Real Estate Trust. The Trust is the subject NJ legal matter currently stayed to prevent the Stafford Real Estate Trust's Trustee, Michael Moran from distributing $1 million in cash currently on deposit from a recent payment from the buyer of the Trust property.

In New Jersey Court, Debtor is seeking the impoundment of the Trust's funds on deposit and direction of payment of all future proceeds pending final civil court decisions by the courts of Massachusetts and New Jersey. There still exists a large balance due the Trust secured by a mortgage on the Trust property sold. The Trustee has still not filed taxes for the Trust since 2004. There are many issues requiring counsel to quickly be retained in New Jersey.

c. Should Debtor succeed in setting aside the judgments, and related claims, of James Norton, Resource Management Groups, Inc, and M'Ware Corporation, the Estate would liquidate all creditor claims and fees at 100 cents on a dollar and wind up the affairs of the estate.

d. Additionally, without the ability to challenge the basis for the contested claims of James Norton, Resource Management Groups, Inc. and M'Ware Corporation, Debtor will be effectively deprived of the most judicially efficient means of redressing a patent fraud on himself, the courts of New Jersey, Massachusetts and this Honorable Court.

e. Debtor has secured new CA government approvals for the immediate expansion of PaycheckPC, the company managed by the Debtor and the source of Debtor funds to be employed funding his Plan of Reorganization. The company managed by Debtor has determined it to be in their best interests to provide ongoing necessary funding of Debtor's legal costs and continue paying debtor weekly management royalties of $1,000, provided Debtor continues to be physically capable of managing the company and traveling when necessary. Debtor is currently capable of both requirements.

4. Debtor desires to engage Joshua Denbeaux to pursue the setting aside and vacating of the Massachusetts judgment and will prepare and make all necessary filings, coordinate all new investigations, discovery and then prosecute any and all claims and actions against the several defendants pursuant to the aforementioned Motion to Set Aside Judgment.

5. Also, Denbeaux will with the permission of this court, proceed on a contingency basis in New Jersey Superior Court, Law Division, a suit for damages caused by the mortgage lender of Debtor's former NJ residence occupied by his family. The suit is based on the original mortgage now held by 50 BY 50 REO, LLC being in violation of both Consumer Fraud Act and Home Owner Security Act. Denbeaux would receive:

33.33% of the first $500,000 recovered;

30% on the next $500,000 recovered;

25% on the next $500,000 recovered; and

20% on the next $500,000 recovered

On all amounts recovered in excess of the above, a reasonable fee will be determined by the Court.

5. With approval of this court, Denbeaux will review documents and the American International Insurance Company NJ auto insurance policy of the Debtor in force on the date of his life-altering accident, March 17, 2005. A possible breach of contract exists and if so, Denbeaux will file a complaint before the NJ six year statute of limitations on breach of contract suits expires as early as June 2011. Debtor contends he never would have been so disabled as to lose the ability to conduct his regular business affairs if AIG provided personal injury protection as paid for in premiums by the Debtor. Debtor recently discovered a back-dated amendment preventing personal injury coverage of $250,000, sufficient to have avoided all his pain and suffering for many years. The back dating of the policy amendment may be illegal and damages may be treble.

6. <u>Related matter</u> - Denbeaux has agreed if necessary to represent Virginia Wallerius, 82 year old mother of Debtor and 50% co-owner of the remaining real estate owned by the Debtor's estate and known as: 57 Avenue C; Haledon, NJ 07508. The property is currently in foreclosure stayed by NJ Bankruptcy Court – Newark Chapter 13 filing of Virginia Wallerius. Virginia has been approved to be scheduled for mediation once the Chapter 13 Plan or reorganization is either approved or dismissed. The debt of this property is being born by Virginia Wallerius with monthly financial assistance being provided by her three sons including Debtor and as provided for in the monthly cash flow of Debtor's Plan of Reorganization.

Denbeaux will represent Debtor on the basis of flat fee of $15,000.00 which Debtor believes, considering the nature and complexity of the issues involved, is a fair and reasonable fee payable over time for the prosecution of such a matters. To the best of Debtor's knowledge and belief, neither Denbeaux nor any member of his firm or family has any connection with debtor, the creditors or any other party of interest, or their respective attorneys or accountants, nor do these attorneys represent or hold any interest adverse to the Debtor-in -Possession or the estate herein in the matters upon which they are to be engaged and their employment would be in the best interest of the estate and its creditors.

WHEREFORE, Applicant prays it be authorized to employ and retain Joshua Denbeaux of the New Jersey Law Firm of Denbeaux & Denbeaux, to represent Debtor-in-Possession of this estate.

_____
ROBERT C. WALLERIUS
DEBTOR PRO SE
robertwallerius@prodigy.net
850.692.3744 Phone
850.692.3740 Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2011, I filed this Application with the Clerk of the Court and further, will furnish a copy to Chad Heckman, Esquire and Jason Egan, Esquire, Office of the United States Trustee, 110 East Park Avenue – Suite 128, Tallahassee FL 32301.

*[signature]*
ROBERT C. WALLERIUS
DEBTOR PRO SE
robertwallerius@prodigy.net
850.692.3744 Phone
850.692.3740 Fax



# DENBEAUX & DENBEAUX
### ATTORNEYS AT LAW

HOME / PRACTICE AREAS / IN THE PRESS / CONTACT US



366 Kinderkamack Road
Westwood, NJ 07675

Phone: 201-664-8855
Fax: 201-666-8589

DIRECTION TO OUR OFFICE

PRIVACY STATEMENT

## WELCOME TO
# DENBEAUX & DENBEAUX
### ATTORNEYS AT LAW

**Mortgage Foreclosure Defense**
One of the most valuable investments most families have is their home. Homeowners have rights in a forelosure, and with the help of Denbeaux & Denbeaux you may be able to postpone or prevent the foreclosure of your home.

**Civil Litigation/Arbitration**
Conflict is a part of life. Most of us will, at some point, be involved in a dispute with another party, whether over a home improvement contract, a motor vehicle accident, or some other such matter. Most of these conflicts will be resolved without the use of the court system, but when these disputes escalate into lawsuits, it's important to have a seasoned attorney on your side. In these situations, Denbeaux & Denbeaux has the experience you need, and the know-how on which you can depend.

**Business Litigation/Arbitration**
From contract disputes and lender liability claims, to business torts and consumer class actions, Denbeaux & Denbeaux provides clients with the highest quality representation in a creative and cost-efficient manner.

**Employment Litigation**
Unlike many firms, Denbeaux & Denbeaux represents both employees and employers in disputes, providing us with valuable insight as we work to defend the interests of either party. Whether the matter concerns wrongful discharge, discrimination, sexual harassment, or benefits litigation, our clients are the ones who benefit most from choosing Denbeaux & Denbeaux.

**Family Litigation/Arbitration**
Divorce, child custody, and other family disputes are things we hope our clients will never experience. But when they do, Denbeaux & Denbeaux works to resolve matters with professionalism, understanding, and a keen eye for detail. By aggressively, yet sensitively, promoting the interests of our clients, our firm is committed to achieving the best possible results in every situation.

**Real Estate Law**
Denbeaux & Denbeaux handles a large number of real estate transactions, working to insure the smoothest experience possible for both residential and commercial clients. Buying or selling real estate can be a source of stress, but choosing a seasoned attorney to represent you doesn't have to be. Trust Denbeaux & Denbeaux to handle your transaction efficiently, effectively, and with the utmost professionalism.

### NEWS ALERTS

We are currently investigating unconscionable closing practices by lenders throughout New Jersey. As the Bergen Record reported Joshua Denbeaux has been challenging the banks on these foreclosures for more than two years. Our success has paid off. The better banks have now conceded that we were right! If you are in foreclosure, please contact one of our attorneys to see whether you have the right to halt the proceeding. We are particularly interested in hearing from you if your loan was placed with or is presently owned by:

- Chase
- Countrywide
- New Century
- Wachovia
- Washington Mutual
- Wells Fargo
- World Savings Bank

MORTGAGE FORECLOSURE DEFENSE

CLASS ACTION

- Paid fees to out of state companies
- Paid fees for winterization
- Paid fees for overage charges

MORTGAGE MODIFICATION



The law firm of Denbeaux & Denbeaux. All rights reserved. © 2009



HOME / PRACTICE AREAS / IN THE PRESS / CONTACT US



366 Kinderkamack Road
Westwood, NJ 07675

Phone: 201-664-8855
Fax: 201-666-8589

DIRECTION TO OUR OFFICE

PRIVACY STATEMENT

WELCOME TO

# DENBEAUX & DENBEAUX
ATTORNEYS AT LAW

Formed in 1989, Denbeaux & Denbeaux is a law firm dedicated to providing top level legal representation to its clients. The partners, Marcia and Joshua Denbeaux, represent individuals and businesses in New Jersey State and Federal Courts.

The firm primarily practices civil litigation, with a concentration in mortgage foreclosure, business, insurance coverage and employment litigation.

The attorneys and staff at Denbeaux & Denbeaux are dedicated to providing the highest level of representation possible to their clients. Located in Westwood, New Jersey, Denbeaux & Denbeaux has extensive experience in the state and federal trial and appellate courts. The firm practices in a variety of fields including:

- **Mortgage Foreclosure Defense**
- **Consumer Fraud**
- **Commercial Litigation**
- **Employment Litigation**
- **Matrimonial Law**

The Attorneys

- **Joshua W. Denbeaux**
- **Marcia W. Denbeaux**
- **Mark P. Denbeaux** - Of Counsel

## NEWS ALERTS

We are currently investigating unconscionable closing practices by lenders throughout New Jersey. As the Bergen Record reported Joshua Denbeaux has been challenging the banks on these foreclosures for more than two years. Our success has paid off. The better banks have now conceded that we were right! If you are in foreclosure, please contact one of our attorneys to see whether you have the right to halt the proceeding. We are particularly interested in hearing from you if your loan was placed with or is presently owned by:

- Chase
- Countrywide
- New Century
- Wachovia
- Washington Mutual
- Wells Fargo
- World Savings Bank

MORTGAGE FORECLOSURE DEFENSE

CLASS ACTION

- Paid fees to out of state companies
- Paid fees for winterization
- Paid fees for overage charges

MORTGAGE MODIFICATION



The law firm of Denbeaux & Denbeaux. All rights reserved. © 2009

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re: ROBERT CHARLES WALLERIUS

Debtor(s). | Chapter 11

CASE NO. 10-40401

## ORDER APPROVING APPLICATION FOR RETENTION OF NEW JERSEY ATTORNEY FOR DEBTOR-IN-POSSESSION

HAVING CONSIDERED the Application of Robert C. Wallerius, the Debtor-in-Possession, for authority to retain attorney Joshua Denbeaux of the Westwood, New Jersey, law firm of Denbeaux & Denbeaux, to pursue the setting aside a judgment entered against him and other matters requiring representation in NewJersey. Finding that good cause exists to approve the Application, it is hereby

ADJUDGED that the Application is granted and the Applicant is authorized to engage attorney Joshua Denbeaux of the Westwood, New Jersey, law firm of Denbeaux & Denbeaux, to perform the services identified in the Application in conformity with the Application. ORDERED, in Chambers, at Tallahassee, Florida, on this on this _____ day of April, 2011.

LEWIS M. KILLIAN, JR.
BANKRUPTCY JUDGE