UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                          CASE NO. 10-40401-LMK

ROBERT CHARLES WALLERIUS CHAPTER 11
Debtor.
_____/

**APPLICATION FOR RETENTION OF COUNSEL
TO PURSUE PERSONAL INJURY CLAIM**

Robert C. Wallerius, Debtor-in-Possession, makes this application for authority to retain counsel in New York and, in support, would show:

1. Applicant filed a Petition in Bankruptcy under Chapter 11 of the United States Code on April 27, 2010, and is currently in possession of its property and operation of its business.

2. Contingent on the approval of the Court, Applicant would employ attorney Laurence L. Love, Esquire admitted to practice in the States of New York, with a concentration on personal injury lawsuits with respect to the following matter:

   a. On March 17, 2005, Debtor was rear-ended at high speed by a taxi owned by ACGSA Transit, Inc., of New York City; at the time, Debtor was on the George Washington Bridge traveling from JFK Airport in Long Island, New York, to his then residence in Washington Township, New Jersey. As a consequence, Debtor suffered severe and continuing injuries.

   b. On April 26, 2005, Debtor retained Mr. Randolph under a contingent fee agreement to pursue and recover damages for pain and suffering and other losses. Any recovery would become property of the estate. Mr. Randolph due to personal reasons did not fulfill his agreement with debtor and the case sat idle too many years.

   c. due to Debtor's filing for relief under the Bankruptcy Code, it is necessary to have this court approve a successor attorney to promptly pursue the claims arising from the collision.

3. Applicant desires to retain Laurence L. Love, Esquire to negotiate a settlement or, as appropriate, prepare all filings, conduct any new investigations and discovery and prosecute any and all claims as appropriate.

4. Laurence L. Love, Esquire will represent Applicant on a contingent basis, i.e. 33 1/3% of the amounts recovered a reasonable and customary fee for the prosecution of such a matter and Applicant is unable to pay neither an hourly fee nor a reasonable flat fee.

5. To the best of Applicant's knowledge and belief, neither Love or any member of his firm or family has any connection with Debtor, the creditors or any other party in interest, or their respective attorneys or accountants, nor do these attorneys represent or hold any interest adverse to the Debtor-in-Possession or the estate herein in the matters upon which they are to be engaged and their employment would be in the best interest of the estate and its creditors.

WHEREFORE, Applicant prays it be authorized to continue to employ and retain Laurence L. Love, Esquire to represent Debtor-in-Possession of this estate upon a contingent retainer.

I HEREBY CERTIFY that on this 12th day of April, 2011, I filed this Application with the Clerk of the Court and, further, certify that, per the Clerk of the Court it will be furnished to Chad D.Heckman, Esq., and to Jason Egan, Esq., Office of the United States Trustee, 110 East Park Avenue – Suite 128, Tallahassee FL 32301.

/ROBERT C. WALLERIUS
DEBTOR PRO SE
robertwallerius@prodigy.net
850.692.3744 Phone
850.692.3740 Fax

# LAURENCE L. LOVE

ATTORNEY AT LAW

118-35 QUEENS BOULEVARD

SUITE 1220

FOREST HILLS, NEW YORK 11375

(718) 575-0013

(718) 520-8544 FAX

March 3, 2011

Robert Wallerius
3084 McCord blvd
Tallahassee, Fl 32303

Re: 2005 accident

Dear Mr. Wallerius:

As per our recent phone conversations and email exchanges I am enclosing several forms which I need you to sign and complete so that I can take over the handling of your case.

Be advised that I have sent a similar letter to your wife at the New Jersey address.

Once I receive the original documents from you and your wife I will immediately forward same to Mr. Randolph so I can obtain your file and move forward on your case as quickly as possible. From what you have said it sounds like most discover is complete in your case and we only need to settle or go to trial on the case against the defendant to obtain their $100,000 policy and then proceed against your own insurance company for the remaining $150,000 in SUM benefits.

It is my understanding that Mr. Randolph told you he is not seeking any fees, just reimbursement of his $1,200 in expenses.

Once I have your file in hand I will contact the court and defense counsel so we can proceed in this matter.

If you have any questions please feel free to contact me.

Sincerely,

LAURENCE L. LOVE

LLL:me
enc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2011, I filed this Application with the Clerk of the Court and further, will furnish a copy to Chad Heckman, Esquire and Jason Egan, Esquire, Office of the United States Trustee, 110 East Park Avenue – Suite 128, Tallahassee FL 32301.

ROBERT C. WALLERIUS
DEBTOR PRO SE
robertwallerius@prodigy.net
850.692.3744 Phone
850.692.3740 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re: ROBERT CHARLES WALLERIUS      CASE NO. 10-40401

Debtor(s). | Chapter 11

## ORDER APPROVING APPLICATION FOR RETENTION
## OF NEW YORK ATTORNEY FOR DEBTOR-IN-POSSESSION

HAVING CONSIDERED the Application of Robert C. Wallerius, the Debtor-in-Possession, for authority to retain attorney Laurence L. Love of the Forest Hills, New York, law firm of Laurence L. Love, Attorney At Law, to pursue the Debtor's personal injury suit in New York. Finding that good cause exists to approve the Application, it is hereby:

ADJUDGED that the Application is granted and the Applicant is authorized to engage attorney Laurence L. Love of the Forest Hills, New York, law firm of Laurence L. Love, Attorney At Law, to perform the services identified in the Application in conformity with the Application.

ORDERED, in Chambers, at Tallahassee, Florida, on this on this _____ day of April, 2011.

_____
LEWIS M. KILLIAN, JR.
BANKRUPTCY JUDGE