# UNITED STATES BANKRUPTCY COURT
## _NORTHERN_ DISTRICT OF _FLORIDA_
### _TALLAHASSEE_ DIVISION

IN RE: **ROBERT C. WALLERIUS**

}
}
}
}
}
}

**CASE NUMBER:**
_10-40401-LMK_

JUDGE _KILLIAN_

**DEBTOR.**

**CHAPTER 11**

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM _FEBRUARY 1_ TO _FEBRUARY 28, 201 1_

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _4/13/2011_

_NONE_
Attorney for Debtor

Debtor's Address
and Phone Number:
_3084 McCORD BOULEVARD_
_TALLAHASSEE, FL 32303_
Tel. _850.692.3744_

Attorney's Address
and Phone Number:

Bar No. _NONE_
Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources:

1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

FILED

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | ROBERT O. WALTERIUS |
| **Case Number:** | 10-40401-LMK |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc.

| | Month FEBRUARY 2011 | Cumulative Total |
|---|---|---|
| 937.58 BANK    1835.80 ON HAND<br>CASH- Beginning of Month (Household) | 2773.38 | O |
| CASH- Beginning of Month (Business) | O | O |
| | | |
| Total Household Receipts | 3077.36 | 47905.00 |
| Total Business Receipts | O | O |
| **Total Receipts** | 3077.36 | 47905.00 |
| | | |
| Total Household Disbursements | 2964.20 | 45018.46 |
| Total Business Disbursements | O | O |
| **Total Disbursements** | 2964.20 | 45018.46 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 113.16 | 2886.54 |
| | | |
| CASH- End of Month (Individual) | 2886.54 | 2886.54 |
| CASH- End of Month (Business) | O | O |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 2964.20 | 45018.46 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | O | O |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 2964.20 | 45018.46 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 13th day of APRIL 20 11 .

_____
Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month FEBRUARY 2011 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 2773.38 | 0 |
| | | |
| **CASH RECEIPTS** (3 DAYS) | | |
| Salary or Cash from Business  600.00 + 210.71 + 503.49 | 1314.20 | 30472.84 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 1763.16 | 17432.16 |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | 3077.36 | 47905.00 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | 43.87 | 77.50 313.79 |
| Household Expenses/Food/Clothing  503.49 + 210.71 + 336.83 | 1050.98 | 14240.27 |
| Household Repairs & Maintenance  84.10 + 81.35 + 157.58 | 323.03 | 8953.04 |
| Insurance  55.12 | 55.12 | 55.12 |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments  30.00 + 20.00 | 50.00 | 5815.61 |
| Mortgage Payment(s) | | 3378.17 |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | 1921.58 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) 1073.43 | 1073.43 | 3787.37 |
| Vehicle Expenses | 367.11 | 5349.95 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | 1300.00 |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule)  USBC FILING FEES | | 26.00 |
| | | |
| | | |
| **Total Household Disbursements** | 2964.20 | 45018.46 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2)  $1091.35 BANK  $1795.19 ON HAND | $2886.54 | $2886.54 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month FEBRUARY 2011 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **Total Business Receipts** | | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | | |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | ✓ |
| 2. | Are all premium payments current? | | ✓ |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| HOMEOWNERS    GREAT AMERICAN | | 4/1/2010-2011 | $2555.00 | NONE |
| | | | | |
| | | | | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

(FINALLY) DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

MADE INITIAL CONTACTS WITH AN INTERESTED/EXPERIENCED
NY ACCIDENT ATTORNEY AND NJ LITIGATOR CAPABLE AND SEEMINGLY
WILLING TO TAKE OVER 1)TRUST LITIGATION 2)COMMENCE BREACH OF
CONTRACT SUIT AGAINST NJ-AIG AUTO INSURANCE - MY PERSONAL INJURIES
SHOULD HAVE BEEN COVERED - CAUSED THIS AND PRIOR CHAPTER 11s. 3)CONSULT
IN NJ INSURANCE MATTERS AND MORTGAGE/REAL ESTATE MATTERS.
DURING EARLY APRIL 2011, CAME TO UNDERSTANDINGS FOR REPRESENTATION

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement.

HAD TO TAKE OFF WORK ALL MONTH TO TRAVEL AND REVIEW
THOUSANDS OF PAGES OF DOCUMENTS IN ORDER TO PROVIDE
INTERVIEWING ATTORNEYS WHAT THEY NEEDED TO AGREE
TO REPRESENT ME IN ALL MATTERS

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | REGIONS BANK | | | |
| Account Number: | 0137266519 | | | |
| Purpose of Account (Business/Personal) | PERSONAL | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1. **Balance per Bank Statement** | 1091.35 | | | |
| 2. **ADD**: Deposits not credited (attach list to this report) | 0 | | | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | 0 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0 | | | |
| 5. **Month End Balance** (Must Agree with Books) | 1091.35 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information — Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| Name of Bank | *REGIONS BANK* |
| Account Number | *0137266579* |
| Purpose of Account (Personal) | *PERSONAL* |
| Type of Account (e.g., Checking) | *CHECKING* |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |

*PLEASE SEE DETAILED ATTACHED SCHEDULE*

| | | | TOTAL | $ *2249.59* |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

ROBERT C. WALLERIUS MONTHLY TRUSTEE REPORT-FEBRUARY 2011
REGIONSBANK TRANSACTIONS

| Date | No. | Description | Debit | Credit | Food/Clos | Mtce. | Gifts | Auto | Utilities | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/1/2011 | | WINN DIXIE 381 | $ 99.46 | | $ 99.46 | | | | | |
| 2/1/2011 | | BIG LOTS #0154 | 10.00 | | | $ 10.00 | | | | |
| 2/3/2011 | | AD&D 80086071 | 74.25 | | | $ 74.25 | | | | |
| 2/4/2011 | | PACER800-676-6 | 55.12 | | | | | | | $ 55.12 *INSUR* |
| 2/7/2011 | 127 | CHECK #127 | 640.00 | | | | | | $ 640.00 | |
| 2/7/2011 | | WAL-MART #140 | 122.17 | | $ 122.17 | | | | | |
| 2/9/2011 | 131 | CHECK #131 | 30.00 | | | | | | | $ 30.00 *MED* |
| 2/10/2011 | | CABLEVISION #71 | 63.00 | | | | | | 63.00 | |
| 2/14/2011 | | WAL-MART #442 | 45.00 | | $ 45.00 | | | | | |
| 2/14/2011 | | EDIBLE ARRANGE | 43.87 | | | | $ 43.87 | | | |
| 2/16/2011 | | DEPOSIT | | $ 1,763.16 | | | | | | |
| 2/16/2011 | | WAL-MART #442 | 70.20 | | $ 70.20 | | | | | |
| 2/17/2011 | | UPS*1ZR1336V1 | 84.10 | | | | | | | $ 84.10 *HOUSE FILES *MA* |
| 2/22/2011 | | AVIS RENT-A-CAR 3389 | | $ 86.73 | | | | (86.73) | | |
| 2/22/2011 | | AVIS RENT-A-CAR 3389 | | $ 32.25 | | | | (32.25) | | |
| 2/22/2011 | | UPS*1ZR1336V1 | 81.35 | | | | | | | $ 81.35 *NT LEGAL FILES* |
| 2/22/2011 | | LOWES #716 | 41.09 | | | $ 41.09 | | | | |
| 2/22/2011 | | GOODWILL INDU | 32.24 | | | $ 32.24 | | | | |
| 2/24/2011 | | PSE & G / NCO | 370.43 | | | | | | 370.43 | |
| 2/24/2011 | 129 | CHECK #129 | 20.00 | | | | | | | $ 20.00 *MED* |
| 2/25/2011 | | AVIS RENT-A-CAR | 1,205.89 | | | | | 1,205.89 | | |
| 2/28/2011 | | AVIS RENT-A-CAR 3389 | | $ 414.29 | | | | (414.29) | | |
| 2/28/2011 | | AVIS RENT-A-CAR 3389 | | $ 305.51 | | | | (305.51) | | |
| | | | $ 3,088.17 | $ 2,601.94 | $ 336.83 | $ 157.58 | 43.87 | $ 367.11 | $ 1,073.43 | $ 270.57 |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
|---|---|---|---|
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |

# ▲ REGIONS  **Regions Bank**

North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

| ACCOUNT # | 0137266519 |
|---|---|
| Cycle | 092 |
| | 10 |
| Enclosures | 0 |
| Page | 1 of 2 |

## 50+ LIFEGREEN CHECKING
### January 20, 2011 through February 16, 2011

### SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| **Beginning Balance** | $2,357.32 | | Minimum Balance | | $394 |
| Deposits & Credits | $2,763.16 | + | Average Balance | | $1,088 |
| Withdrawals | $2,330.69 | - | | | |
| Fees | $0.00 | - | | | |
| Automatic Transfers | $0.00 | + | | | |
| Checks | $702.12 | - | | | |
| **Ending Balance** | $2,087.67 | | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 01/31 | Purple Angel Mar Sender Robert Walleri | 1,000.00 |
| 02/16 | Deposit - Thank You | 1,763.16 |
| | Total Deposits & Credits | $2,763.16 |

### WITHDRAWALS

| | | | |
|---|---|---|---|
| 01/20 | Pin Purchase Winn Dixie 381   5411 Tallahassee  FL        4655 | | 20.78 |
| 01/21 | Public Service   Pseg Wallerius | | 378.26 |
| 01/24 | CheckCard Purchase Avis Rent-A-Car  3389 Tallahassee   FL 32301    4655 | | 843.75 |
| 01/24 | Pin Purchase Winn Dixie 381   5411 Tallahassee  FL        4655 | | 36.81 |
| 01/25 | Pin Purchase The Home Depot  5200 Tallahassee  FL          4655 | | 62.09 |
| 01/26 | CheckCard Purchase Southwestair526  3066 Dallas        TX 75235    4655 | | 235.40 |
| 01/31 | Pin Purchase Wal-Mart #4427   5411 Tallahassee  FL        4655 | | 71.88 |
| 01/31 | Pin Purchase Publix Super M  5411 Tallahassee  FL        4655 | | 56.08 |
| 01/31 | Pin Purchase Publix Super M  5411 Tallahassee  FL        4655 | | 25.16 |
| 01/31 | Pin Purchase Publix Super M  5411 Tallahassee  FL        4655 | | 17.41 |
| 02/01 | Pin Purchase Winn Dixie 381   5411 Tallahassee  FL        4655 | | 99.46 |
| 02/01 | Pin Purchase Big Lots #0154   5310 Tallahassee  FL        4655 | | 10.00 |
| 02/03 | Ad&d 8008607182   747073134 Robert C*walle | | 74.25 |
| 02/04 | CheckCard Purchase Pacer800-676-68  9399 San Antonio   TX 78229    4655 | | 55.12 |
| 02/07 | Pin Purchase Wal-Mart #1408   5411 Tallahassee  FL        4655 | | 122.17 |
| 02/10 | CheckCard Purchase Cablevision #78  4899 201-337-1112  NJ 07436    4655 | | 63.00 |
| 02/14 | Pin Purchase Wal-Mart #4427   5411 Tallahassee  FL        4655 | | 45.00 |
| 02/14 | CheckCard Purchase Edible Arrangem  5499 201-8573464   NJ 07432    4655 | | 43.87 |
| 02/16 | Pin Purchase Wal-Mart #4427   5411 Tallahassee  FL        4655 | | 70.20 |
| | Total Withdrawals | | $2,330.69 |

**Regions Bank**

North Monroe Office
2266 North Monroe Street
Tallahassee, FL 32303-4732

ROBERT C WALLERIUS
#10-40401-LMK
3084 MCCORD BLVD
TALLAHASSEE FL 32303-1715

| | | |
|---|---|---|
| **ACCOUNT #** | | 0137266519 |
| | Cycle | 092 |
| | Enclosures | 10 |
| | Page | 0 |
| | | 2  of 2 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 01/24 | 124 | 15.00 | 02/07 | 127 | 640.00 |
| 01/28 | 126 * | 17.12 | 02/09 | 131 * | 30.00 |
| | | | | Total Checks | $702.12 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/20 | 2,336.54 | 01/28 | 748.11 | 02/07 | 576.58 |
| 01/21 | 1,958.28 | 01/31 | 1,577.58 | 02/09 | 546.58 |
| 01/24 | 1,062.72 | 02/01 | 1,468.12 | 02/10 | 483.58 |
| 01/25 | 1,000.63 | 02/03 | 1,393.87 | 02/14 | 394.71 |
| 01/26 | 765.23 | 02/04 | 1,338.75 | 02/16 | 2,087.67 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
Thank You For Banking With Regions!**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | $ | |

---

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-444-2867
(or, if in Birmingham area, 326-5667)
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

As soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
 (1) Tell us your name and account number.
 (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
 (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

---

| | | | |
|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |