UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Exhibit List of Movant*
Case No. 10-bk-40401-LMK

Presiding Judge: Lewis M. Killian, Jr.

Movant's Attorney: Chad D. Heckman

Defendant/Debtor's Attorney: None

Trial Date: April 14, 2011; 1:30 p.m.

Court Reporter: Andrea Komaridis

Courtroom Deputy: Ms. Janet Nah

| Plf No. | Def. No. | Marked | Admitted | Description of Exhibit |
|---|---|---|---|---|
| 1 | | ✓ | ✓ | Declaration of Trust |
| 2 | | ✓ | ✓ | Deed |
| 3 | | ✓ | ✓ | Direction to Beneficiary |
| 4 | | ✓ | ✓ | Mortgage |
| 5 | | ✓ | ✓ | Agreement |
| 6 | | ✓ | ✓ | Deed |
| 7 | | ✓ | ✓ | Mortgage |
| 8 | | ✓ | ✓ | Extension of Mortgage |
| 9 | | ✓ | ✓ | Modification Agreement |
| 10 | | ✓ | ✓ | Agreement for Judgment |
| 11 | | ✓ | ✓ | Second Amended Complaint |
| 12 | | ✓ | ✓ | Orders Dismissing Complaint |
| 13 | | ✓ | ✓ | New Jersey Court Docket |

_Nah_
Courtroom Deputy

* All of the foregoing Exhibits are on file with the Court and appended to Creditors' Motion to Dismiss (Docket No. 113)