UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                                        Case No. 10-40401-LMK

    Robert Charles Wallerius,                 Chapter 11

        Debtor.
_____/

## ORDER DISMISSING CASE

THIS MATTER came before the Court on the Motion to Dismiss of Creditors, JAMES NORTON, M'WARE CORPORATION and THE RESOURCE MANAGEMENT GROUPS, INC. (Docket No. 113). The Court held an evidentiary hearing at 1:30 p.m on April 14, 2011, at which the Court took testimony of the Debtor and Mr. James Norton. Having considered the testimony presented and the arguments of counsel for Creditors and from the Debtor, it is **ORDERED AND ADJUDGED** that:

  1. The Debtor's Chapter 11 case is dismissed.

  2. This dismissal is with prejudice and the Debtor is prohibited from filing any further Chapter 11 cases before this Court.

**DONE AND ORDERED** at Tallahassee, Florida, on this 19th day of April, 2011.

_____
**LEWIS M. KILLIAN, JR.**
United States Bankruptcy Judge

Copies Furnished To:

Chad D. Heckman, Esq.                    Robert C. Wallerius, Debtor
Jason Eagan, Esq., U.S. Trustee          All other parties in interest