United States Bankruptcy Court
Northern District of Florida

In re:                                                                              Case No. 10-40401-LMK
Robert C. Wallerius                                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1129-4       User: cbikowitz       Page 1 of 2       Date Rcvd: Apr 19, 2011
                          Form ID: pdf002    Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2011.

```
db           +Robert C. Wallerius,    3084 McCord Boulevard,    Tallahassee, FL 32303-1715
cr           +M'Ware Corporation,    c/o Chad D. Heckman,    908 N. Gadsden St.,    Tallahassee, FL 32303-6316
cr            M'Ware Corporation and Resource Management Groups,,     PO Box 60,    Centerville, MA 02632-0060
1448553      +Anesthesia Assc of Tall-NTS,    545 W. Inman Street,    Cleveland, TN 37311-1768
1454086       Avis Car Rental,    c/o United Collection Corporation,    1026 C Street,    Hayward, CA 94541-5125
1448559      +Balley Presbyterian Hosp,    Department 9589,    Los Angeles, CA 90084-0001
1448563      +Barrister Court Reporting,    120 Broadway Suite 1111,    New York City, NY 10271-1198
1436229      +Barrister Reporting Service,    120 Broadway, Suite 1111,    New York, NY 10271-1198
1436225       Bergen Anesthesia Group,    P.O. Box 630,    Franklin Lakes, NJ 07417-0630
1436235       Bergen Medical Center,    P.O. Box 383,    Temple, PA 19560-0383
1448556       Blockbuster - 34170,    530 Kinderkamack Rd,    River Edge, NJ 07661-2140
1436217      +Cablevision,    6 Corporate Center Drive,    Melville, NY 11747-3861
1454089      +Caine and Wiener - PODS,    9960 Corporate Campus Drive,    Louisville, KY 40223-4098
1436208      +Cavalry Portfolio Services,    7 Skyline Drive, Third Floor,    Hawthorne, NJ 10532-2156
1454523      +Cavalry Portfolio Services, LLC,    7 Skyline Drive, Third Floor,    Hawthorne, NY 10532-2156
1436207      +City of Tallahassee,    435 N. Monroe Street,    Tallahassee, Florida 32301-1257
1454087      +City of Tallahassee Utilites,    435 N. Macomb St. Relay Box,    Tallahassee, FL 32301-1050
1436216      +Collection Information Bureau,    P.O. Box 1467,    Lake Worth, FL 33460-1467
1436227       Comcast,    P.O. Box 105184,    Atlanta, Georgia 30348-5184
1436228      +Computer Credit - TMH,    640 West Fourth Street,    Winston-Salem, NC 27101-2730
1436218      +Ctr For Ortho Sports PT,    1834 Jaclif Ct Ste A,    Tallahassee, Florida 32308-4400
1448551      +DOJ Office of US Trustee,    110 East Park Avenue,    Tallahassee, FL 32301-7750
1436209       E-Z Pass,    P.O. Box 15185,    Albany, New York 12212-5185
1436237       EMI North America,    c/o Lawrence Bass,    1700 Lincoln Street, Ste 4100,    Denver, Co 80203-4541
1470417       Florida Department of Revenue,    Post Office Box 6668,    Tallahassee, Florida  32314-6668
1436238       GMAC Mortgage,    P.O. Box 830117,    Baltimore, MD 21283-0117
1436248       George Washington Memorial,    Cemetery Association,    P.O. Box 21,    Paramus, NJ 07653-0021
1436222      +Haledon Tax Collector,    510 Belmont Ave.,    Haledon, NJ 07508-1626
1436219      +I.C. Systems, Inc.,    444 Highway 96 East,    St. Paul, MN 55127-2557
1448552       Island National Group LLC,    6851 Jericho Tpk # 180,    Hauppauge, NY 11766
1436253      +James Norton,    c/o Chad Heckman,    908 North Gadsden Street,    Tallahassee, Florida 32303-6316
1436246      +Jeffrey B. Randolph,    139 Harristown Rd, Ste 101,    Glen Rock, NJ 07452-3304
1448557       Kings Super Wms- Alexander,    PO Box 2148,    Wayne, NJ 07474-2148
1436239      +M'Ware Corp.,    c/o Chad D. Heckman,    908 North Gadsden Street,
               Tallahassee, Florida 32303-6316
1436234      +M'Ware Corporation and,    Resource Management,    C/O Chad Heckman,    908 North Gadsden Street,
               Tallahassee, Florida 32303-6316
1440849       M-Ware Corporation,    Attn: Chad D. Heckman,    908 N. Gadsden Street,
               Tallahassee, FL 32303-6316
1436240       Michael R. Moran,    1201 S. 21nd Avenue,    Hollywood, Florida 33020-6936
1436210      +Milstead Associates, LLC,    220 Lake Drive East, Ste 301,    Cherry Hill, NJ 08002-1158
1436249       Miracle Financial Inc.,    52 Armstrong Road,    Plymouth, MD 02360-4807
1436254       NCO Financial Systems Inc.,    P.O. Box 7627,    Ft. Washington, PA 19034
1448558      +NJ/NY Port Authority 5-Star,    PO Box 1962,    Southgate, MI 48195-0962
1436220      +Nationwide Recovery Servo,    545 W. Inman Street,    Cleveland, TN 37311-1768
1436241       Nutter McClennan Fish,    World Trade Center W,    155 Seaport Blvd,    Boston, MA 02210-2698
1436250       PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
1448555       Pascack Hosp Rubin and Raine,    PO Box 372480,    Denver, CO 80014
1448561      +Pods of LA Caine and Weiner,    9960 Corporate Campus Dr.,    Louisville, KY 40223-4098
1448554      +Public Service Electric & Gas,    PO Box 4850,    Trento, NJ 08650-4850
1436211       RJM Acquisitions LLC,    575 Underhill Blvd, Ste 224,    Syosset, New York 11791-3416
1436231       Radiology Assoc Tallahassee,    P.O. Box 12249,    Tallahassee, Florida 32317-2249
1436251       Ravin, Greenberg, P.C.,    101 Eisenhower Parkway,    Roseland, NJ 07068-1096
1436221      +Renaissance Imaging Med,    Assoc.,    P.O. Box 290,    Simi Valley, CA 93062
1436224      +Resource Management Group Inc.,    C/O Chad Heckman,    908 North Gadsden Street,
               Tallahassee, Florida 32303-6316
1436247      +Robert Charles Wallerius,    3084 McCord Blvd,    Tallahassee, Florida 32303-1715
1454088       Rubin Raines Pascack Hospital,    PO Box 372480,    Denver, CO 80014
1436212      +Sean R. Callagy, Esq. LLC,    700 Kinderkamack Rd. Ste 203,    Oradell, NJ 07649-1533
1436215      +Select Portfolio Servicing,    Law Office of Marshall C. Watson,,    1800 NW 49th Street, Ste# 120,
               Fort Lauderdale, Florida 33309-3092
1436252      +Select Portfolio Servicing, Inc.,    Law Office of Marshall C. Watson,
               1800 NW 49th Street, Ste 120,    Ft. Lauderdale, Florida 33309-3092
1436243       Select Portfolio Servicing, Inc.,    P. O. Box 65450,    Salt Lake City, UT 84165-0450
1436255       Shook Hardy Bacon LLP,    JPMorgan Chase Tower,    600 Travis Street, Ste 1600,
               Houston, Texas 77002-2992
1436244       State of NJ AICS,    P.O. Box 136,    4th Floor West,    Trenton, NJ 08666-0136
1541496      +Sttae of Florida,    Department of Revenue,    PO Box 6668,    Talllahassee, FL 32314-6668
1514772       Surcharge Administration Office,    State of New Jersey,    POB 136, 4th Floor West,
               Trenton, NJ  08666-0136
1448562      +Tallah Mem Computer Cedit,    640 West Fourth Street,    Winston Salem, NC 27101-2730
1448560      +Tallahassee OutSurgery,    3334 Capital Med Blvd #500,    Tallahassee, FL 32308-4483
1436245       Texas Life Insurance Co.,    900 Washington Avenue,    Waco, Texas 76701-1200
1436232      +Township of Washington,    350 Hudson Ave.,    TWP of Washington, NJ 07676-4731
```

```
District/off: 1129-4           User: cbikowitz            Page 2 of 2              Date Rcvd: Apr 19, 2011
                               Form ID: pdf002            Total Noticed: 75

 1436213      +United Collection Corp.,   1026 C Street,   Hayward, CA 94541-5125
 1436233       Wealthbridge Mortgage,   Its Successors and Assigns,   P.O. Box 39483,   Solon, OH 44139-0483
 1457189       Wealthbridge Mortgage,   Roy. A. Diaz,   P.O. Box 11438,   Ft. Lauderdale, FL 33339-1438
 1456027      +Wealthbridge Mortgage,   c/o Smith Hiatt and Diaz PA,   Attn: Roy A Diaz,   PO Box 11428,
                Fort Lauderdale, FL 33339
 1436223      +Wealthbridge Mortgage,   15455 NW Greenbrier Pkwy,   Ste 111,   Beaverton, OR 97006-7357
 1436236      +Zucker, Goldberg  Ackermar,   Law Office of Marshall C. Watson,   1800 NW 49th Street, Ste 120,
                Fort Lauderdale,Florida 33309-3092
 1436214      +Zucker, Goldberg Ackerman LLC,   200 Sheffield Street, Ste 301,   Mountainside, NJ 07092-2315
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 1521982      +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov Apr 20 2011 00:59:20
                Office of the United States Trustee,   110 East park Avenue, Suite 128,
                Tallahassee, FL 32301-7728
 1474273      +E-mail/Text: rahim.hulandel@pseg.com Apr 20 2011 00:58:33     PSE&G,   Attn:  Bankruptcy Dept.,
                POB 490,   Cranford, NJ 07016-0490
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr*          +Wealthbridge Mortgage,   Roy A. Diaz,   P. O Box 11438,   FT. Lauderdale, FL 33339-1438
 1436226*     +*Select Portfolio Servicing Inc.,   Law Office of Marshall C. Watson,
                1800 NW 49th Street, Ste# 120,   Fort Lauderdale, Florida 33309-3092
 1470418*      Florida Department of Revenue,   Post Office Box 6668,   Tallahassee, Florida  32314-6668
 1470423*      Florida Department of Revenue,   Post Office Box 6668,   Tallahassee, Florida  32314-6668
 1436242      ##+*Paul and Linda Warner,   23600 SW 162nd Street,   Homestead, FL 33031-1387
                                                                                   TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 21, 2011**         **Signature:**       *Joseph Speetjens*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                                          Case No. 10-40401-LMK

　　Robert Charles Wallerius,                     Chapter 11

　　　　Debtor.
_____/

### ORDER DISMISSING CASE

THIS MATTER came before the Court on the Motion to Dismiss of Creditors, JAMES NORTON, M'WARE CORPORATION and THE RESOURCE MANAGEMENT GROUPS, INC. (Docket No. 113). The Court held an evidentiary hearing at 1:30 p.m on April 14, 2011, at which the Court took testimony of the Debtor and Mr. James Norton. Having considered the testimony presented and the arguments of counsel for Creditors and from the Debtor, it is **ORDERED AND ADJUDGED** that:

1. The Debtor's Chapter 11 case is dismissed.

2. This dismissal is with prejudice and the Debtor is prohibited from filing any further Chapter 11 cases before this Court.

**DONE AND ORDERED** at Tallahassee, Florida, on this 19th day of April, 2011.

_____
**LEWIS M. KILLIAN, JR.**
United States Bankruptcy Judge

Copies Furnished To:

Chad D. Heckman, Esq.                     Robert C. Wallerius, Debtor
Jason Eagan, Esq., U.S. Trustee           All other parties in interest