## UNITED STATES BANKRUPTCY COURT
Northern District of Florida
110 East Park Avenue, Suite 100
Tallahassee, Florida 32301

William W. Blevins (850) 521−5001
Clerk (888) 765−1752

To: Chad Heckman, Esquire

Date: May 5, 2011

Re: Exhibits and/or sealed documents presented in court
Case Number: 10−40401−LMK
Debtor: Robert C. Wallerius

An order has been entered in the above referenced case disposing of the matter that caused exhibits to be presented to the court on April 14, 2011.

Please advise this office within thirty (30) days of the desired disposition of the exhibits now in the custody of the Clerk by checking one of the options below and returning this letter to our office.

If no timely response is received, the exhibits will be disposed of. Please feel free to contact me at (850) 521−5009 if you have questions.

Sincerely,

___/s/ Janet Nah___
Janet Nah
Courtroom Deputy/Deputy Clerk


\_\_\_\_\_ Enclosed is a self−addressed, stamped envelope in which to return exhibits.
\_\_\_\_\_ I will pick up the exhibits from your office within fourteen (14) days.
\_\_\_\_\_ I do not want the exhibits. You may dispose of them.

Date: _____

Name: _____